*UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND*

*American Federation of State, County and Municipal Employees, AFL-CIO, et al.*
    *Plaintiffs*

      *vs.*    Case No.: 1:25-cv-00596-ELH

*Social Security Administration, et al.*
    *Defendants*

## *AFFIDAVIT OF SERVICE BY FEDERAL EXPRESS*

I, Carrie Hollingshed, a Private Process Server, being duly sworn, depose and say, I have been duly authorized to make service of the documents listed herein in the above entitled case, I am over the age of eighteen years and am not a party to or otherwise interested in this matter.

DOCUMENT(S): Summons, Civil Cover Sheet with Attachment A, and Plaintiff's Complaint for Declaratory and Injunctive Relief

SERVE TO: U.S. DOGE Service Temporary Organization

SERVICE ADDRESS: 736 Jackson Place, NW, Washington, DC 20503

METHOD OF SERVICE: Service was completed by sending a copy of the documents listed herein to U.S. DOGE Service Temporary Organization, 736 Jackson Place, NW, Washington, DC 20503 on 02/26/2025 via Federal Express Priority Overnight, Signature Required Upon Receipt. Article Number: 772347262568.

I solemnly affirm under the penalties of perjury that the contents of this document are true to the best of my knowledge, information, and belief.

Executed on 02/27/2025

*Carrie Hollingshed*

*Client Ref Number: AFSCME v. SSA*
*Job #:12787263*

*Capitol Process Services, Inc. | 7500 Greenway Center Drive, Suite 420, Greenbelt, Maryland 20770 | (202) 667-0050*

*UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND*

*American Federation of State, County and Municipal Employees, AFL-CIO, et al.*
                **Plaintiffs**

                *vs.*          Case No.: 1:25-cv-00596-ELH

*Social Security Administration, et al.*
                **Defendants**

### *AFFIDAVIT OF SERVICE BY FEDERAL EXPRESS*

I, Carrie Hollingshed, a Private Process Server, being duly sworn, depose and say, I have been duly authorized to make service of the documents listed herein in the above entitled case, I am over the age of eighteen years and am not a party to or otherwise interested in this matter.

DOCUMENT(S): Summons, Civil Cover Sheet with Attachment A, and Plaintiff's Complaint for Declaratory and Injunctive Relief

SERVE TO: Leland Dudek, in his official capacity as Acting Commissioner, Social Security Administration

SERVICE ADDRESS: 6401 Security Boulevard, Baltimore, Maryland 21235

METHOD OF SERVICE: Service was completed by sending a copy of the documents listed herein to Leland Dudek, in his official capacity as Acting Commissioner, Social Security Administration, 6401 Security Boulevard, Baltimore, Maryland 21235 on 02/26/2025 via Federal Express Priority Overnight, Signature Required Upon Receipt. Article Number: 772347295489.

I solemnly affirm under the penalties of perjury that the contents of this document are true to the best of my knowledge, information, and belief.

Executed on <u>02/27/2025</u>

*(signature)*

Carrie Hollingshed

*Client Ref Number: AFSCME v. SSA*
*Job #:12787277*

*American Federation of State, County and Municipal Employees, AFL-CIO, et al.*
        *Plaintiffs*

*vs.*        Case No.: 1:25-cv-00596-ELH

*Social Security Administration, et al.*
        *Defendants*

## *AFFIDAVIT OF SERVICE BY FEDERAL EXPRESS*

I, Carrie Hollingshed, a Private Process Server, being duly sworn, depose and say, I have been duly authorized to make service of the documents listed herein in the above entitled case, I am over the age of eighteen years and am not a party to or otherwise interested in this matter.

DOCUMENT(S): Summons, Civil Cover Sheet with Attachment A, and Plaintiff's Complaint for Declaratory and Injunctive Relief

SERVE TO: Social Security Administration

SERVICE ADDRESS: 6401 Security Boulevard, Baltimore, Maryland 21235

METHOD OF SERVICE: Service was completed by sending a copy of the documents listed herein to Social Security Administration, 6401 Security Boulevard, Baltimore, Maryland 21235 on 02/26/2025 via Federal Express Priority Overnight, Signature Required Upon Receipt. Article Number: 772347035238.

I solemnly affirm under the penalties of perjury that the contents of this document are true to the best of my knowledge, information, and belief.

Executed on 02/27/2025

*Carrie Hollingshed*

*Client Ref Number: AFSCME v. SSA*
*Job #:12787227*

## UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND

*American Federation of State, County and Municipal Employees, AFL-CIO, et al.*
        *Plaintiffs*

*vs.*        Case No.: 1:25-cv-00596-ELH

*Social Security Administration, et al.*
        *Defendants*

### AFFIDAVIT OF SERVICE BY FEDERAL EXPRESS

I, Carrie Hollingshed, a Private Process Server, being duly sworn, depose and say, I have been duly authorized to make service of the documents listed herein in the above entitled case, I am over the age of eighteen years and am not a party to or otherwise interested in this matter.

DOCUMENT(S): Summons, Civil Cover Sheet with Attachment A, and Plaintiff's Complaint for Declaratory and Injunctive Relief

SERVE TO: U.S. Digital Service (U.S. DOGE Service)

SERVICE ADDRESS: 736 Jackson Place, NW, Washington, DC 20503

METHOD OF SERVICE: Service was completed by sending a copy of the documents listed herein to U.S. Digital Service (U.S. DOGE Service), 736 Jackson Place, NW, Washington, DC 20503 on 02/26/2025 via Federal Express Priority Overnight, Signature Required Upon Receipt. Article Number: 772347227408.

I solemnly affirm under the penalties of perjury that the contents of this document are true to the best of my knowledge, information, and belief.

Executed on 02/27/2025

*Carrie Hollingshed*

*Client Ref Number: AFSCME v. SSA*
*Job #:12787240*