# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| _____ * | |
| **Plaintiff,** | |
|                                 * | |
| **v.** | **Case No.** _____ |
|                                 * | |
| _____ * | |
| **Defendant.** | |

## ENTRY OF APPEARANCE IN A CIVIL CASE

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

      Enter my appearance as counsel in this case for the _____

      I certify that I am admitted to practice in this Court.

 

_____            *Althea Anne Swift*
Date                                                    Signature

                                                       _____
                                                       Printed name and bar number

                                                       _____
                                                       Address

                                                       _____
                                                       Email address

                                                       _____
                                                       Telephone number

                                                       _____
                                                       Fax number