**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**
~~BALTIMORE~~NORTHERN DIVISION

AMERICAN FEDERATION OF STATE,
COUNTY AND MUNICIPAL EMPLOYEES,
AFL-CIO,
1625 L Street NW
Washington, D.C. 20036,

ALLIANCE FOR RETIRED AMERICANS,
815 16th Street NW
Washington, D.C. 20006, and

AMERICAN FEDERATION OF TEACHERS,
555 New Jersey Avenue NW
Washington, D.C. 20001,

       *Plaintiffs,*

       *vs.*

SOCIAL SECURITY ADMINISTRATION,
6401 Security Blvd
, Baltimore, MD 21235 (Baltimore County),

LELAND DUDEK, *in his official capacity as*
*purported Acting Commissioner, Social Security*
*Administration*,
6401 Security Blvd

Baltimore, MD 21235 (Baltimore County),

MIKE RUSSO, *in his official capacity as Chief*
*Information Officer, Social Security Administration,*
6401 Security Blvd., Baltimore, MD 21235
(Baltimore County),

ELON MUSK, *in his official capacity as Senior*
*Advisor to the President and de facto head of*
*DOGE*, 1600 Pennsylvania Ave. NW,
Washington, DC 20500,

Case No. 1:25-cv-00596
**Jury Trial Requested**



U.S. ~~DIGITAL~~ DOGE SERVICE ~~(U.S. DOGE SERVICE)~~
736 Jackson Pl. NW,
Washington, DC 20503,

U.S. DOGE SERVICE TEMPORARY
ORGANIZATION
736 Jackson Pl. NW,
Washington, DC 20503, and

AMY GLEASON, *in her official capacity as DOGE Acting Administrator*, 736 Jackson Pl. NW, Washington, DC 20503,

*Defendants.*

**PLAINTIFFS' FIRST AMENDED COMPLAINT
FOR DECLARATORY AND INJUNCTIVE RELIEF**

1. Since its founding, the Social Security Administration ("SSA")—charged with administering the nation's retirement, disability, and survivor benefits—has committed itself to maintaining the privacy of the data it collects from Americans, including eligible noncitizens. Numerous laws and regulations require the agency to keep that data secure, with good reason. SSA maintains data including the Social Security numbers, employment and wage information, medical histories, tax return information, and personal addresses—among other things—of hundreds of millions of people. The data is, to put it mildly, highly sensitive, personal, and private.

2. But over the last six weeks, SSA has abandoned its commitment to maintaining the privacy of personal data. SSA and its acting officials have opened its data systems to unauthorized personnel from the "Department of Government Efficiency" (or "DOGE") in violation of applicable laws and with disregard fo the privacy interest of the millions of Americans that SSA serves. DOGE's access has already harmed Plaintiffs and their members, and every day DOGE retains access, the risk of additional injury increases.

1

~~1.~~3.     SSA is not the first agency that DOGE has infiltrated. Since President Trump's inauguration ~~on January 20, 2025, the "U.S.~~, DOGE ~~Service,"~~and "senior advisor" Elon Musk~~,~~ have ~~launched a sweeping campaign to access~~unilaterally and unlawfully accessed highly sensitive information systems across multiple federal agencies~~ unilaterally and unlawfully~~.

~~2.~~     DOGE has ~~seized, or at least tried~~attempted to seize~~,~~ control of ~~some of the most~~ carefully protected information systems ~~housed~~ at the Treasury Department (including the Internal Revenue Service)~~, the Department of Education, the Department of Labor, the Department of Health and Human Services,~~); the Consumer Financial Protection Bureau~~,~~; the General Services Administration~~, and~~; the United States Agency for International Development ("USAID"~~), and taken hold of all sensitive personnel information at the Office of Personnel Management.~~

~~3.~~4.     ~~As one employee in senior leadership at~~"); Office of Personnel Management ("OPM"); the Department of Housing and Urban Development; the National Oceanic and Atmospheric Administration; and the Departments of Education, Labor, and Health and Human Services.  At USAID~~ has put it,~~ DOGE has ~~achieved~~obtained "God mode~~," meaning~~" access~~—~~ full, unrestricted ~~access~~admission to the agency's digital infrastructure.[1]

~~4.     DOGE's rapid spread now reaches the Social Security Administration ("SSA"), where it has access to some of the nation's most sensitive data, including the financial data, employment information, medical data, and personal addresses of millions of Americans.~~

~~5.~~     ~~This is not just an unprecedented data grab. It is an unprecedented power grab.~~DOGE and its government-wide commandeering of sensitive information have wreaked

---

[1] Charlie Warzel et al., *DOGE has 'God Mode' Access to Government Data*, The Atlantic (Feb. 19, 2025), ~~https://www.theatlantic.com/technology/archive/2025/02/doge-god-mode-access/681719/.~~ https://perma.cc/9QXM-NKK5.

havoc on the American system of government and caused incredible concern for the privacy of the American public. Because DOGE has unlawfully mined data from multiple agencies, it is able to cross-reference and potentially cross-contaminate information from different, previously secure and segregated sources. That only compounds the harm (and ongoing risk of future harm) to the American people.

6.     It hasn't helped that the Executive Branch has been unable or unwilling to explain exactly what DOGE is, what its activities are, or the authority under which it is operating.

5.7.     Courts have taken notice. Two judges, including in this Circuit, have granted emergency relief to safeguard information systems at the Department of Education[2] and the Department of Treasury.[3] Another acknowledged that "DOGE's unpredictable actions have resulted in considerable uncertainty and confusion," highlighting the concerning nature of "the unchecked authority" being wielded by "an unelected individual and an entity that was not created by Congress."[4] And another expressed "serious concerns" about the privacy of the data of millions and rejected the government's argument that DOGE is a "goldilocks" entity that can wield massive authority with minimal oversight."[5]

6.8.     Only once before has a White Housepresidential administration sought to gain access to such sensitive, personally sensitiveidentifiable information. It wasCongress met with a swift and decisive response from Congress:those notorious attempts by President Nixon with the Privacy Act of 1974 and the Tax Reform Act of 1976 and the Privacy Act, putting, which

---

[2] *See Am. Fed'n of Teachers v. Bessent*, No. 8:25-cv-00430, 2025 WL 582063 (D. Md. Feb. 24, 2025).
[3] *See New York v. Trump*, No. 25 CIV. 1144, 2025 WL 435411 (S.D.N.Y. Feb. 8, 2025), *modified on clarification*, No. 25-CV-01144 (JAV), 2025 WL 455406 (S.D.N.Y. Feb. 11, 2025).
[4] *New Mexico v. Musk*, No. 25-cv-429, 2025 WL 520583, at *4 (D.D.C. Feb. 18, 2025).
[5] *Am. Fed'n of Lab. & Cong. of Indus. Orgs. et al. v. Dep't of Lab. et al.*, No. CV 25-0339, 2025 WL 542825, at *3 (D.D.C. Feb. 14, 2025).

3

Formatted: Header

~~implemented~~ broad and decisive protections ~~into place~~meant to prevent presidential misuse of sensitive, personal information maintained in government systems.

~~7.~~9.    ~~Yet, we are once~~Today, the American public again ~~faced with~~faces Executive Branch overreach, threatening ~~to review and expose the personal data of millions of Americans, without any express authority, and in violation of~~ the privacy of hundreds of millions of people's personal data. In attempting to seize and maintain access to agency systems, including SSA's, the Trump administration is violating the many protections ~~that~~ Congress and the Executive Branch have erected ~~to protect~~against ~~such~~exactly this type of data mining and misuse.

~~8.    The facts about this assault on federal systems of records are emergent, with new disclosures in litigation and public reporting coming almost daily. With each, the entire picture grows more concerning.~~

~~9.    Now, DOGE has not only mined the data from one agency, it has done so at many— allowing for cross-agency data comparison.~~

~~10.    And while the government continues to insist that this is just business as usual, it is anything but.~~

~~11.~~10.  Even against the backdrop of the Nixon administration, these unlawful attempts are without equal. Never before has a group of unelected, unappointed, and unvetted individuals— ~~misleadingly and conflictingly~~contradictorily described as White House employees, employees of either existing or putative agencies (multiple and many), and undefined "advisors"—sought or gained access to such sensitive information from ~~agencies~~across the ~~Executive Branch~~federal government.

~~12.~~11.  Never before has an industry mogul ~~been allowed to shield from public inspection any record of~~with countless conflicts of interest ~~while at~~—not to mention an undefined role in the

4

Formatted: English (United States)
Formatted: English (United States)
Formatted: English (United States)
Formatted: English (United States)
Formatted: English (United States)
Formatted: English (United States)
Formatted: English (United States)
Formatted: Justified

same time seeking~~administration—~~sought and gained access to~~, and reviewing, not only the confidential~~ protected, private data ~~of business competitors but, perhaps even more concerningly, privileged information about government investigations into his own businesses~~on nearly every person in the country.

~~13.~~12.  ~~Never~~And never before~~, or, at least, aside from Watergate,~~ has a White House demonstrated such a ~~fundamental~~breathtaking disregard for the ~~privacy~~legal protections ~~that~~ Congress and the Executive Branch ~~have put into place~~implemented to protect ~~the~~data ~~of and about~~belonging or pertaining to individual Americans.

~~14.~~13.  This lawsuit seeks to ~~halt~~protect Plaintiffs and their members against the ongoing (and ever increasing) harm caused by DOGE ~~from unlawfully seizing the~~and certain SSA executives' unlawful seizure of personal, ~~confidential,~~private, and sensitive data from ~~the Social Security Administration—seizures~~SSA systems. The seizure and unauthorized use of that data is prohibited by the Privacy Act, the Social Security Act, the Internal Revenue Code, the ~~Privacy Act, the~~Federal Information Systems Modernization Act, ~~the E-Government Act,~~and the Administrative Procedure Act~~, and seizures executed by an unconfirmed SSA employee unlawfully serving as the Acting Commissioner.~~.

## JURISDICTION AND VENUE

~~15.~~14.  This Court has subject matter jurisdiction over this action pursuant to 28 U.S.C.- § 1331 because this action arises under federal law, specifically the Privacy Act, 5 U.S.C. § 552a; the Social Security Act, 42 U.S.C. § 1306; the Tax Reform Act, 26 U.S.C. §§- 6103, 7213A~~;~~. the ~~Privacy~~Federal Information Security Modernization Act~~,~~ ~~5~~ of 2014 ("FISMA"), 44 U.S.C. ~~§ 552a~~§§ 3551-58, and the Administrative Procedure Act, 5 U.S.C. § 701~~, et seq~~.

5

16.15.  Venue is proper in this district pursuant to 28 U.S.C. § 1391(e) because Defendant SSA is an agency of the United States headquartered in Baltimore, Maryland, where a substantial part of the events or omissions giving rise to Plaintiffs' claims occurred.

## PARTIES

17.16.  Plaintiff the American Federation of State, County &and Municipal Employees, AFL-CIO ("AFSCME") is a national labor organization and unincorporated membership association headquartered at 1625 L Street NW,in Washington, D.C. 20036. AFSCME is the largest trade union of public employees in the United States, with around 1.4 million members organized into approximately 3,400 local unions, 58 councils, and other affiliates inlocated throughout 46 states, the District of Columbia, and Puerto Rico. Of AFSCME's membershipmembers, approximately 200,000 are retired public service workers who continue to remain members of AFSCME, participate in its governance, and advocate for fairness, equality, and income security for retired Americans. AFSCME's retiree membership is organized into local and state chapters that are chartered by AFSCME. They elect local and state leadership and, together, organize under a national Retiree Council. AFSCME's Retiree Council elects chairpersons who, by virtue of their position, are a representativerepresentatives to, and attend, meetings of AFSCME's International Executive Board. Retiree Chapters also elect delegates who participate in AFSCME's biennial constitutional convention, at which the union's policy, agenda, and goals are established by the Convention Delegates through the adoption of resolutions.

