IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

| | |
|---|---|
| AMERICAN FEDERATION OF STATE, COUNTY AND MUNICIPAL EMPLOYEES, AFL-CIO, *et al.*,<br><br>*Plaintiffs*,<br><br>vs.<br><br>SOCIAL SECURITY ADMINISTRATION, *et al.*,<br><br>*Defendants*. | Civil Action No. 1:25-cv-00596 |

**[PROPOSED]**
**ORDER GRANTING PLAINTIFFS' MOTION FOR A TEMPORARY RESTRAINING ORDER, PRELIMINARY INJUNCTION, AND/OR 5 U.S.C. § 705 STAY**

Having considered Plaintiffs' Motion for a Temporary Restraining Order and/or Preliminary Injunction and/or 5 U.S.C. § 705 stay pursuant and applicable law, the Court hereby **GRANTS** Plaintiffs' Motion.

DOGE Defendants' access, inspection, disclosure, or use of any information, including but not limited to return information, personally identifiable information, or non-anonymized information, that is contained in or obtained, derived, copied, or exported from SSA information systems and systems of record, is **ENJOINED**.

All Defendants' access, inspection, disclosure, or use of any SSA information system or system of record, or data contained in or obtained, derived, copied, or exported therefrom, for any purpose other than those permitted by the Privacy Act, a published System of Records Notice, the Internal Revenue Code, and the Federal Information Security Modernization Act, is **ENJOINED**.

DOGE Defendants' and purported-Acting Commissioner Dudek's direction or control of access, inspection, disclosure, or use of any SSA information system or system of record, or data

1

contained in or obtained, derived, copied, or exported therefrom, including but not limited to return information, personally identifiable information, and non-anonymized information, is **ENJOINED**.

It is further **ORDERED** (1) that all Defendants file, within 24 hours of the issuance of this order, a notice confirming that DOGE Defendants no longer have access to SSA information systems or systems of record, or to any data contained in or obtained, derived, copied, or exported therefrom; (2) that DOGE Defendants disgorge or delete all unlawfully obtained, disclosed, or accessed data, including but not limited to return information, personally identifiable information, or non-anonymized data, from any SSA information system or system of record they could not lawfully access prior to January 20, 2025.

Additionally, it is **ORDERED** that DOGE Defendants are prohibited from installing any software on SSA devices, information systems, or systems of record and shall remove any software previously installed. DOGE Defendants are **FURTHER ORDERED** not to access, alter, or disclose any SSA computer or software code.

Finally, it is **ORDERED** that no bond is necessary under Federal Rule of Civil Procedure 65(c) because Defendants face no monetary injury from this grant of relief.

This Order shall apply to the maximum extent provided for by Rule of Civil Procedure 65(d)(2) and 5 U.S.C. §§ 705 and 706.

DATED this ___ day of March, 2025                     _____

                                                                                    Hon. Ellen Lipton Hollander
                                                                                     United States District Judge