# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND
# NORTHERN DIVISION

AMERICAN FEDERATION OF STATE, COUNTY AND MUNICIPAL EMPLOYEES, AFL-CIO, *et al.*

*Plaintiffs*,

*vs.*

SOCIAL SECURITY ADMINISTRATION, *et al.*

*Defendants*.

Case No. 1:25-cv-00596

## INDEX OF DECLARATIONS IN SUPPORT OF PLAINTIFFS' MOTION FOR A TEMPORARY RESTRAINING ORDER, PRELIMINARY INJUNCTION, AND/OR 5 U.S.C. § 705 STAY

| EX. | PAGE NOS. | EXHIBIT DESCRIPTION |
|---|---|---|
| A | PLFS-001–PLFS-010 | Declaration of Ann Widger, Director of Retirees, AFSCME |
| B | PLFS-011–PLFS-014 | Declaration of Sue Conard, Retiree Member, AFSCME |
| C | PLFS-015–PLFS-018 | Declaration of "John Doe," Retiree Member, AFSCME |
| D | PLFS-019–PLFS-021 | Declaration of Tamara Imperiale, Retiree Member, AFSCME |
| E | PLFS-022–PLFS-025 | Declaration of Charles "CK" Williams, Retiree Member, AFSCME |
| F | PLFS-026–PLFS-031 | Declaration of Richard J. Fiesta, Executive Director, ARA |
| G | PLFS-032–PLFS-037 | Declaration of Linda Somo, Member, ARA |
| H | PLFS-038–PLFS-043 | Declaration of Bernadette Aguirre, Director, Retiree Division, AFT |
| I | PLFS-044–PLFS-047 | Declaration of David Gray, Retired Member, AFT |
| J | PLFS-048–PLFS-060 | Declaration of Tiffany Flick, Former Acting Chief of Staff to Former Acting Social Security Commissioner Michelle King |