# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND NO
NORTHERN DIVISION

AMERICAN FEDERATION OF STATE,
COUNTY AND MUNICIPAL EMPLOYEES,
AFL-CIO, *et al.*,
   *Plaintiffs*,

*vs.*

SOCIAL SECURITY ADMINISTRATION,
*et al.*,
   *Defendants*.

Case No. 1:25-cv-00596

## DECLARATION OF ANN WIDGER

I, Ann Widger, declare as follows:

1. My name is Ann Widger. I am the Director of Retirees at the American Federation of State, County, and Municipal Employees, AFL-CIO (AFSCME). I submit this declaration in support of Plaintiffs' application for a temporary restraining order, or, in the alternative, a preliminary injunction. The statements made in this declaration are based on my personal knowledge, materials I have reviewed, and information made available to me in the course of my duties at AFSCME.

2. As Director of Retirees, I am responsible for directing the AFSCME department for Retirees, including providing guidance and leadership to the leaders and members of AFSCME's 44 Retiree Chapters and their more than 200 subchapters across the United States. I advise and support the leaders, members, chapters, and subchapters with organizing, growth, advocacy, communications, data, and leadership development. This work includes identifying supports and resources for retirees and their families, such as assisting them with identifying the state and federal benefit programs they are eligible for and working to ensure that they are able to access

PLFS-002

all the benefits to which they are entitled to their full extent. I have held this position for over twelve years.

3. AFSCME is a labor organization and unincorporated association headquartered in Washington, D.C.

4. AFSCME is the largest trade union of public employees in the United States, with 1.4 million members organized into approximately 3,400 local unions, 58 councils, and 250 state and local chapters and subchapters of retiree members across 46 states, the District of Columbia, and Puerto Rico.

5. Of AFSCME's membership, approximately 200,000 are retired public service workers who continue to remain members of AFSCME, participate in its governance, and advocate for fairness, equality, and income security for retired Americans.

6. Most of AFSCME's active membership of working Americans participate in and contribute to the federal Old-Age, Survivors and Disability Insurance (OASDI) program managed by the Social Security Administration (SSA). The majority of AFSCME's retiree membership, of which the average age is 76, are OAI eligible (and younger retiree members are generally DI eligible). Many AFSCME members have children who receive disability benefits administered by SSA or who receive survivor benefits.

7. AFSCME's retiree membership is organized into local and state chapters and subchapters that are chartered by AFSCME. They elect local and state leadership and, together, are organized under a national Retiree Council. AFSCME's Retiree Council elects a chairperson who, by virtue of that position, is a representative to, and attends, AFSCME's International Executive Board. Retirees Chapters also elect delegates who participate in AFSCME's biennial constitutional

convention, at which the union's policy, agenda, and goals are established by the Convention Delegates through the adoption of resolutions. A few examples include:

- Resolution No. 33, adopted at AFSCME's 42nd International Convention in 2016, titled "Strengthening Social Security," resolved that AFSCME was to lobby and advocate for reforms to strengthen the Social Security System.
- Resolution No. 74, adopted at AFSCME's 36th International Convention in 2004, titled "Preserving Social Security for Future Generations of Workers," directed the union to make efforts at every level of the political and legislative spectrum to improve and protect the social security system.
- Resolution No. 97, adopted at AFSCME's 33rd International Convention in 1998, titled "Social Security Privatization," called for the opposition of policies and politicians that advocate for the privatization of social security.
- Resolution No. 32, adopted at AFSCME's 28th International Convention in 1988, titled "Social Security and the Federal Deficit," advocated for fair funding of Social Security.

8. AFSCME's mission has long included work to ensure that its members have access to Social Security benefits, now and in the future. Indeed, member polling shows that such work is a high priority to AFSCME's members. In a recent member poll, 91% of AFSCME's working members believed that protecting Social Security was a "very important" issue for them.

