# EXHIBIT B

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

---

AMERICAN FEDERATION OF STATE,
COUNTY AND MUNICIPAL EMPLOYEES,
AFL-CIO, *et al.*,

    *Plaintiffs*,

vs.

SOCIAL SECURITY ADMINISTRATION,
*et al.*,

    *Defendants*.

Case No. 1:25-cv-00596

---

## DECLARATION OF SUE CONARD

I, Sue Conard, declare as follows:

1. My name is Sue Conard. I am a retiree member of the American Federation of State, County, and Municipal Employees, AFL-CIO ("AFSCME"). I submit this declaration in support of Plaintiffs' application for a temporary restraining order or, in the alternative, a preliminary injunction. The statements made in this declaration are based on my personal knowledge, materials I have reviewed, and information made available to me pursuant to my experience as a retiree member of AFSCME.

2. I am a resident of La Crosse, Wisconsin, and I am seventy-four years of age.

3. I have been an enrollee in various programs run by the Social Security Administration ("SSA") for much of my life, including survivor and retirement benefits.

4. My father passed away when I was three years old. For fifteen years, Social Security survivor benefits allowed my family to survive and allowed me to stay in school and pursue a career as a public health nurse.

5. When I was forty-nine years old, my husband unexpectedly passed away. Again, Social Security Survivor benefits allowed me to make ends meet, stay in my home, purchase groceries, and raise my children.

6. Now, in retirement, Social Security retirement benefits allow me to age with dignity. I receive those benefits as a result of my years of employment as a public health nurse. When I turned 65, I also applied for and began receiving Medicare.

7. I am worried about the access by DOGE of my most sensitive personal data, which SSA stores and which I have submitted to SSA and continue to update on an ongoing basis. These concerns are heightened by Elon Musk's public statements calling for cuts to Social Security, a program that has helped me survive for much of my life.

8. It is very important to me that my data remain private. I always tell my fellow AFSCME Retiree members to never give out their Social Security numbers to anyone. Now, we are all being forced to give our numbers and other sensitive information to DOGE without our consent, which opens up that information to bad actors outside of government. These are major risks—just like the ones I warn my fellow AFSCME members about.

9. I fear that now malicious individuals who lack expertise or experience in providing the Social Security benefits I receive will be in charge of determining my eligibility for benefits and safeguarding my private information. I worry greatly that DOGE will use my personal data to train their AI models and profit off my information, which I absolutely do not consent to them doing.

10. I always expected that the personal data I have submitted, and continue to submit when required, to SSA would remain private and used only to determine whether I was eligible for benefits, and not to be used for any other purpose. I have never consented for DOGE, Elon Musk

or any other third party to have access to my personal employment data or other confidential information.

I declare under penalty of perjury as prescribed in 28 U.S.C. § 1746 that the foregoing is true and correct.

Executed on March 5th, 2025, in La Crosse, Wisconsin.

*Sue A Conard*

Sue Conard