# EXHIBIT C

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

| | |
|---|---|
| AMERICAN FEDERATION OF STATE, COUNTY AND MUNICIPAL EMPLOYEES, AFL-CIO, *et al.*, <br> *Plaintiffs*, <br><br> vs. <br><br> SOCIAL SECURITY ADMINISTRATION, *et al.*, <br> *Defendants*. | Case No. 1:25-cv-00596 |

**DECLARATION OF JOHN DOE**

I, John Doe, declare as follows:

1. My name is John Doe. I am a retiree member of the American Federation of State, County, and Municipal Employees, AFL-CIO ("AFSCME"). I submit this declaration in support of Plaintiffs' application for a temporary restraining order or, in the alternative, a preliminary injunction. The statements made in this declaration are based on my personal knowledge, materials I have reviewed, and information made available to me pursuant to my experience as a retiree member of AFSCME.

2. I am a resident of Tallahassee, Florida, and I am eighty years of age. Throughout my retirement I have been an active member of my retiree chapter, including serving as its President and have been a vocal advocate for protecting Social Security and all Americans' retirement security.

3. Before I retired, I was a public servant employed directly by the states of Florida and Ohio as a public information officer for youth corrections and the department of highway safety.

PLFS-016

4. I receive Social Security retirement benefits as a result of my work history, including as a public servant, and I am on Medicare.

5. The SSA has sixty-five years of my employment records, from my time as a clerk at a five and dime store where I was paid $.60 per hour through my retirement from service with the State of Florida in 2011.

6. I always expected that data to remain private and to be used only to determine whether I was eligible for benefits. I have never consented for DOGE, Elon Musk, or any third party to have access to my data or information.

7. I am distressed by and anxious about the access by DOGE to the personal information about my that I have submitted to, and is in the possession of, the Social Security Administration ("SSA"), including my current bank account information and my entire work and income history.

8. I am particularly concerned about my data getting in the hands of corporate operators who are looking to profit off of seniors. My spouse and I are already deluged with calls and text messages from scammers and fraudsters on a daily basis; they attempt to persuade us to purchase medical treatments and devices I do not need and that have not been prescribed to me by my doctor or sign me up for insurance I do not need. I fear that allowing DOGE access to data will risk the disclosure of my personal information to more third parties that will attempt to harass and defraud me and my family.

9. I have also been elected as a delegate to the last three Democratic Party National Conventions. Elon Musk and others associated with DOGE have been known to leverage their massive social media followings to level personal attacks and harassment against those who disagree with them. I am fearful that DOGE access to my most personal data and financial information, in light of my past political activity, would put me at risk of those attacks and

harassment.

    10. I depend on Social Security to make ends meet for myself and my family. Social Security and Medicare allow me to age with dignity. I am experiencing great distress over the possibility of my private data being accessed, shared, or used in some manner that may put me at risk of harm or my benefits in danger.

I declare under penalty of perjury as prescribed in 28 U.S.C.§ 1746 that the foregoing is true and correct.

Executed on March 5, 2025, in Tallahassee, Florida.                                  */s/*
                                                                                                                                  John Doe*

*Out of fear of retaliation and harassment, John Doe submits this declaration under pseudonym. Counsel hereby certifies that she has an unaltered signed copy of the foregoing document available for inspection by the Court.

**PLFS-018**