# EXHIBIT D

PLFS-019

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND
### NORTHERN DIVISION

AMERICAN FEDERATION OF STATE,
COUNTY AND MUNICIPAL EMPLOYEES,
AFL-CIO, *et al.*,

        *Plaintiffs*,

        *vs.*

SOCIAL SECURITY ADMINISTRATION,
*et al.*,

        *Defendants*.

Case No. 1:25-cv-00596

---

## DECLARATION OF TAMARA IMPERIALE

I, Tamara Imperiale, declare as follows:

1.  My name is Tamara Imperiale. I am a retiree member of the American Federation of State, County, and Municipal Employees, AFL-CIO ("AFSCME"). I submit this declaration in support of Plaintiffs' application for a temporary restraining order or, in the alternative, a preliminary injunction. The statements made in this declaration are based on my personal knowledge, materials I have reviewed, and information made available to me pursuant to my experience as a retiree member of AFSCME.

2.  I am a resident of Greensboro, North Carolina. I am sixty years old.

3.  I was forced to retire earlier than I would have wanted to due to an injury I sustained while working for the New York Department of Motor Vehicles. After a snowstorm and on my way into work, I slipped and fell in a parking lot that had not been plowed.

4.  I currently participate in the Social Security Disability ("SSDI") program. I am now anxious and distressed about the access of my private data by DOGE, which the Social Security Administration ("SSA") stores and which I have submitted to SSA and continue to submit and

update to receive SSDI benefits. Elon Musk's public statements calling for cuts to SSDI has only added to my concern about DOGE accessing my confidential information.

5.  As a retiree with a disability, it is very important to me that my data remain private. I have been the target of many scammers trying to sell me snake oil and unneeded medical devices.

6.  I am worried that unfettered access to my data by DOGE and Elon Musk will put my benefits at risk and subject me to further attempts at fraud. I also fear that individuals who lack expertise or experience in providing the Social Security benefits I receive will be in charge of determining my eligibility for those benefits and for safeguarding my private information used to determine that eligibility.

7.  It was my expectation that the personal information I submitted and continue to submit to SSA—including private health information about my disability—would be used only to determine whether I was eligible for benefits, and not disclosed for any other purpose. I have never consented for DOGE, Elon Musk, or any other third party to have access to my personal employment, health, or other confidential data or information.

8.  I depend on SSDI to live. These benefits have allowed me to retire with dignity. I am experiencing great distress over the possibility of my private data being accessed by DOGE and potentially by other individuals, in a way that puts a target on my back for fraudsters.

I declare under penalty of perjury as prescribed in 28 U.S.C. § 1746 that the foregoing is true and correct.

Executed on March 5th, 2025, in Greensboro, North Carolina.

Tamara Imperiale

PLFS-021