# EXHIBIT E

**PLFS-022**

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**
**NORTHERN DIVISION**

| | |
|---|---|
| AMERICAN FEDERATION OF STATE, COUNTY AND MUNICIPAL EMPLOYEES, AFL-CIO, *et al.*,<br><br>*Plaintiffs*,<br><br>*vs.*<br><br>SOCIAL SECURITY ADMINISTRATION, *et al.*,<br><br>*Defendants*. | Case No. 1:25-cv-00596 |

<u>**DECLARATION OF CHARLES "CK" WILLIAMS**</u>

I, Charles "CK" Williams, declare as follows:

1.  My name is Charles "CK" Williams. I am a retiree member of the American Federation of State, County, and Municipal Employees, AFL-CIO (AFSCME). I submit this declaration in support of Plaintiffs' application for a temporary restraining order or, in the alternative, a motion for a preliminary injunction. The statements made in this declaration are based on my personal knowledge, materials I have reviewed, and information made available to me pursuant to my experience as a retiree member of AFSCME.

2.  I am a resident of Dayton, Ohio, and I am seventy-seven years old.

3.  Before I retired, I served in the United States Air Force as a federal employee and then worked for eighteen years as a non-federal public servant employed by the State of Ohio as part of a program to assist veterans transitioning back into civilian life. My job was to help returning troops find jobs and to assist those with disabilities to get the care they needed.

4.  I receive Social Security retirement benefits, and I am on Medicare. Because of the Government Pension Offset (GPO), my Social Security benefit was reduced due to my public

service pension. Thankfully, at the beginning of the year, the Social Security Fairness Act (SSFA) was signed into law, which will allow me to collect my full Social Security benefit moving forward. In addition, the law requires the Social Security Administration (SSA) to pay me those full Social Security benefits retroactively for 2024. Because of this new law, I may be required to provide SSA with updated information about my work history, income, and pension to ensure that my new benefits are calculated correctly.

5.     While SSA has said they are planning on expediting these new benefits provided by the SSFA to retirees like me who were previously impacted by these Social Security provisions, I am concerned that DOGE access to this data may delay or jeopardize receipt of these additional Social Security benefits. I fear that now individuals who lack expertise or experience in providing the Social Security benefits I receive (and those that I am newly entitled to) will be in charge of determining my eligibility for those benefits and of safeguarding my private information used to determine that eligibility.

6.     I always expected the personal data I have submitted, and continue to submit, to SSA would remain private and be used only to determine whether I was eligible for benefits, and not to be disclosed for any other purpose. I have never consented for DOGE, Elon Musk or any other third party to have access to my personal employment data or other confidential information.

7.     I am hesitant to provide additional information I may need to submit to SSA under the SSFA. I am anxious and distressed about the access by DOGE to that data, which I may be required to submit in the future to continue receiving my benefits. And I am anxious and distressed about their having access to the data about me already in SSA systems.

8.   I depend on Social Security to provide for myself and my family to make ends meet. Social Security allows me to age with dignity. I am experiencing great distress over the possibility of my private data being used to put the program at risk of substantial cuts.

I declare under penalty of perjury as prescribed in 28 U.S.C. § 1746 that the foregoing is true and correct.

Executed on March 5, 2025, in Dayton, Ohio.

Charles Williams