18.17.  Plaintiff Alliance for Retired Americans ("ARA" or the "Alliance") is a grassroots advocacy organization with 4.4 million members headquartered in Washington, D.C. Founded by the AFL-CIO Executive Council in 2001, the Alliance has 40 state alliances and members in every state. The Alliance's retiree activitiesmembers are from all walks of life. They are former teachers,

6

Formatted: Header

Formatted: Space After:  0 pt

Formatted: Justified

Formatted: Header

industrial workers, state and federal government workers, construction workers, and community leaders, all united in the belief that every American deserves a secure and dignified retirement after a lifetime of hard work.

19.18.  Plaintiff American Federation of Teachers ("AFT") is a national labor organization headquartered in Washington, D.C., representing over 1.8 million members who are employed as pre-K through 12th-grade teachers, early childhood educators, paraprofessionals, and other school-related personnel; higher education faculty and professional staff; federal, state, and local government employees; and nurses and other healthcare professionals. Approximately 490,000 of AFT's members are retired, and most benefit from programs administered by SSA. AFT's purpose is to promote fairness, democracy, economic opportunity, and high-quality public education, healthcare, and public services for students, their families, and the communities theirAFT's members serve. AFT does so by ensuring its members receive fair pay and benefits for their critical work, and by fighting for safe working conditions that also benefit students, patients, and all those who use public services. Economic and retirement security is at the core of AFT's mission.

20.19.  TheDefendant Social Security Administration ("SSA") is an independent federal agency established to administer the old-age, survivorsOld-Age, Survivors, and disability insurance programDisability Insurance programs and the supplemental security incomeSupplemental Security Income program.

20.      Defendant Leland Dudek is the purported Acting Commissioner of SSA. He is sued in his official capacity.

21.      Defendant Mike Russo is the Chief Information Officer of SSA. He is sued in his official capacity.

22.    Collectively, Defendants SSA, Dudek, and Russo are referred to herein as "SSA Defendants."

21.23.  Defendant Elon Musk is a Senior Advisor to the President and the de facto Head of DOGE. He is sued in his official capacity.

22.24.  Defendant U.S. DOGE Service (previously the U.S. Digital Service) was established in Executive Order 14158, ~~reorganizing~~which reorganized and ~~renaming~~renamed the United States Digital Service as the United States DOGE Service, established in the Executive Office of the President. Exec. Order No. 14158, 90 Fed. Reg. 8441 (Jan. 20, 2025).

23.25.  Defendant U.S. DOGE Service Temporary Organization is a temporary organization also created by Executive Order 14158 and headed by the U.S. DOGE Service Administrator. *Id.* ~~Together Defendant U.S. DOGE Service and U.S. DOGE Service Temporary Organization will be referred to as "DOGE" or the "DOGE Defendants." Upon information and belief, Elon Musk, a special government employee, is the acting Administrator for USDS or is otherwise directing the work of the U.S. DOGE Service and the leader of the DOGE Defendants.~~

~~**LEGAL FRAMEWORK**~~

~~**I.    Privacy and Information Security Protections**~~

~~24.    Government information systems are subject to comprehensive privacy and information security protections.~~

~~25.    Information systems at SSA are subject to even more stringent privacy protections given~~ Defendant Amy Gleason is ~~the breadth and sensitivity~~Acting Administrator ~~of the confidential information they contain.~~

~~26.    Following the Watergate scandal and the public disclosure of widespread misuse of citizens' tax information for improper purposes, Congress enacted a comprehensive scheme for the control of tax return information in the Tax Reform Act of 1976. This statutory scheme,~~

8

Formatted: Header

codified at 26 U.S.C. § 6103, replaced the prior regime in which return information could be inspected "upon order of the President" and under regulations promulgated by the Secretary of the Treasury and approved by the President.[6]

27.    Section 6103 requires that tax information, including returns and return information, and any related information, which is routinely held by SSA, be treated as confidential and subject to inspection or disclosure only when expressly authorized by statute.

28.

> [This] general ban on disclosure provides essential protection for the taxpayer; it guarantees that the sometimes sensitive or otherwise personal information in a return will be guarded from persons not directly engaged in processing or inspecting the return for tax administration purposes. The assurance of privacy secured by § 6103 is fundamental to a tax system that relies upon self-reporting.

*Gardner v. United States*, 213 F.3d 735, 738 (D.C. Cir. 2000) (internal citation omitted).

29.    In the Taxpayer Browsing Protection Act, enacted in 1997, Congress made it unlawful even to inspect return information without proper authorization. 26 U.S.C. § 7213A.

30.    Taxpayers are also protected explicitly against political interference. Top officials within the Executive Branch, including the President, are prohibited by law from requesting an audit or investigation of a particular taxpayer, or from interfering with an ongoing audit or investigation. 26 U.S.C. § 7217. Violation of this statutory provision is a crime, punishable by fine or imprisonment.

31.    For the White House or its advisors or employees to obtain access to return or return-related information, the President must personally sign such a request, identifying the specific taxpayer whose return information is sought and stating "the specific reason why the inspection or disclosure is requested." 26 U.S.C. § 6103(g).

---

[6] Mark Berggren, *I.R.C. 6103: Let's Get to the Source of the Problem*, 74 Chi-Kent L. Rev. 825, 825 (1999).

9

Formatted: Header

32.    Taxpayers have a private right of action to seek damages under 26 U.S.C. § 7431 for the knowing or negligent unauthorized inspection or disclosure of returns or return information in violation of 26 U.S.C. § 6103.

33.    The term "disclosure" means "the making known to any person in any manner whatever a return or return information." 26 U.S.C. § 6103(b)(8).

34.    The terms "inspected" and "inspection" mean any examination of a return or return information. 26 U.S.C. § 6103(b)(7).

35.    The term "return" is broadly defined to include:

> any tax or information return, declaration of estimated tax, or claim for refund required by, or provided for or permitted under, the provisions of this title which is filed with the Secretary by, on behalf of, or with respect to any person, and any amendment or supplement thereto, including supporting schedules, attachments, or lists which are supplemental to, or part of, the return so filed.

26 U.S.C. § 6103(b)(1).

36.    The term "return information" encompasses nearly all the information that the IRS may possess on individual taxpayers, including:

> a taxpayer's identity, the nature, source, or amount of his income, payments, receipts, deductions, exemptions, credits, assets, liabilities, net worth, tax liability, tax withheld, deficiencies, overassessments, or tax payments, whether the taxpayer's return was, is being, or will be examined or subject to other investigation or processing, or any other data, received by, recorded by, prepared by, furnished to, or collected by the Secretary with respect to a return or with respect to the determination of the existence, or possible existence, of liability (or the amount thereof) of any person under this title for any tax, penalty, interest, fine, forfeiture, or other imposition, or offense.

26 U.S.C. § 6103(b)(2)(A).

37.    Tax return information includes "the nature, source, or amount" of a taxpayer's income and any other data gathered by, collected by, created by, or otherwise in the hands of the

10

[Treasury] Secretary or in connection with determining a taxpayer's liability or potential liability

under the Code. 26 U.S.C. § 6103.

38.    Other federal laws also protect information held by SSA. The Privacy Act of

1974, 5 U.S.C. § 552a, prohibits disclosure of information from systems of records except in

enumerated circumstances.

39.1.    The Privacy Act further requires that, when an agency establishes or revises a

system of records, it must issue a System of Records Notice ("SORN"), which discloses

information about the records in the system, the manners in which those records may be used, and

storage and access policies. 5 U.S.C. § 552a(e)(4).

40.    SSA has also published regulations to implement the requirements of the Privacy

Act. *See* 20 C.F.R. § 401.5 *et seq.*

41.    Those regulations also establish privacy as a key principle that guides SSA

activities. As SSA explains:

> We are passionate about supporting our customers … and ensuring the privacy and security of your information. The first regulation we published included a commitment to the public to safeguard the personal information you entrust to us. Our commitment is as solid now as it was when Social Security began in 1935, and we include the highest level of privacy protections possible.[7]

42.    SSA regulations further specify: "When no law specifically requiring or

prohibiting disclosure applies to a question of whether to disclose information" SSA considers

"whether the disclosure would result in a clearly unwarranted invasion of personal privacy." 20

C.F.R. 401.140. In making that determination, SSA considers, (a) "sensitivity of the information

(e.g., whether individuals would suffer harm or embarrassment as a result of the disclosure)," (b)

---

[7] SSA, Privacy Program, *SSA's Commitment to Protecting Privacy through Compliance,* https://www.ssa.gov/privacy/index.html (last visited Feb. 21, 2025).

**Formatted:** Header

"[t]he public interest in the disclosure," (c) "[t]he rights and expectations of individuals to have their personal information kept confidential," (d) "[t]he public's interest in maintaining general standards of confidentiality of personal information," and (e) "[t]he existence of safeguards against unauthorized redisclosure or use." *Id.*

43.    Agencies, including SSA, are also required by the Federal Information Security Modernization Act of 2014 ("FISMA"), 44 U.S.C. §§ 3551-59, to provide information security protection "commensurate with the risk and magnitude of the harm resulting from unauthorized access [or] use" of information or information systems maintained by the agency, *id.* § 3554(a)(1)(A).

44.    And the E-Government Act of 2002, Pub. L. 107-347, 116 Stat. 2899 (2002), requires that agencies, including SSA, conduct a privacy impact assessment for new or substantially changed information technology which contains records. These assessments are intended to "demonstrate that system owners and developers have incorporated privacy protections throughout the entire life cycle of a system."[8]

45.    Federal agencies, including SSA, are also subject to standards and guidance developed by the National Institute of Standards and Technology ("NIST"). NIST develops and implements "standards to be used by all agencies to categorize all information and information systems," 15 U.S.C. § 278g-3(b)(1)(A), in order to provide appropriate levels of information security according to a range of risk levels and "minimum information security requirements for information and information systems," *id.* § 278g-3(b)(C). The Secretary of Commerce is further empowered to make those standards "compulsory and binding to the extent determined necessary

---

[8] U.S. Dep't of Just., Off. of Privacy & C.L., *E-Government Act of 2002*, https://www.justice.gov/opcl/e-government-act-2002 (last visited Feb. 21, 2025).

12

**Formatted:** Header

**Formatted:** Justified

by the Secretary to improve the efficiency of operation or security of Federal information systems." 40 U.S.C. § 11331.

46. Those mandatory standards for Federal information systems can be found in NIST Special Publication 800-53.[9] The standards require that when federal agencies, including SSA, process personally identifiable information ("PII"), they must design and adopt information security and privacy programs to manage the security risks for the PII in the system.[10]

**II.    The Rules Governing the Appointment of Constitutional Officers**

~~47.~~26.  ~~Because~~ DOGE ~~was granted access to SSA systems by an unlawful acting~~Service and the U.S. DOGE Service Temporary Organization. She is sued in her official ~~Mr. Dudek the rules governing the appointment of constitutional officers are relevant to this case. Specifically, the Appointments Clause and the Social Security Act operate to constrain the Executive in appointing constitutional officers to fill important Executive Branch posts. Defendants ignored those constraints in installing Mr. Dudek at SSA~~ capacity.

48. The Constitution mandates a role for the United States Congress in the appointment of officers of the United States. This important role is enshrined in the Appointments Clause, which states that officers of the United States may be appointed by the President only "by and with the Advice and Consent of the Senate." U.S. Const. art. II § 2, cl. 2. It further provided that only Congress, "by Law," may vest the appointment of inferior officers in the President, the courts, or in the heads of departments, "as they [that is, the Congress] think proper." *Id.*

---

[9] *See* U.S. Dep't of Com., Nat'l Inst. of Standards & Tech, *Security and Privacy Controls for Information Systems and Organization, NIST SP-800-53 rev. 5*, (Sept. 2020), https://nvlpubs.nist.gov/nistpubs/SpecialPublications/NIST.SP.800-53r5.pdf.
[10] *Id.* at 13.