9. SSA has in its systems significant personal information of AFSCME members, including but not limited to names, addresses, social security numbers, and tax and bank account information.

10. SSA also has in its systems the private medical information of AFSCME members who are applying for or have applied for disability insurance benefits, including about medical

conditions that may carry with them a social stigma. Medical records for one individual can exceed 1,000 pages. During required, periodic subsequent reviews for disability insurance benefits eligibility, members must submit additional medical evidence. A member applying for disability insurance must file an Adult Disability Report (Form SSA-3368-BK) with SSA. This filing requires the submission of extensive personal information, including information about a person's education, training and work history, along with detailed medical information.

11. Required medical information includes all prescription and non-prescription medicines the person is currently taking; all health care providers from whom the individual has sought treatment (doctor, hospital, clinic, psychiatrist, nurse practitioner, therapist, physical therapist or other medical professional) and the medical conditions that were treated and evaluated; all medical tests performed by the listed providers (with the enumerated list including HIV and psychological/IQ tests); and other personal health information.

12. Information, for example, for a mental health disability claim could include notes from psychotherapists and counseling sessions. For these applicants, exposure of their private information in and of itself can cause great psychological harm. Information disclosed concerning health conditions like HIV or other STDs can result in stigma, social isolation, job loss, housing loss, and other harms.

13. AFSCME members share this information with SSA because they are required to do so to obtain benefits, and they expect the agency to follow the law and keep that data safe and secure.

14. SSA data is highly sensitive. AFSCME members were injured by the release of their data to DOGE personnel as soon as those personnel gained access to it. That injury continues and will persist until DOGE access is halted.

15. The continuing injury to AFSCME members by the release of sensitive data to DOGE is compounded by the related increase in risk that this information will be stolen or misused by outside parties who can now gain access to less-protected data. As soon as uncredentialed DOGE personnel accessed this data, it was compromised, making AFSCME members more apt targets for identity theft and other scams.

16. If DOGE is accessing this data for the purpose of "rooting out fraud," it may also mean that AFSCME members have essential benefits slashed incorrectly or inadvertently, as DOGE personnel are not equipped to understand the complex SSA systems. DOGE's head, Elon Musk, has publicly claimed that SSA is providing benefits to 150-year-olds. But reporting has made clear that this is false.

17. Since DOGE was granted access to SSA systems, AFSCME retiree members have been contacting the AFSCME Retirees Department with questions and concerns about the safety of their data and the security of their social security and other retirement benefits. AFSCME has received thousands of phone calls, emails and other communications from affected retirees who are fearful that their private information will be compromised and/or that they will lose their benefits.

18. This flood of communications has required our department to quickly divert resources and staff to respond, which seems unabating and likely to continue for as long as DOGE has access to SSA information.

19. The volume of communications and the level of fear within those communications leads us to believe that a significant number of retirees, or soon-to-be retirees, who are members of AFSCME will be chilled from applying for much needed benefits out of fear of their data being compromised.

20. My department has been in frequent communication with retiree members, leaders, and state and local affiliates about DOGE access to their personal data at SSA. We have held numerous tele- and video-conference calls, sent emails, and made social media posts educating members with updates and advice. I have seen three to four times more engagement with our social media posts since DOGE was granted access and our email traffic has doubled.

21. We have increased our communications educating members about taking protective measures against fraud and abuse, including reminders to not share their social security numbers and other personally identifiable information to third parties, especially over the phone.

22. And now we must also help these AFSCME members understand how to protect themselves from additional data breaches (from data within the agency tasked with and publicly committed to safeguarding their information and benefits).

23. Social Security must be paid by direct deposit or direct express card from the Treasury Department—the vast majority of AFSCME retirees use direct deposit. Our members are concerned that their bank account information may be compromised along with their Social Security number and other personal information. Retirees are concerned that personal banking information and income could be at risk.