13

Formatted: Header

49.    The Appointments Clause "is more than a matter of 'etiquette or protocol'; it is among the significant structural safeguards of the constitutional scheme." *Edmond v. United States*, 520 U.S. 651, 659 (1997) (quoting *Buckley v. Valeo*, 424 U.S. 1, 125 (1976) (per curiam)). These "significant structural safeguards" apply to the appointment of all officers—that is, any person afforded "significant authority pursuant to the laws of the United States," Buckley, 424 U.S. at 126, or who has "significant discretion" in their exercise of Executive Branch authority, *Lucia v. Sec. & Exch. Comm'n*, 585 U.S. 237, 245 (2018).

50.    Recognizing that "[t]he constitutional process of Presidential appointment and Senate confirmation ... can take time," "Congress has given the President limited authority to appoint acting officials ... without first obtaining Senate approval." *N.L.R.B. v. SW Gen., Inc.*, 580 U.S. 288, 293–94 (2017)

51.    The Social Security Act provides such limited authority. Section 902 specifies that the Deputy Commissioner of Social Security "shall be Acting Commissioner" during a vacancy. 42 U.S.C. s.902(b)(4). The exception to that is if "the President designates another officer of the Government as Acting Commissioner." *Id.*

**FACTUAL ALLEGATIONS**

27.    Collectively, Defendants U.S. DOGE Service, U.S. DOGE Service Temporary Organization, Musk, and Gleason are referred to herein as "DOGE Defendants."

**FACTS**

I.    **The Social Security Administration**

Formatted: Font: Not Bold

Formatted: Heading 2, Line spacing:  single,  No bullets or numbering

28.    The Social Security Administration is the largestnation's principal benefit-paying agency. ItFounded in 1935 in the depths of the Great Depression, the agency was intended to "give

14

Formatted: Header

some measure of protection to the average citizen," particularly those facing "poverty-ridden old age."[11]

29.    SSA issues Social Security numbers ("SSN") to U.S. citizens, permanent residents, and other eligible noncitizens. Over 450 million SSNs have been issued thus far.

~~52.~~30.  SSA also manages and administers ~~three~~some of the largest federal benefit

Formatted: Justified

programs, ~~the~~including Old-Age ~~Survivor's Insurance,~~, Survivors, and Disability Insurance~~,~~ ("OASDI") and ~~the~~ Supplemental Security Income ("SSI~~) program.~~").

31.    ~~Collectively, SSA pays over $1.3 trillion in monthly~~Although most Social Security beneficiaries are retired, others receive benefits ~~to over 70 million~~because they have a qualifying disability; are the spouse (or former spouse) or child of someone who receives or is eligible for Social Security; or are the spouse (or former spouse), child, or dependent parent of a deceased worker.[12] In fact, SSA pays more benefits to children than any other federal program.[13]

~~53.~~32.  Collectively, SSA pays over $1.5 trillion to seventy million people—more than

Formatted: Justified

~~1~~one in ~~5~~—five Americans—each ~~month.~~year.[14] Those benefits lift 22.~~5 million Americans, including over 1~~ million ~~children~~people, including over 16 million adults aged sixty-five and over, out of poverty ~~and reduces.~~[15] They reduce the depth of poverty for millions more—~~more than any~~

---

[11] Soc. Sec. Admin., *Presidential Statement on Signing the Social Security Act* (August 14, 1935), https://perma.cc/7RDU-EDWD.

[12] Soc. Sec. Admin., *Understanding the Benefits* (2025) 2, https://perma.cc/V2MH-VANX.

[13] *Id.*

[14] Soc. Sec. Admin., *Fact Sheet*, https://perma.cc/595S-B36F.

[15] Kathleen Romig, *Social Security Lifts More People Above the Poverty Line Than Any Other Program*, Ctr. on Budget & Pol'y Priorities (Jan. 21, 2025), https://perma.cc/6U8X-7U9A.

~~other program in the United States.~~[16] [17] These benefits are funded primarily through payroll taxes that employees and employers pay over the course of their working lives.[18]

~~54.~~33.  SSA also ~~provides support to~~helps administer other federal programs and laws, including Medicare, Medicaid, SNAP, eVerify, ~~Children's Health Insurance Program ("CHIP"),~~ and the Help America Vote Act.

~~55.    It also assigns Social Security numbers ("SSNs") and verifies such numbers to federal and state agencies and their employees.~~

~~56.    The Social Security Administration is headed by~~To facilitate its work on behalf of the ~~Commissioner of Social Security and the Deputy Commissioner of Social Security, both of whom are appointed by the President with the advice and consent of the Senate. 42 U.S.C. 902.~~

~~57.    The Deputy Commissioner serves as the Acting Commissioner in cases where the Commissioner position is vacant, unless the President designates another "officer of the Government." Id. § 902(b)(4).~~

34.    ~~SSA systems house~~American public, SSA collects and houses some of the most sensitive, personally identifiable information ~~and~~(including personal health information ~~for~~) of millions of ~~American~~ seniors, working-age adults, and children~~, including SSNs~~. Form SS-5, which applicants must submit to SSA to receive a Social Security number, provides a small sample of the type of data SSA collects. It requires applicants to provide their name (including prior names

---

~~[16] Kathleen Romig, *Social Security Lifts More People Above the Poverty Line Than Any Other Program*, Ctr. on Budget & Pol'y Priorities (Jan. 21, 2025), https://www.cbpp.org/research/social-security/social-security-lifts-more-people-above-the-poverty-line-than-any-other.~~

[17] *Id.*

[18] Soc. Sec. Admin., Press Office, *How Is Social Security Financed?*, https://perma.cc/6AKF-DC7Z.

16

or other names used), place and date of birth, citizenship, ethnicity, race, sex, phone number, and mailing address, as well as their parents' names and Social Security numbers.

58.35.  SSA also collects driver's license and identification card information, bank and credit card information, birth and marriage certificates, pension information, home and work addresses, school records, citizenship status, immigration and/or naturalization records, health care providers' contact information, family court records, employment and employer records, psychological or psychiatric health records, hospitalization records, addiction treatment records, and tests for, or records about, HIV/ and AIDS.

36.  And it collects tax information. Each year, employers send SSA a W-3 form showing the total earnings, Social Security wages, Medicare wages, and withholdings for all employees for the previous year.

**II.    Laws and Regulations Governing Privacy and Security of SSA Data**

37.  Since its founding, SSA (originally called the Social Security Board) has been legally obligated to protect the sensitive data it obtains and has made public commitments to protect the data with which it is entrusted. For example, the agency's first regulation, adopted in 1937, prohibited SSA and its employees from producing or disclosing the agency's records and files.[19]

38.  Because of the breadth and sensitivity of the confidential information SSA maintains, the agency's information systems are subject to even more stringent privacy protection than those of other agencies.

39.  Among the panoply of laws governing SSA's information systems are the Privacy Act, Social Security Act, Tax Reform Act, Taxpayer Browsing Protection Act, and the Federal

---

[19] Soc. Sec. Admin., *Regulation No. 1,* https://perma.cc/JNV8-QG9G.

17

Information Systems Modernization Act. SSA's data systems and the security thereof are also governed by standards developed by the National Institute of Standards and Technology.

40.    Compliance with those laws and regulations requires both stringent protection of the sensitive personal data SSA maintains and public disclosures about the agency's management of that data.

41.    As but one example, the Privacy Act requires that when an agency establishes or revises a system of records, it must issue a System of Records Notice ("SORN") disclosing information about the records contained in the system, the manner(s) in which those records may be used, and related storage and access policies. 5 U.S.C. § 552a(e)(4).

42.    SORNs must be made publicly available on the issuing agency's website and published as notices in the Federal Register. The agency must solicit comments from the public and must update the Federal Register any time an agency changes its system of record policies change. No SORN, for any SSA records system, authorizes the disclosure of information to DOGE or its personnel.

43.    For example, the Master Beneficiary Record contains information about every person who has applied for OASDI benefits. The Master Beneficiary Record SORN permits the disclosure of certain of that data for "routine uses," such as disclosures made to the Department of Treasury for use when collecting Social Security taxes, 71 Fed. Reg. 1826 (Jan. 11, 2006), or disclosures to federal, state, and local agencies after a data breach, 72 Fed. Reg. 69723 (Dec. 10, 2007).

44.    It permits disclosure to the Office of the President in only one circumstance: "for the purpose of responding" to an inquiry made by "an individual or from a third party on [the individual's] behalf." 71 Fed. Reg. at 1827. The same is true of the SORN for the Supplemental

18

Formatted: Header

Security Income database, 71 Fed. Reg. at 1831, which contains sensitive personal information about SSI eligibility, citizenship, residency, Medicaid eligibility, addiction history, income, SSN, and date of birth, among other things.

II.    SSA regulations regarding data maintenance and disclosure also require that the agency weigh, among other things, whether disclosure would "result in a clearly unwarranted invasion of personal privacy," the "sensitivity of the information (e.g., whether individuals would suffer harm or embarrassment as a result of the disclosure)," "[t]he rights and expectations of individuals to have their personal information kept confidential," and "[t]he public's interest in maintaining general standards of confidentiality of personal information." 20 C.F.R. §The Department of Government Efficiency

45.    401.140. This regulation reflects the sensitivity of this information and the inherent risks of it being made public, as recognized by other laws such as the Freedom of Information Act. *See id.* ("When no law specifically requiring or prohibiting disclosure applies to a question of whether to disclose information, we follow FOIA principles."); *see also* 5 U.S.C. § 552(b)(6) (exempting from disclosure "personnel and medical files and similar files the disclosure of which would constitute a clearly unwarranted invasion of personal privacy").

46.    This web of privacy protections reflects the sensitivity of the personal data SSA maintains and, among other things, is responsive to the widespread attempts to scam everyday Americans into disclosing their Social Security information to unauthorized sources.[20] Those risks are particularly acute for senior citizens, who are among the most vulnerable targets of fraud, particularly fraud aimed at seeking access to Social Security and financial information.[21]

---

[20] Soc. Sec. Admin., *Social Security and Scam Awareness* (Nov. 16, 2023), https://perma.cc/EFL8-V2TL.
[21] *See* Dep't of Just., Elder Just. Initiative Home, *Senior Scam Alert*, https://perma.cc/TH4Q-8CAR.