24. Many AFSCME Retiree members live on limited incomes of Social Security, personal savings, and a modest pension. Many of our retirees are dependent on their direct deposits to get by in a month. If something were to happen with their data and those payments were compromised, it could mean the difference between being able to afford groceries or going without. We are advising our retiree members to run regular credit reports and to keep a close eye on their bank account activity.

25. Additionally, in December of 2024, Congress passed the Social Security Fairness Act, which fully repealed the Government Pension Offset and Windfall Elimination Provision. The repeal now allows more than 3.2 million retired public service workers and their spouses to receive additional Social Security Benefits. AFSCME advocated extensively for this repeal and has communicated with our retiree members about it on many occasions.

26. Many of our members are currently in the process of working with SSA either over the phone or in field offices to get these benefits. These retirees are concerned about DOGE's access at SSA. Our retiree members will have to file new paperwork and submit their work history, pension information, and other personal financial information. They are hesitant to provide new information to SSA now to access these crucial benefits. They are also concerned that DOGE's access to and misunderstanding of SSA's data could further delay these benefits.

27. AFSCME Retiree members have personally told us they are particularly anxious and stressed because, while outside entities have attempted to steal their identities in the past, they must now worry about threats from inside the SSA itself due to DOGE access. They are worried about whether they can trust SSA with their work history, income history, pension information, bank account information, and health care data.

28. AFSCME Retirees are anxious and distressed about the disclosure of their health data too. For example, an 80-year-old retiree member who worked for thirty-nine years as a public information officer with the state youth corrections programs and the state highway patrol contacted me in great distress about DOGE now having access to his entire work history and medical records. This retiree is frightened about who now has access to their medical records and whether those persons will have influence over approval or denial of necessary medicines.

29. Another Retiree contacted me who was forced to retire due to an injury sustained while working for their state motor vehicles department. This retiree participates in the Social Security Disability program (SSDI) and is frightened about her medical information being accessible by those who are targeting SSDI for cuts.

30. AFSCME Retirees are also frightened over the now-heightened risk of data breaches, which will leave them open to fraud. AFSCME Retirees are already flooded with phone calls and texts from scammers seeking to take advantage of their age and health conditions like diabetes and knee replacements with sales pitches for treatments and devices not prescribed or recommended by their doctors. They have contacted AFSCME to convey their fear that DOGE access to their data will only exacerbate their exposure to fraud and identity theft.

31. AFSCME Retirees are also fearful of retaliation and reprisals based on their roles as union advocates for protecting Social Security and robust retirement benefits. One retiree who has served in leadership roles within their AFSCME Retiree Chapter and has testified numerous times before elected officials and at public hearings in favor of public pensions. This retiree member has also served as a delegate to the Democratic National Convention several times. DOGE and its principals have frequently made public statements denigrating the value of public employees, the need for retirement benefits, and the Democratic party, and have used their millions of followers on social media to attack and harass those with whom they disagree. This retiree has contacted me to express his concern. They and others are frightened at the prospect of their most sensitive, personal data being exposed in this way because of their expression of their political views.

32. AFSCME retirees depend on Social Security to provide for themselves and their families. The benefits they receive allow them to stay in their homes, buy groceries, and remain

financially independent. Social Security allows them to age with dignity. They are experiencing great distress over the possibility of their private data being used to put the program at risk of substantial cuts. They are worried about DOGE using their personal data to make the case for significant cuts to the program or to train their AI models for personal profit.

33. AFSCME retirees are aware that personal identifying information is a lucrative commodity for criminal enterprises and that social security numbers, medical records and financial information are often sold through criminal channels.

34. The harms to AFSCME and its members began as soon as DOGE personnel gained access to the sensitive SSA data systems and will continue until DOGE is stopped from accessing this information at SSA.

I declare under penalty of perjury as prescribed in 28 U.S.C.§ 1746 that the foregoing is true and correct.

Executed on March 5, 2025, in Washington, D.C.

*Ann Widger*
Ann Widger

PLFS-010