**III.    Creation of the Department of Government Efficiency**

~~59.~~47.  On November 12, 2024, ~~then~~ President-Elect Trump announced his intent to create ~~the~~a "Department of Government Efficiency" to "provide advice and guidance from outside of Government" to "the White House and Office of Management & Budget~~,~~," and to help "pave the way" for the Trump-Vance Administration to "dismantle," "slash," and "restructure" federal programs and services.[22]

~~60.~~48.  ~~On~~Upon taking the ~~day~~oath of ~~his inauguration, January 20, 2025, President Trump signed~~office, he did just that via Executive Order 14158, titled "Establishing and Implementing the President's ~~"~~"Department of Government ~~Efficiency,"  ("~~Efficiency'" (the "E.O.~~"), reorganizing.~~"). The E.O. reorganized and ~~renaming~~renamed the United States Digital Service as the United States DOGE Service~~,~~ and established the department in the Executive Office of the President.[23]

~~61.~~49.  The E.O. ~~established the~~created a new role ~~of~~, U.S. DOGE Service Administrator ~~in~~, housed within the Executive Office of the President~~,~~ and reporting to the White House Chief of Staff.[24]

~~62.~~50.  The E.O. further established within U.S. DOGE Service a temporary organization known as the "U.S. DOGE Service Temporary Organization~~." The U.S. DOGE Service Temporary Organization is,~~" headed by the U.S. DOGE Service Administrator and ~~is~~ tasked with advancing "the President's 18-month DOGE agenda."[25]

---

[22] *See* Donald J. Trump (@realDonaldTrump), Truth Social (Nov. 12, 2024, 7:46 PM ET), ~~https://truthsocial.com/@realDonaldTrump/posts/113472884874740859~~ https://perma.cc/K75N-RTC7.
[23] Exec. Order No. 14158, 90 Fed. Reg. 8441 (Jan. 29, 2025).
[24] *Id.* § 3(b).
[25] *Id.*

Formatted: Header

63.51.  The E.O. also requiresrequired each Agency Headagency head to establish a "DOGE Team" comprised of at least four employees within their respective agencies. DOGE Teams are required to "coordinate their work with [U.S. DOGE Service]]" and advise their respective Agency Headseach team's head-of-agency on "implementing the President's DOGE Agenda."[26]

64.52.  The E.O. directs Agency Headsalso directed agency heads across the government to take "all necessary steps "" to "ensure USDS has full and prompt access to all unclassified agency records, software systems, and IT systems,"[27] but makes no mention of this directive being subject."[28] It did so without any reference to applicable law. The E.O. nominally directs the U.S.legal restraints on such activity, directing only that DOGE Service to adhere to undefined "rigorous data protection standards."[29]

65.     The E.O. does not and could not vest any statutory authority in DOGE.

Formatted: Justified

66.53.  Multiple DOGE officials have assertedmade clear their view that DOGE was reorganized to "fall[] under the Executive Office of the President [EOP]" and is nowis "subject to [the] Presidential Records [Act]]."[30] whichThat Act applies to, in relevant part, to EOP individuals and components in EOP who are close to the President:units

a unit or individual of the Executive Office of the President whose function is to advise or assist the President, in the course of conducting activities which relate to or have an effect upon the carrying out of the constitutional, statutory, or other official or ceremonial duties of the President.

---

[26] *Id.* § 3(c).
[27] *Id.* § 4(b).
[28] *Id.* § 4(b).
[29] *Id.*
[30] Minho Kim, *Trump's Declaration Allows Musk's Efficiency Team to Skirt Open Records Laws*, N.Y. Times (Feb. 10, 2025), https://www.nytimes.com/2025/02/10/us/politics/trump-musk-doge-foia-public-records.html?smid=url-share.https://perma.cc/3KCP-GFVV; *see also* Katie Miller (@katierosemiller), X (Feb. 5, 2025, 8:26 PM), https://x.com/katierosemiller/status/1887311943062499425https://perma.cc/VQB6-447P (contending that the E.O. made DOGE "subject to Presidential Records [Act]").

Formatted: Font: 12 pt (×9)

44 U.S.C. § 2201.

~~67.    Congress has neither established, nor appropriated money for, DOGE. It appears to be operating at the direction of the President and his White House advisor, Elon Musk.[21]~~

54.    As of February 20, 2025, DOGE is being "headed by Elon Musk."[32]

55.    DOGE reportedly has ~~nearly~~more than fifty employees~~.~~.[33]

~~68.~~    DOGE has been executing a ~~number of whom are understood as working for the Executive Office of the President.[34]~~

~~69.~~56.    DOGE's behavior repeats itself across ~~virtually every~~ cross-agency ~~it enters: swooping~~infiltration campaign: personnel swoop in ~~with DOGE staff, demanding~~to agencies, demand access to sensitive data systems, and ~~taking~~take adverse employment action against employees who resist ~~their unlawful commands—and frequently attempting.~~ The ultimate goal is to re-work ~~the~~ entire agencies to DOGE's will.

~~70.~~57.    Since Inauguration Day, DOGE personnel have sought and~~,~~ in most instances~~,~~ obtained unprecedented access to information systems across numerous federal agencies,

---

~~[21] Joe Hernandez, *Trump hired Musk as a 'special government employee.' Here's what that means,* NPR (Feb. 13, 2025), https://www.npr.org/2025/02/13/nx-s1-5293124/special-government-employee-trump-musk-doge.~~

[32] *Full Transcript of President Trump's Speech to Congress,* N.Y. Times (March 4, 2025), https://perma.cc/AT4N-WRDY ("I have created the brand new Department of Government Efficiency. DOGE . . . . [w]hich is headed by Elon Musk."); Joe Hernandez, *Trump hired Musk as a 'special government employee.' Here's what that means,* NPR (Feb. 13, 2025), https://perma.cc/6XTG-UHEC. Josh Marshall (@joshtpm.bsky.social), X (Mar. 6, 2025, 1:01 AM), https://perma.cc/7Y5N-95BE.

[33] *See* Avi Asher-Schapiro et al., *Elon Musk's Demolition Crew,* ProPublica (updated Feb. 20, 2025), https://perma.cc/5Z9Z-F2EP, *The People Carrying Out Musk's Plans at DOGE,* N.Y. Times (updated March 4, 2025), https://perma.cc/DD2M-C8FR.

~~[34] Avi Asher-Schapiro et al., *Elon Musk's Demolition Crew,* ProPublica (updated Feb. 20, 2025), https://projects.propublica.org/elon-musk-doge-tracker/.~~

including the ~~United States Agency for International Development,[35] the~~ Department of Treasury[36]

(including the Internal Revenue Service[37]), ~~the Department of Labor,[38] the Department of Health~~

~~and Human Services,[39] the~~ Consumer Financial Protection Bureau,[40] the General Services

Administration,[41] USAID,[42] OPM,[43] the Department of Housing and Urban Development,[44] the

---

~~[35] Charlie Warzel et al., *DOGE has 'God Mode' Access to Government Data, supra* ("DOGE has acquired God-mode access across the entire digital system [at USAID].").~~

[36] Katelyn Polantz et al., *How an arcane Treasury Department office became ground zero in the war over federal spending*, CNN (Feb. ~~1, 2025), https://www.cnn.com/2025/01/31/politics/dogetreasury-department-federal-spending/index.html;~~ 1, 2025), https://perma.cc/U5VF-RWE7; Andrew Duehren et al., *Elon Musk's Team Now Has Access to Treasury's Payment System*, N.Y. Times (Feb. 1, 2025), ~~https://www.nytimes.com/2025/02/01/us/politics/elon-musk dogefederal payments-system.html;~~ https://perma.cc/YGR9-2J65; Vittoria Elliott et al., *A 25-Year-Old With Elon Musk Ties Has Direct Access to the Federal Payment System*, Wired (Feb. ~~4, 2025), https://www.wired.com/story/doge-access-consumer-financial-protection-bureau-data/,~~ 4, 2025), https://perma.cc/6U6Z-3CK4.

[37] Jeff Stein et al., *Musk's DOGE seeks access to personal taxpayer data, raising alarm at IRS*, Wash. Post (Feb. ~~9, 2025), https://www.washingtonpost.com/business/2025/02/16/doge-irs-access-taxpayer-data/,~~ 9, 2025), https://perma.cc/GJ38-S2M2.

~~[38] Ex. F, Decl. of Rushab Sanghvi ¶ 9, *Am. Fed'n of Lab. & Cong. of Indus. Orgs. et al. v. Dep't of Lab. et al.*, No. CV 25-0339 (JDB) (D.D.C. Feb. 12, 2025), ECF No. 29-8.~~

~~[39] Dan Diamond et al., *DOGE broadens sweep of federal agencies, gains access to health payment systems*, Wash. Post (Feb. 5, 2025), https://www.washingtonpost.com/health/2025/02/05/doge-health-agencies-labor/.~~

[40] Makena Kelly, *DOGE Is Now Inside the Consumer Financial Protection Bureau*, Wired (Feb. 7, 2025), ~~https://www.wired.com/story/doge-access-consumer-financial-protection-bureau-data/;~~ https://perma.cc/9YP7-EA57; Jason Leopold, *DOGE-Backed Halt at CFPB Comes Amid Musk's Plans for 'X' Digital Wallet*, Bloomberg Law (Feb. 10, 2025), ~~https://news.bloomberglaw.com/ip-law/doge-backed-halt-at-cfpb-comes-amid-musks-plans-for-x-digital-wallet.~~ https://perma.cc/9356-2UFN.

[41] Emily Davies & Faiz Siddiqui, *GSA engineering lead resigns over DOGE ally's request for access*, Wash. Post (Feb. 18, 2025), https://perma.cc/E2X9-3VST.

[42] Charlie Warzel et al., *DOGE has 'God Mode' Access to Government Data, supra* ("DOGE has acquired God-mode access across the entire digital system [at USAID].").

[43] Davies, *supra* note 29.

[44] Jesse Coburn, *DOGE Gains Access to Confidential Records on Housing Discrimination, Medical Details — Even Domestic Violence*, ProPublica (Feb 26, 2025), https://perma.cc/E33L-2ACL.

23

National Oceanic and Atmospheric Administration,[45] ~~the Office of Personnel Management,[46] the General Services Administration,[47]~~ and the ~~Department~~Departments of Education,[48] Labor,[49] and Health and Human Services.[50]

---

[45] Michael Sainato, *Doge staffers enter NOAA headquarters and incite reports of cuts and threats*, The Guardian (Feb. ~~4, 2025), https://www.theguardian.com/us-news/2025/feb/04/doge-noaa-headquarters~~4, 2025), https://perma.cc/W4WP-MHRV; Eric Katz, *DOGE enters NOAA, accesses IT systems and removes the top HR official*, Gov't Exec. (Feb. 5, 2025), ~~https://www.govexec.com/management/2025/02/doge-enters-noaa-accesses-it-systems-and-removes-top-hr-official/402776/;~~https://perma.cc/5DFK-NUTU.

[46] ~~Tim Reid, *Exclusive: Musk Aides Lock Workers out of OPM Computer Systems*, Reuters (Feb. 1, 2025), https://www.reuters.com/world/us/musk-aides-lock-government-workers-out-computer-systems-us-agency-sources-say-2025-01-31/; Isaac Stanley-Becker et al., *Musk's DOGE agents access sensitive personnel data, alarming security officials*, Wash. Post (Feb. 6, 2025), https://www.washingtonpost.com/national-security/2025/02/06/elon-musk-doge-access-personnel-data-opm-security/.~~

[47] ~~Emily Davies & Faiz Siddiqui, *GSA engineering lead resigns over DOGE ally's request for access*, Wash. Post (Feb. 18, 2025), https://www.washingtonpost.com/business/2025/02/18/gsa-staffer-resigns-doge/.~~

[48] *See* Laura Meckler et al., *Trump Preps Order to Dismantle Education Dept. as DOGE Probes Data*, Wash. Post (Feb. 3, 2025), https://perma.cc/PP8N-NCD7 ("At least some DOGE staffers have gained access to multiple sensitive internal systems, the people said, including a financial aid dataset that contains the personal information for millions of students enrolled in the federal student aid program.").

[49] Ex. F, Decl. of Rushab Sanghvi ¶ 9, *Am. Fed'n of Lab. & Cong. of Indus. Orgs. et al. v. Dep't of Lab. et al.*, No. CV 25-0339 (JDB) (D.D.C. Feb. 12, 2025), ECF No. 29-8.

[50] ~~*See* Laura Meckler et al., *Trump Preps Order to Dismantle Education Dept. as DOGE Probes Data*, Wash. Post (Feb. 3, 2025), https://www.washingtonpost.com/education/2025/02/03/trump-education-department-dismantling-executive-order-draft/ ("At least some DOGE staffers have gained access to multiple sensitive internal systems, the people said, including a financial aid dataset that contains the personal information for millions of students enrolled in the federal student aid program.").~~ Chelsea Cirruzzo and Kelly Hooper, *How HHS gets DOGE'd*, Politico (Feb. 10, 2025), https://perma.cc/N772-EKFF; Dan Diamond et al., *DOGE broadens sweep of federal agencies, gains access to health payment systems*, Wash. Post (Feb. 5, 2025), https://perma.cc/398V-QY7Y.

Formatted: Header

71.    Some DOGE staffers ~~appear to be~~ are mining data from and working ~~across~~within

multiple agencies ~~concurrently,~~[51] ~~potentially collecting~~at the same time.[52] That unauthorized

cross-agency access allows DOGE to collect sensitive information from multiple agency

~~databases and providing opportunities~~systems. DOGE personnel are then able to combine and

cross-reference data in ways ~~that were~~ never contemplated by ~~the~~each agency's security ~~plans for~~

~~those systems.~~

---

[51] ~~See, e.g.,~~ Tim Marchman & Matt Giles, *This DOGE Engineer Has Access to the National Oceanic and Atmospheric Administration*, Wired (Feb. 5, 2025), https://www.wired.com/story/doge-engineer-noaa-data-google-musk-climate-project-2025/; Vittoria Elliott et al., *The US Treasury Claimed DOGE Technologist Didn't Have 'Write Access' When He Actually Did*, Wired (Feb. 6, 2025), https://www.wired.com/story/treasury-department-doge-marko-elez-access/; Asher-Schapiro et al., *Elon Musk's Demolition Crew, supra* (DOGE staffer Nikhil Rajpal working at NOAA, CFPB, and OPM); Ella Nilsen & Sean Lyngaas, *Trump Energy Secretary Allowed 23-Year-Old Doge Rep To Access It Systems Over Objections From General Counsel*, CNN (Feb. 7, 2025), https://www.cnn.com/2025/02/06/climate/doge-energy-department-trump/index.html (DOGE staffer Luke Farritor working at HHS and Department of Energy); Evan Weinberger, *Musk's DOGE Descends on CFPB With Eyes on Shutting It Down*, Bloomberg Law (Feb. 7, 2025), https://news.bloomberglaw.com/banking-law/musks-doge-descends-on-consumer-financial-protection-bureau; Asher-Schapiro et al., *supra* (DOGE staffer Gavin Kliger working at CFPB, OPM, and USAID); Makena Kelly & Zoe Schiffer, *Elon Musk's Friends Have Infiltrated Another Government Agency*, Wired (Jan. 31, 2025), https://www.wired.com/story/elon-musk-lackeys-general-services-administration/; Laura Barrón-López (@lbarronlopez), X (Feb. 3, 2025, 2:05 PM), https://x.com/lbarronlopez/status/1886491276729544809 (DOGE staffer Edward Coristine working at OPM, Small Business Administration, and General Services Administration).

[52] *See, e.g.,* Tim Marchman & Matt Giles, *This DOGE Engineer Has Access to the National Oceanic and Atmospheric Administration*, Wired (Feb. 5, 2025), https://perma.cc/4PNG-XF55; Vittoria Elliott et al., *The US Treasury Claimed DOGE Technologist Didn't Have 'Write Access' When He Actually Did*, Wired (Feb. 6, 2025), https://perma.cc/U9V8-GBB8; Asher-Schapiro, *supra* note 25; Ella Nilsen & Sean Lyngaas, *Trump Energy Secretary Allowed 23-Year-Old Doge Rep To Access It Systems Over Objections From General Counsel*, CNN (Feb. 7, 2025), https://perma.cc/Y7XW-HL6M (DOGE staffer Luke Farritor working at HHS and Department of Energy); Evan Weinberger, *Musk's DOGE Descends on CFPB With Eyes on Shutting It Down*, Bloomberg Law (Feb. 7, 2025), https://perma.cc/GKQ4-NAZB; Makena Kelly & Zoe Schiffer, *Elon Musk's Friends Have Infiltrated Another Government Agency*, Wired (Jan. 31, 2025), https://perma.cc/RZG8-XDP2; Laura Barrón-López (@lbarronlopez), X (Feb. 3, 2025, 2:05 PM), https://perma.cc/GNM2-DXM2.

Formatted: Header

58.    ~~DOGE is also reportedly planning to monitor electronic employee communications, including emails, at the agencies it engaged with including monitoring chats~~policies and ~~each keystroke typed by employees.⁵³ And DOGE~~ /or safeguards.

72.    DOGE has~~, at another agency, reportedly installed software PuTTY used for large-scale transfers of data.⁵⁴~~

~~73.~~59.    DOGE's ~~careless and unlawful behavior has~~ not ~~ended in~~merely ~~accessing~~accessed

Formatted: Justified

sensitive and protected information. On ~~February 12, 2025, for~~the contrary: it is publicly disclosing it. For example, DOGE _has_ posted classified information, including classified personnel information, from the National Reconnaissance Office on its website,⁵⁵ and has posted sensitive SSA system code GitHub, an open platform that allows developers to create, store, manage and share code through which sensitive information about the structure of government information systems could be revealed. At some agencies, DOGE staffers have even been _accidentally_ granted edit access to sensitive data systems.⁵⁶

Formatted: Footnote Reference, Font: Arial, 11 pt, , Not Superscript/ Subscript

~~III.~~IV. **President Trump, Elon Musk, and DOGE Take Aim at Social Security and Medicare**

Formatted: English (United States)

---

⁵³ ~~Jenna McLaughlin & Shannon Bond, _GSA Staff Facing Massive Cuts and Fears Of 'nonstop' Surveillance_, NPR (Feb. 12, 2025), https://www.npr.org/2025/02/11/nx-s1-5293258/trump-gsa-budget-cuts-doge ("Some employees were told that this would include monitoring of when employees logged in and out of their devices, when employees swipe in and out of their workspaces and monitoring of all their work chats. They were also told that 'keylogger' software that would keep track of everything the employees typed on their work machines would be installed on their work computers, the GSA officials said.")~~

⁵⁴ ~~David Ingram, _DOGE Software Approval Alarms Labor Department Employees_, NBC News (Feb. 13, 2025), https://www.nbcnews.com/tech/security/doge-software-approval-alarms-labor-department-employees-data-security-rcna191583.~~

⁵⁵ Jennifer Bendery, _Elon Musk's DOGE Posts Classified Data On Its New Website_, HuffPost (Feb 14, 2025), https://perma.cc/9KSL-KLUT; Will Steakin et al., _DOGE Data Release Criticized By Intel Community; Trump Admin Says It's Public Data_, ABC News (Feb. 16, 2025), https://perma.cc/HZ72-W9M8.

⁵⁶ ~~Jennifer Bendery, _Elon Musk's DOGE Posts Classified Data On Its New Website_, HuffPost (Feb 14, 2025), https://www.huffpost.com/entry/elon-musk-doge-posts-classified-data_n_67ae646de4b0513a8d767112; Will Steakin et al., _DOGE Data Release Criticized By Intel Community; Trump Admin Says It's Public Data_, ABC News (Feb. 16, 2025), https://abcnews.go.com/US/agency-data-shared-doge-online-sparks-concern-intelligence/story?id=118858837.~~ Beatrice Nolan, _A 25-year-old staffer with Elon Musk's DOGE was accidentally given permission to edit a sensitive Treasury payments system_, Fortune (Feb. 13, 2025), https://perma.cc/P928-YZY2.

Formatted: Footnote Reference, Font: Arial, 12 pt, Font color: Auto, , Not Superscript/ Subscript

Formatted: Footnote Text

Formatted: Font: 12 pt, Font color: Auto

26

60.    President Trump, Elon Musk, and other administration officials have had their sights set on Social Security for the past year, even as President Trump has claimed that "Social Security will not be touched."[57]

~~74.~~61.  On March 11, 2024, then-candidate Trump implied that he would be amenable to cutting Social Security and Medicare if he won the presidency, stating during an interview on CNBC: "There is a lot you can do in terms of entitlements, in terms of cutting and in terms of also the theft and the bad management of entitlements."[58]

~~75.~~62.  Elon Musk stated during the presidential campaign that if Trump were re-elected, his administration would likely cause "temporary hardship" for American citizens because of the ensuing budget cuts.[59]

~~76.~~63.  Elon Musk also expressed a desire to slash the federal budget by at least $2 trillion, a figure that amounts to more than what the federal government spent in the last fiscal year on "defense, education, veterans' health and other discretionary items" combined.[60]

---

[57] Eli Hager, *Anxiety Mounts Among Social Security Recipients as DOGE Troops Settle In*, ProPublica (Feb. 22, 2025), https://perma.cc/K8X2-3KZW.

[58] Kate Sullivan & Tami Luhby, *Trump suggests he's open to cuts to Medicare and Social Security after attacking primary rivals over the issue*, CNN (Mar. ~~11, 2024),~~ 11, 2024), ~~https://www.cnn.com/2024/03/11/politics/trump-entitlements-social-security-medicare/index.html.~~ https://perma.cc/83AG-2QZ3,

[59] Rob Wile & Lora Kolodny, *Elon Musk asks voters to brace for economic 'hardship,' deep spending cuts in potential Trump Cabinet role*, CNN (Nov. ~~1, 2024),~~ ~~https://www.nbcnews.com/business/economy/economy-if-trump-wins-second-term-could-mean-hardship-for-americans-rcna177807.~~ 1, 2024), https://perma.cc/3F5T-LQHG.

[60] Tami Luhby et al., *Trump wants Elon Musk to overhaul the government. Here's what could be on the chopping block*, CNN (Nov. 14, 2024), ~~https://www.cnn.com/2024/11/14/politics/elon-musk-doge-trump/index.html.~~ https://perma.cc/5ULP-QL7H.

77.64.  On December 2, 2024, Musk implied that he was amenable to overhauling Social Security, quote tweeting an "X" thread by Senator Mike Lee that called Social Security an "outdated, mismanaged system."[61]

78.65.  Since Donald Trump has taken office, both he and Elon Musk has have repeatedly suggested that there is widespread fraud within Social Security, as well as other entitlements.

79.66.  On February 11, 2025, Musk wrote on "X": "At this point, I am 100% certain that the magnitude of the fraud in federal entitlements (Social Security, Medicare, Medicaid, Welfare, Disability, etc.) exceeds the combined sum of every private scam you've ever heard by FAR. It's not even close."[62]

80.67.  On February 17, 2025, Musk wrote falsely claimed on "X": "Yes, there are FAR more 'eligible' social security Social Security numbers than there are citizens in the USA. This might be the biggest fraud in history."[63]

81.68.  On February 17, 2025, White House Press Secretary Karoline Leavitt stated on Fox News that President Trump "has directed Elon Musk and the DOGE team to identify fraud at the Social Security Administration."[64] Leavitt also stated on Fox News: "They haven't dug into the

---

[61] Elon Musk (@elonmusk), X (Dec. 2, 2024, 9:47 PM ET), https://x.com/elonmusk/status/1863777030766022779 https://perma.cc/MX85-XK7K.

[62] Elon Musk (@elonmusk), X (Feb. 11, 2025, 1:23 AM ET), https://x.com/elonmusk/status/1889198569518719122 https://perma.cc/R6YD-5KY9.

[63] Elon Musk (@elonmusk), X (Feb. 17, 2025, 12:17 AM ET), https://x.com/elonmusk/status/1891357918605332965 https://perma.cc/UU68-7ZHY.

[64] Yamiche Alcindor & Raquel Coronell, *Top Social Security official steps down after disagreement with DOGE over sensitive data*, CNN (Feb. 17, 2025), https://www.nbcnews.com/politics/doge/top-social-security-official-steps-disagreement-doge-sensitive-data-rena192530 17, 2025), https://perma.cc/9ZLL-VLFH.

books yet, but they suspect that there are tens of millions of deceased people who are receiving fraudulent Social Security payments."[65]

~~82.~~69.    On February 19, 2025, Commerce Secretary Howard Lutnick stated on Fox News:

> Back in October … I flew down to Texas, got Elon Musk to [set up DOGE], and here was our agreement: that Elon was gonna cut a trillion dollars of waste fraud and abuse….We have almost $4 trillion of entitlements, and no one's ever looked at it before. You know Social Security is wrong, you know Medicaid and Medicare are wrong….[66]

70.    On February 19, 2025, ~~Donald Trump himself backed~~purported Acting SSA Commissioner Leland Dudek issued a ~~Republican budget plan~~press release endorsing DOGE and stating that ~~could cut billions~~DOGE "is a critical part of ~~dollars~~President Trump's commitment to identifying fraud, waste, and abuse."[67]

71.    On February 22, 2025, President Trump reiterated his administration's claims that tens of millions of Americans are improperly receiving Social Security benefits,[68] calling Social Security "the biggest Ponzi scheme of all time … It's all a scam, the whole thing is a scam."[69]

72.    On February 28, 2025, Elon Musk went on "The Joe Rogan Experience"—a widely listened to podcast—and proclaimed that "a basic search of the Social Security database" indicated

---

[65] Zachary B. Wolf, *Trump and Musk set their sights on Social Security by spreading rumors*, CNN (Feb. 19, 2025), ~~https://www.cnn.com/2025/02/18/politics/trump-musk-social-security-payments-what-matters/index.html.~~ https://perma.cc/YY7H-8XPA.
[66] Acyn (@Acyn), X (Feb. 19, 2025, 8:16 PM ET), ~~https://x.com/Acyn/status/1892382760649839014.~~https://perma.cc/T4RA-6BXL.
[67] Soc. Sec. Admin., Press Release, *Statement from Lee Dudek, Acting Commissioner, about Commitment to Agency Transparency and Protecting Benefits and Information* (Feb. 19, 2025), https://perma.cc/W33R-QKEZ.
[68] The Express Tribune, *Trump Reveals Shocking Social Security Records & Payments*, YouTube (Feb. 20, 2025), https://perma.cc/4ZC6-EL8M; Justin Glawe, *Lies, Cuts, Closures: Trump and Musk Ravage Social Security Administration*, Rolling Stone (Feb. 28, 2025), https://perma.cc/Y76Q-AJAZ.
[69] Mandy Taheri, *Donald Trump Riffs on Social Security—'It's All a Scam,'* Newsweek (Feb. 23, 2025), https://perma.cc/THX8-3ZS4.

29

"20 million dead people [were] marked as alive" and that "Social Security is the biggest Ponzi scheme of all time."[70] That claim is false.[71]

73.    On March 4, 2025, in his first speech before a joint session of Congress, President Trump claimed there to be "shocking levels of incompetence and probable fraud in the Social Security Program."[72]

74.    At the same time, SSA leadership has sought to wholly rework the agency.

83.75.    On February 21, 2025, SSA announced an "organizational realignment" of its Office of Analytics, Review, and Oversight, which was responsible for addressing recommendations from Medicaidexternal monitoring authorities and overseeing fraud detection.[73]

76.    On February 24, 2025, SSA announced it was closing the agency's Office of Transformation,[74] which was dedicated to the digital modernization of SSA programs and services, including improving the agency's website. A day later, SSA shuttered its Office of Civil Rights and Equal Opportunity,[75] which had been tasked with overseeing the agency's civil rights, equal employment, harassment prevention, accommodations, and disability services.

---

[70] HappyScribe, *#2281 – Elon Musk,* The Joe Rogan Experience (Feb. 28, 2025), https://perma.cc/RJ9A-7K6Q.

[71] Soc. Sec. Admin., Off. of Inspector Gen., *IG Reports: Nearly $72 Billion Improperly Paid; Recommended Improvements Go Unimplemented* (Aug. 19, 2024), https://perma.cc/WR7T-3KZA.

[72] *Full Transcript of President Trump's Speech to Congress, supra* note 24.

[73] Brent D. Griffiths & Noah Sheidlower, *Trump said in an interview with Elon Musk that he wouldn't touch Medicaid. Hours later he endorsed a GOP plan that could slash the program,* Bus. Insider (Feb. 19, 2025), https://www.businessinsider.com/trump-medicaid-cuts-republicans-congress-budget-reconciliation-elon-musk-interview-2025-2. Soc. Sec. Admin., Press Release, *Social Security Announces Change to Improve Agency Operations and Strengthen Protections* (Feb. 21, 2025), https://perma.cc/3EC7-KARR.

[74] Soc. Sec. Admin., Press Release, *Social Security Eliminates Wasteful Department* (Feb. 24, 2025), https://perma.cc/WMY9-T2WN.

[75] Soc. Sec. Admin., Press Release, *Social Security Dissolves Duplicative Office* (Feb. 25, 2025), https://perma.cc/CMG2-JBCJ.

30

77.    On February 27, 2025, SSA announced that it was implementing an "agency-wide organizational restructuring that will include significant workforce reductions"[76] and began offering buyouts to agency employees.[77]

78.    On February 28, 2025, SSA announced it was reducing the agency's workforce by 7,000 and reducing the number of regional SSA offices from ten to four.[78] The agency had already been at a fifty-year staffing low.[79]

79.    That same day, over twenty senior SSA leaders announced their resignations.[80]

84.80.    During this time, DOGE has allegedly begun to examinealso been examining SSA's contracting and other systems, posting various cuts to agency contracts on its "wall of receipts."[81]

81.    The purported Acting Commissioner has confirmed: DOGE personnel—or, as he called them, "outsiders who are unfamiliar with nuances of SSA programs"—are calling the shots.[82]

## IV.V.    DOGE Seeks Access to Protected Information at SSA

85.    DOGE and its game of governmental whack-a-mole have wreaked havoc on the

---

[76] Soc. Sec. Admin., Press Release, *Social Security Announces Options to its Workforce* (Feb. 27, 2025), https://perma.cc/J64C-SX3T.

[77] Aaron Navarro, *Social Security Administration offering voluntary buyouts ahead of "significant workforce reductions*," CBS News (Feb. 27, 2025), https://perma.cc/3XYQ-HHQJ.

[78] Soc. Sec. Admin., Press Release, *Social Security Announces Options to its Workforce* (Feb. 27, 2025), https://perma.cc/J64C-SX3T.

[79] Natalie Alms, *Social Security shutters its civil rights and transformation offices*, Gov't Exec. (Feb. 26, 2025), https://perma.cc/VY6T-K9FZ.

[80] Gregory Korte and Emily Birnbaum, *Social Security Revamp Sees at Least Two Dozen Leaders Exit*, Bloomberg Law (Feb. 28, 2025), https://perma.cc/K7HL-S43F.

[81] *The people voted for major reform*, Dep't of Gov't Efficiency, https://perma.cc/G6VS-NR2J (Last visited Mar. 6, 2025); Aliss Higham, *DOGE Reveals Social Security Administration Cuts*, Newsweek (Feb. 19, 2025), https://www.newsweek.com/doge-reveals-social-security-administration-cuts-2033081 20, https://perma.cc/3R6K-BZEC.

[82] Lisa Rein et al., *DOGE is driving Social Security cuts and will make mistakes, acting head says privately*, Wash. Post (Mar. 6, 2025), https://perma.cc/FYY3-QGRR.

31

Formatted: Header

American system of government and caused incredible concern for the privacy of the American public. It has not helped that the executive branch has been unable to articulate exactly what DOGE is, its activities, or the authorities under which it is operating; nor who leads it; nor how DOGE employees are simultaneously members of multiple agencies at the same time.

86.    Indeed, a federal district court judge recently granted a temporary restraining order to safeguard information systems at the Department of Treasury. *New York v. Trump*, No. 25 CIV. 1144, ___ F.Supp.3d ___, 2025 WL 435411 (S.D.N.Y. Feb. 8, 2025), *modified on clarification*, No. 25-CV-01144 (JAV), 2025 WL 455406 (S.D.N.Y. Feb. 11, 2025). Another expressly acknowledged that "DOGE's unpredictable actions have resulted in considerable uncertainty and confusion," highlighting the concerning nature of "the unchecked authority" being wielded by "an unelected individual and an entity that was not created by Congress." *New Mexico v. Musk*, Case No. 25-cv-429, ___ F.Supp.3d ___, 2025 WL 520583, at *4 (D.D.C. Feb. 18, 2025). And another expressed "serious concerns" about the privacy of Americans' data and rejecting the government's argument that DOGE is a "goldilocks" entity that can wield massive authority with minimal oversight." *Am. Fed'n of Lab. & Cong. of Indus. Orgs. et al. v. Dep't of Lab. et al.*, ___ F.Supp.3d ___, No. CV 25-0339, 2025 WL 542825, at *3 (D.D.C. Feb. 14, 2025).

87.    The nation has, once before, experienced an executive branch that sought to obtain information regarding individual Americans. In response, Congress put an unambiguous barriers in its way. Those protections, enshrined in federal law for decades, mandate that DOGE be restrained here.

88.    Over President's Day Weekend 2025, Michelle King, the then-Acting SSA Commissioner resigned, "after a clash" with DOGE, which had attempted "to access sensitive

32

government records."[83]

82. ~~President Trump selected Leland Dudek to serve as~~ DOGE has also sought access to SSA data systems containing highly sensitive information.

89. On the morning of January 30, 2025, Tiffany Flick—then-Acting Chief of Staff to the Acting SSA Commissioner ~~until his nominee, Frank Bisignano, is confirmed.~~[84] —received a phone call from Leland Dudek ~~had previously been a~~ —who was at the time serving as a mid-level manager in the Office of Program Integrity ~~working~~, where he worked on anti-fraud measures.[85] Mr. Dudek ~~was reportedly a GS-15 employee, not a member~~ told Ms. Flick that some ~~members of~~ the Senior Executive Service.[86]

90. ~~Before his promotion, the agency had placed Dudek on administrative leave for cooperating with~~ DOGE ~~after SSA leadership received reports that Dudek had shared information with nonagency personnel as early as December 2024~~ requested to be on-site immediately and ~~had reportedly pressured career staff to "help DOGE representatives."[87] As Dudek reportedly wrote in a now-deleted LinkedIn post, "I confess. I moved contractor money around~~ wanted to ~~add data science resources~~ come to ~~my anti-fraud team to examine Direct Deposit Fraud . . . . I confess. I bullied agency executives, shared executive contact information, and circumvented the chain of command to connect DOGE with the people who get stuff done."[88]

---

[83] ~~Lisa Rein et al., *Top Social Security official exits after clash with Musk's DOGE over data*, Wash. Post (Feb. 17, 2025), https://www.washingtonpost.com/politics/2025/02/17/doge-social-security-musk/.~~

[84] ~~*Id.*~~

[85] ~~*See id.;*~~ Marisa Kabas, *The Curious ~~case~~ Case of Leland Dudek*, The Handbasket (Feb. 20, 2025), ~~https://www.thehandbasket.co/p/leland-dudek-ssa-doge.~~ https://perma.cc/HND5-AHVQ.

[86] ~~Kabas, *The Curious case of Leland Dudek, supra.*~~

[87] ~~Ken Thomas, *The Newly Elevated Acting Head of Social Security Covertly Helped DOGE*, Wall Street J. (Feb. 20, 2025), https://www.wsj.com/politics/policy/social-security-commissioner-leland-dudek-doge-343d3f5e.~~

[88] ~~Tami Luhby, *Acting Social Security head rose to the position after giving information to DOGE*, CNN (Feb. 21, 2025), https://www.cnn.com/politics/live-news/trump-administration-news-02-21-25/index.html; *see also* Thomas, *The Newly Elevated Acting Head of Social Security Covertly Helped DOGE, supra.*~~

33

Formatted: Header

91.    After Dudek's promotion, Elon Musk posted on X, "There ARE good people in the government who want to eliminate fraud & waste. Amazingly, Leland was fired by Social Security Administration upper management for helping @DOGE find taxpayer savings. Can you believe that?? Thanks to President Trump, Leland was brought back right away and now HE is upper management []."[89]

92.    Reports indicate that since Dudek's elevation, DOGE officials have been able to access the SSA Enterprise Data Warehouse, "a centralized database that includes records on individuals who have been issued a Social Security number or have applied for or received Social Security benefits, including wage, tax and bank account information."[90] This database "serves as the main hub for personal, headquarters that day. Over the following two weeks, DOGE, working with Mr. Dudek, ransacked the agency, installing DOGE associates without proper vetting or training, threatening career employees, and demanding access to some of the agency's most sensitive information related to social security benefits such as beneficiary records and earnings data."[91]

93.83.   On February 19, 2025, Dudek issued a press release confirming that DOGE personnel are working at SSA and have "read" access to SSA data systems. It also confusingly stated that DOGE personnel "do not have access to data related to a court-ordered temporary restraining order, current or future."[92] Plaintiffs are not aware of any restraining order to SSA at this time.

---

[89] Elon Musk (@elonmusk), X (Feb. 19, 2025, 10:18 PM ET), https://x.com/elonmusk/status/1892413385804792307.
[90] Thomas, *The Newly Elevated Acting Head of Social Security Covertly Helped DOGE, supra.*
[91] *Social Security Administration acting commissioner steps down*, CBS (Feb. 18, 2025), https://www.cbsnews.com/news/social-security-acting-commissioner-steps-down/#:~:text=Nancy%20Altman%2C%20the%20president%20of,access%20Internal%20Revenue%20Service%20databases.
[92] Statement from Lee Dudek, Acting Commissioner, about Commitment to Agency Transparency and Protecting Benefits and Information, SSA (Feb. 19, 2025), https://www.ssa.gov/news/press/releases/2025/#2025-02-19.

34

Formatted: Header

~~94.    On February 21, 2025, it was reported that Marko Elez—a former Space-X and X employee who had resigned from the DOGE team at the Department of Treasury earlier in February following accounts of racist social media posts[93]—has been "reinstated" at SSA. [94] Elez was earlier in the week "listed . . . on a roster of DOGE employees with a government email address associated with the Executive Office of the President."[95]~~

84.    Then-Acting Commissioner Michelle King and other career employees did their best to hold DOGE at bay, understanding the harm that would ensue should DOGE gain unfettered access to SSA's data systems.

85.    In the end, DOGE won. The President installed Mr. Dudek as the purported Acting Commissioner, and Commissioner King and Ms. Flick retired from government service.

86.    Commissioner Dudek then gave DOGE access to numerous data systems, including at least the following:

a.    The Enterprise Data Warehouse, which houses SSA's master files and includes extensive information about anyone with a Social Security number, including names, names of spouses and dependents, work history, financial and banking information, immigration or citizenship status, and marital status;

b.    The NUMIDENT file, which contains information about the assigning of Social Security numbers;

c.    The Master Beneficiary Record and Supplemental Security Record files, which contain detailed information, including medical information, about

---

~~[93] Bobby Allyn & Shannon Bond, *Member of Elon Musk's DOGE team resigns after racist posts resurface*, NPR (Feb. 7, 2025), https://www.npr.org/2025/02/06/nx-s1-5289337/elon-musk-doge-treasury.~~
~~[94] Emily Birnbaum et al., *DOGE Staffer Behind Racist Posts Reinstated at Social Security*, Bloomberg AI (Feb. 20, 2025), https://www.bloomberg.com/news/articles/2025-02-21/doge-staffer-behind-racist-posts-reappears-at-social-security.~~
~~[95] *Id.*~~

anyone who applies for or receives Social Security or Supplemental Security benefits.

87. Now, reporting suggests that SSA is now pushing to get DOGE access to additional data systems, including the Federal Parent Locator Service and the National Directory of New Hires database—both of which contain additional sensitive information about working Americans, including quarterly wage data from state workforce agencies, unemployment insurance claims, employer history and information, information about child support cases and child support orders.[96]

## HARMS TO PLAINTIFFS

95. Plaintiffs have been engaged in, advocating for, and ensuring the availability of, Social Security benefits for decades, as a central policypiece of their missions. Plaintiffs ASCME and advocacy goal.

96. Plaintiffs'AFT have active membership of working Americans members in the workforce who participate in and contribute to the federal Old- Age ("OAI"), Survivors, and Disability Insurance ("DI") programs ("OSDI")OASDI") program managed by SSA.

97.88. Many AFSCME, AFT, and ARA also have retired members—most of Plaintiffs' retiree members whom receive OASDI payments or are OAIotherwise eligible and most, if not all, are DI eligible for OASDI. Many AFSCME members also have children who receive disability benefits administered by SSA or whoof whom receive survivor benefits.

98.89. SSA has collected and stored extensive personal and financial information about Plaintiffs' members participating in SSA programs, including about their tax paymentsSocial

---

[96] Jeff Stein and Dan Diamond, *DOGE targets child support database full of income data*, Wash. Post (Mar. 6, 2025), https://perma.cc/D9DX-WVGU.

Security numbers, names and ~~refunds~~addresses, taxable income, and contributions to Social Security.

90.    Many of Plaintiffs' members also have highly sensitive medical information on file with SSA, including members whose medical records may contain information that carries stigma.

91.    Plaintiffs' members have understood the information they submit to SSA to be private barring a few specific exceptions. Their trust in SSA is engendered by their understanding of the privacy laws the agency is subject to and the agency's own public commitments to data privacy, both in its official communications (for example, on its website) and in the statements made by agency employees during the course of conducting SSA business.

~~99.~~92.  SSA Defendants are required by law to protect the sensitive personal and financial information that they collect and maintain about individuals from unnecessary and unlawful disclosure.

93.    Plaintiffs' members have not—and do not—consent to the release of their sensitive information to DOGE personnel.

94.    The decision to grant DOGE personnel access to the extensive records that SSA maintains,—and any future decisions to do so—without obtaining or even requesting the consent of affected individuals like Plaintiffs' members, violates those requirements and upends the reliance these members had on their data being secure.

~~100.~~95.    Plaintiffs' members—senior citizens—are also among the most targeted for and vulnerable to scams seeking or using their sensitive financial and medical information.

~~101.~~96.    Plaintiffs' members rely on the ~~very~~ programs that President Trump, Elon Musk, the White House, and DOGE are targeting ~~for purposes of "rooting out fraud."~~ to live.

~~102.~~97.    Defendants' actions have thus harmed Plaintiffs' members by depriving them of privacy protections guaranteed by federal law and by making their information available for, and subject to, investigation by DOGE ~~for civil and criminal liability~~ and scammers. This harm is exacerbated by the attendant risk that this information, still being improperly disclosed, is more easily accessed and abused by malicious actors.

### CLAIMS FOR RELIEF

### <u>Count I</u>
**Violation of the APA: Unlawful, Arbitrary and Capricious Agency Action ~~(26,~~ 5 U.S.C. §§ ~~6103, 7213A~~§ 706 (Privacy Act, 5 U.S.C. § 552a)**

~~103.~~98.    Plaintiffs assert and incorporate by reference the foregoing paragraphs.

99.    The Privacy Act prohibits agencies from "disclos[ing] any record which is contained in a system of records by any means of communication to any person, or to another agency, except pursuant to a written request by, or with the prior written consent of, the individual to whom the record pertains." 5 U.S.C. § 552a(b).

100.    The Privacy Act authorizes agencies to enter into agreements to share data, including via computer matching agreements, only if they adhere to strict processes. 5 U.S.C. § 552a(o).

101.    SSA Defendants have disclosed and continue to disclose personal records contained in systems of records under their control. Those disclosures are neither pursuant to a written request from Plaintiffs' members nor made with their prior written consent. 5 U.S.C. § 552a(b).

102.    SSA Defendants have also entered inter-agency data sharing agreements without abiding the process prescribed by law, 5 U.S.C. § 552a(o).

103.    SSA Defendants' conduct constitutes final agency action under 5 U.S.C. § 704.

38

**Formatted:** Header

104.    SSA Defendants unlawfully permitted DOGE Defendants to access and inspect return information protected by 26 U.S.C. § 6103 and 26 U.S.C. § 7213A.

105.    SSA Defendants' actions have been arbitrary and capricious, not in accordance with the law, and in excess of statutory authority. 5 U.S.C. §§ 706(2)(A), (C).

~~106.~~104.    *First,* SSA Defendants have ~~permitted.~~thereby engaged in conduct that is contrary to ~~26 U.S.C. §§ 6103(g), (h), DOGE staff to obtain broad access to return information for a broad purpose in a manner that does not comply with specific statutory requirements.~~law, in excess of statutory authority, and arbitrary, capricious, an abuse of discretion, or otherwise not in accordance with law. *See* 5 U.S.C. § 706(2).

**Formatted:** Justified

107.    *Second,* SSA Defendants have permitted DOGE staff broad access to sensitive return information in an arbitrary and capricious manner that does not comport with historical or existing SSA regulations, practice, or policy.

108.1.    Defendants' conduct constitutes final agency action under 5 U.S.C. § 704.

**Formatted:** Justified, Line spacing: Double

109.1.    Defendants have thereby engaged in conduct that is contrary to law, in excess of statutory authority, and arbitrary, capricious, an abuse of discretion, or otherwise not in accordance with law under 5 U.S.C. § 706(2).

**Formatted:** List Paragraph, Justified, Line spacing: Double, Don't keep with next

~~Count~~ **Count II**
**Violation of the Privacy Act, 5 U.S.C. § 552a**

**Formatted:** Font: Not Bold, No underline, English (United States)

**Formatted:** Line spacing: Multiple 1.15 li

105.    Plaintiffs assert and incorporate by reference the foregoing paragraphs.

**Formatted:** Justified

106.    The Privacy Act prohibits agencies from "disclos[ing] any record which is contained in a system of records by any means of communication to any person, or to another agency, except pursuant to a written request by, or with the prior written consent of, the individual to whom the record pertains." 5 U.S.C. § 552a(b).

**Formatted**

107.    The Privacy Act authorizes agencies to enter into agreements to share data, including via computer matching agreements, only if they adhere to strict processes. 5 U.S.C. § 552a(o).

108.    SSA Defendants have disclosed and continue to disclose personal records contained in systems of records under their control. Those disclosures are neither pursuant to a written request from Plaintiffs' members nor made with their prior written consent. 5 U.S.C. § 552a(b).

109.    SSA Defendants have also entered inter-agency data sharing agreements without abiding the process prescribed by law. 5 U.S.C. § 552a(o).

110.    Accordingly, and alternatively to Count I, Plaintiffs are entitled to civil remedies under 5 U.S.C. § 552a(g).

**Count III**
**Violation of the APA: Unlawful, Arbitrary and Capricious Agency Action, 5 U.S.C. § 706 (Internal Revenue Code, 26 U.S.C. §§ 6103, 7213A; Social Security Act, 42 U.S.C. § 1306)**

111.    Plaintiffs assert and incorporate by reference the foregoing paragraphs.

112.    The Internal Revenue Code makes clear that "[r]eturns and return information shall be confidential" and prohibits, and the Social Security Act prohibits "disclosure of any return or portion of return." 26 U.S.C. § 6103; 42 U.S.C. § 1306.

113.    "Return information" includes "the nature, source, or amount" of a taxpayer's income and any other data gathered or collected by the Secretary of the Treasury.

114.    SSA Defendants unlawfully permitted DOGE Defendants to access and inspect tax return information protected by the Internal Revenue Code, 26 U.S.C. §§ 6103, 7213A, and the Social Security Act, 42 U.S.C. § 1306.

115.    Defendants' conduct constitutes final agency action under 5 U.S.C. § 704.

40

116.   Defendants have thereby engaged in conduct that is contrary to law, in excess of statutory authority, and arbitrary, capricious, an abuse of discretion, or otherwise not in accordance with law under 5 U.S.C. § 706(2).

**Count IV**
**Violation of the APA: Unlawful, Arbitrary and Capricious Agency Action, 5 U.S.C. § 706 (FISMA, 44 U.S.C. §§ 3554)**

110.117.   Plaintiffs assert and incorporate by reference the foregoing paragraphs.

111.118.   SSA Defendants have administered systems containing vast quantities of sensitive personal information without complying with statutorily required security protections under FISMA. 44 U.S.C. §§ 3554(a)(1)–(2).

112.119.   Defendants' conduct constitutes final agency action under 5 U.S.C. § 704.

113.120.   Defendants have thereby engaged in conduct that is contrary to law, in excess of statutory authority, and arbitrary, capricious, an abuse of discretion, or otherwise not in accordance with law under 5 U.S.C. § 706(2).

**Count IIIV**
**Violation of the APA: Unlawful, Arbitrary and Capricious Agency Action (Privacy Act)**

114.1.   Plaintiffs assert and incorporate by reference the foregoing paragraphs.

115.   IRS Defendants have disclosed personal data contained in systems of records controlled by Defendants in violation of the Privacy Act, 5 U.S.C. § 552a(b) and wrongfully used such data

for computer matching without an adequate written agreement in violation of the Privacy Act.706, 5 U.S.C. § 552a(o).

121. Plaintiffs assert and incorporate by reference the foregoing paragraphs.

122. SSA Defendants have disclosed an unfathomable amount of sensitive, personally identifying information about the American public without acknowledging that SSA was changing its policies, identifying the source of its authority to do so, or providing any analysis whatsoever of why its decision is not arbitrary and capricious, and without considering the consequences, including to the reliance interests of Plaintiffs and their members.

123. Defendants' conduct constitutes final agency action under 5 U.S.C. § 704.

124. Defendants have thereby engaged in conduct that is contrary to law, in excess of statutory authority, and arbitrary, capricious, an abuse of discretion, or otherwise not in accordance with law under 5 U.S.C. § 706(2).

116.1. Count Defendants' conduct constitutes final agency action under 5 U.S.C. § 704.

117.1. Defendants have thereby engaged in conduct that is contrary to law, in excess of statutory authority, and arbitrary, capricious, an abuse of discretion, or otherwise not in accordance with law under 5 U.S.C. § 706(2).

Count IV

Violation of the Privacy Act

118.1. Plaintiffs assert and incorporate by reference the foregoing paragraphs.

119. SSA Defendants have disclosed Plaintiffs' personal data contained in systems of records controlled by Defendants without Plaintiffs' consent and without satisfying any of the conditions identified in the Privacy Act, 5 U.S.C. § 552a(b), and wrongfully used such data for computer matching without an adequate written agreement in violation of the Privacy Act, 5 U.S.C. § 552a(o).

42

~~120.    Accordingly, and alternatively, to Count III, Plaintiffs are entitled to civil remedies under 5 U.S.C. § 552a(g).~~

~~Count~~ **VI**

**Actions *Ultra Vires***

125.    Plaintiffs assert and incorporate by reference the foregoing paragraphs.

126.    In directing and controlling the use and administration of Defendant SSA's systems, DOGE Defendants have breached secure government systems and caused the unlawful disclosure of the personal data of hundreds of millions of people.

127.    DOGE Defendants may not take actions which are not authorized by law.

No law or other authority authorizes or permits DOGE ~~Violation of the APA: Unlawful, Arbitrary and Capricious Agency Action (42 U.S.C. § 902)~~

~~121.~~1.    ~~Plaintiffs assert and incorporate by reference the foregoing paragraphs.~~

~~122.    Mr. Dudek's service as Acting Commissioner is unlawful under the Social Security Act.~~

~~123.    The Social Security Act provides that the Deputy Commissioner "shall" serve as the Acting Commissioner when a vacancy occurs, "unless the President designates another officer of the Government as Acting Commissioner." 42 U.S.C. § 902(b)(4).~~

128.    ~~Prior to his appointment as Acting Commissioner,~~ Defendants to access or administer these systems.

129.    Through such conduct, DOGE Defendants have engaged (and continue to engage) in *ultra vires* actions that injure Plaintiffs' members by exposing their sensitive, private, and personally identifiable information and increasing the risk of further disclosure and misuse thereof.

~~124.    Mr. Dudek was not serving as an "officer" of the United States, as that term has been interpreted. *See Lucia*, 585 U.S. at 245 (quoting *Buckley*, 424 U.S. at 6 (1976)).~~

43

125. Mr. Dudek was therefore not lawfully serving as the Acting Commissioner when he provided DOGE access to SSA systems.

126.1. Defendants' conduct constitutes final agency action under 5 U.S.C. § 704.

127. Defendants have thereby engaged in conduct that is contrary to law, in excess of statutory authority, and arbitrary, capricious, an abuse of discretion, or otherwise not in accordance with law under 5 U.S.C. § 706(2).

**Count VII**

**Violation of the APA: Unlawful, Arbitrary and Capricious Agency Action (5 U.S.C. § 706)**

128. Plaintiffs assert and incorporate by reference the foregoing paragraphs.

129. Defendants have given access to an unfathomable amount of data, without identifying the source of its authority to do so, and without providing any analysis whatsoever of why its decision is not arbitrary and capricious.

130. Defendants' conduct constitutes final agency action under 5 U.S.C. § 704.

131. Defendants have thereby engaged in conduct that is contrary to law, in excess of statutory authority, and arbitrary, capricious, an abuse of discretion, or otherwise not in accordance with law under 5 U.S.C. § 706(2).

**Count VIII**

**Violation of the Appointments Clause of the U.S. Constitution (U.S. Const. Art. II, § 2, cl. 2)2, 42 U.S.C. § 902**

132.130. Plaintiffs assert and incorporate by reference the foregoing paragraphs.

133.131. The Appointments Clause of the U.S. Constitution provides that officers of the United States may be appointed by the President "by and with the advice of the Senate," unless Congress has "by Law" authorized the appointment of an inferior officer by the President, the courts, or a department head." U.S. Const. Art. II, § 2, cl.2.

44

134.132.     As purported Acting Commissioner, Mr.Defendant Dudek is exercising significant authority and discretion, and. He therefore is serving was purporting to act as an officer for purposes of the Appointments Clause—and likewise was so serving when he unlawfully gave DOGE access to SSA systems. The same is true today.

135.133.     Although serving as an officer, Mr.Despite serving in a presidentially appointed and Senate-confirmed position, Defendant Dudek has not beenwas neither nominated by the President nor confirmed by the Senate. Nor has Congress enacted aany law authorizing Mr. Dudekhim to perform the functions and duties of the Commissioner without Senate confirmation.

134.     Mr. Dudek is therefore acting in violation of 42 USC § 902.

136.135.     Plaintiffs filed suit to challenge the access granted to SSA systems within a reasonable amount of time after it occurred, and Defendants had reasonable notice of the defect in Mr. Dudek's appointment. The grant of initial and continued access to SSA systems is thus unlawful and must be invalidated.

**Count VIII**
**Actions *Ultra Vires***

137.1.   Plaintiffs assert and incorporate by reference the foregoing paragraphs.

138.     In directing and controlling the use and administration of Defendant SSA's systems, DOGE Defendants have breached secure government systems and caused the unlawful disclosure of the personal data of tens of millions of people.

139.1.   DOGE Defendants may not take actions which are not authorized by law.

140.     No law or other authority authorizes or permits DOGE defendants to access or administer these systems.

45

141. Through such conduct, Defendants have engaged (and continue to engage) in *ultra vires* actions that injure plaintiffs by exposing their protected private information and increasing the risk of further disclosure of their information.

### Requested Relief

## WHEREFORE, REQUESTED RELIEF

Plaintiffs therefore request that this Court:

1. ~~1.~~ ~~Enjoin~~Declare unlawful and fully enjoin DOGE Defendants' ~~wrongful provision of~~access, inspection, ~~and~~disclosure, or use of any information, including but not limited to return information ~~and other personal~~, personally identifiable information, or non-anonymized information ~~in the~~, that is contained in or obtained, derived, copied, or exported from SSA ~~system to members of DOGE~~information systems or systems of record;

~~2.~~ Declare unlawful and ~~halt DOGE~~fully enjoin all Defendants' access ~~to~~, inspection, ~~or~~disclosure, or use of ~~personal or other protected~~any SSA information;

2. ~~3.~~ Declare unlawful and halt Defendants' use of SSA ~~systems~~ system or system of record, or data contained in or obtained, derived, copied, or exported therefrom, for ~~purposes in excess of~~any purpose other than those permitted by the Privacy Act, a published System of Records ~~Notices (SORNs), Privacy Impact Assessments (PIAs),~~Notice, the Internal Revenue Code, and the Federal Information Security Modernization Act ~~(FISMA);~~.

3. ~~4.~~ Declare unlawful and ~~halt~~fully enjoin DOGE Defendants' or purported Acting Commissioner Dudek's direction or control of access, inspection, disclosure, or use of any SSA information system or system of record, or data contained in or obtained, derived, copied, or

46

exported therefrom, including but not limited to return information, personally identifiable information, and non-anonymized information;

4. Direct all Defendants to file, within 24 hours of issuance of any grant of injunctive relief, a notice confirming that DOGE Defendants no longer have access to SSA information systems or systems of record or any data contained in or obtained, derived, copied, or exported therefrom;

5. ~~5.~~ Order DOGE Defendants to disgorge or delete all unlawfully obtained, disclosed, or accessed data, including but not limited to return information ~~and other~~, personally identifiable information, or non-anonymized data, from ~~systems or devices on which~~any SSA information system or system of record they ~~were~~could not ~~present on~~lawfully access prior to January ~~19~~20, 2025;

~~6. Order SSA Defendants to establish and maintain security protections that prevent the unauthorized access of return information or other personal information;~~

~~8. Order SSA Defendants to revoke access to return information or other personal information by DOGE Defendants and any other unauthorized entity or individual;~~

~~9. Prohibit DOGE Defendants from collecting, accessing, disclosing, or retaining return information or other personal information in SSA systems;~~

6. ~~10.~~ Prohibit DOGE Defendants from installing any software on SSA devices, information systems, or systems of record and order that any software previously installed be removed;

7. ~~11.~~ Prohibit DOGE Defendants from accessing, altering, or disclosing any SSA computer or software code;

47

8.    Award costs and reasonable attorneys' fees incurred in this action; and

1.    12.    Grant such other relief as the Court may deem just and proper.

The Plaintiffs request a trial by jury on all issues so triable.

Dated: ~~February 21~~March 7, 2025                    Respectfully Submitted,



~~/s/ Mark B. Samburg~~

Alethea Anne Swift (Bar No. 30829)
Mark B. Samburg (Bar No. 31090)
Karianne M. Jones*+
Emma R. Leibowitz*+
Robin F. Thurston*+
DEMOCRACY FORWARD FOUNDATION
P.O. Box 34553
Washington, DC 20043
Tel~~.~~: (202) 448-9090
aswift@democracyforward.org
msamburg@democracyforward.org
kjones@democracyforward.org
eleibowitz@democracyforward.org
rthurston@democracyforward.org

*Counsel for Plaintiffs*

~~*Applications for admission*~~*
Admission to this Court ~~and
applications for admission~~*pending*
+ Admitted *pro hac vice* ~~forthcoming~~

49

Formatted: Header

## CERTIFICATE OF SERVICE

I hereby certify that I filed this document through the CM-ECF system and sent it via email to counsel for Defendants in the Federal Programs Branch at the Department of Justice, Civil Division. I additionally certify that summons were submitted for Defendants Russo, Musk, and Gleason.

Dated: March 7, 2025                    */s/ Alethea Anne Swift*
                                        Counsel for Plaintiffs

Formatted: Font: Times New Roman, 12 pt