# EXHIBIT F

PLFS-026

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND
# NORTHERN DIVISION

| | |
|---|---|
| AMERICAN FEDERATION OF STATE, COUNTY AND MUNICIPAL EMPLOYEES, AFL-CIO, *et al.*,<br>    *Plaintiffs*,<br><br>          *vs.*<br><br>SOCIAL SECURITY ADMINISTRATION, *et al.*,<br>    *Defendants*. | Case No. 1:25-cv-00596 |

## DECLARATION OF RICHARD J. FIESTA

I, Richard Fiesta, declare as follows:

1. My name is Richard J. Fiesta. I am the Executive Director of the Alliance for Retired Americans ("ARA" or the "Alliance"). The statements made in this declaration are based on my personal knowledge, materials I have reviewed, and information made available to me in the course of my duties at the Alliance.

2. The Alliance is a grassroots organization with 4.4 million members. Founded by the AFL-CIO Executive Council in 2001, ARA has 40 state alliances and members across the country, in every state.

3. ARA's members are from all walks of life. We are former teachers, industrial workers, state and federal government workers, construction workers, and community leaders—all united in the belief that every American deserves a secure and dignified retirement after a lifetime of hard work.

4. ARA's work includes educating the public and policymakers about critical issues facing older Americans and working families, such as retirement security, health care, housing,

PLFS-027

transportation, and consumer protection. We work closely with leaders at the federal, state, and local levels to ensure that seniors' issues like retirement security and prescription drug prices get the attention they deserve.

5. Members join ARA in a few ways, including through retiree programs sponsored by national unions, through similar programs run by union locals that work with ARA state chapters, and as individuals who pay dues directly to ARA.

6. ARA members are older and among the Americans most vulnerable to exploitation.

7. Each year, millions of elderly Americans are the target of financial fraud and other scams. Elderly Americans are particularly attractive targets for scammers: they are often trusting and polite; may be less technologically adept; and are more likely to have financial savings, own a home, and have good credit. As one recent FBI report found, scams targeting individuals sixty and older led to at least $3.4 billion in losses in 2023.

8. ARA has members who receive Old-Age, Survivors, and Disability Insurance benefits from the Social Security Administration ("SSA") and from other programs that require SSA to collect or verify data, such as Medicare.

9. I understand that SSA, to facilitate these programs, collects and maintains databases with sensitive personal and financial data about ARA's members. This data includes information such as names, Social Security numbers, medical histories, dates and places of birth, home addresses, contact information, and bank account and financial information, including tax information.

10. ARA members share this data with SSA because they understand that the agency is committed and legally bound to protect the security of their information.

11. It is my understanding that SSA has given access to sensitive databases to members of the Department of Government Efficiency ("DOGE"), led by Elon Musk. These databases include the sensitive data of Alliance members.

12. Our members did not consent to have their sensitive personal and financial data shared with DOGE, DOGE personnel (including Elon Musk), or any other unauthorized third parties or government "departments." They only consented to have their data used for the purposes disclosed by SSA, and the procedures governing the protection of that data, in the agency's System of Record Notices.

13. Granting DOGE unfettered access to this data immediately increased the risk that our members' sensitive information will be stolen or misused, whether by DOGE personnel or criminal enterprises that gain access to the now unprotected data. For example, ARA members–already among the most vulnerable to fraud–are afraid that SSA's failure to protect their sensitive information will enable bad actors to access and use their Social Security numbers to fraudulently file for unemployment benefits or to file a false tax return. They are also alarmed by the risk, significantly heightened by SSA and DOGE's actions, that they will be targets of other forms of identity theft and fraudulent financial activities and subjected to further improper disclosures of their sensitive data.

14. These risks will continue until DOGE personnel are restricted from accessing SSA systems, prohibited from using the sensitive data already obtained, and prevented from receiving information.

15. Our members also fear that if DOGE personnel are granted more access to SSA's systems, it may cause the interruption of timely payments, which our members rely on to live.

16. DOGE personnel's access to SSA data has made and will make ARA members more fearful of submitting information to SSA. It will also alter the way that at least some ARA members interact with SSA, making their receipt of government benefits more cumbersome. For example, some members will be less likely to submit sensitive information online out of fear that such information will be compromised, and will, in turn, be required to travel to local Social Security offices to deal with routine issues—a task that is being made even more burdensome as SSA continues to shutter such offices, requiring members to travel even further than before.

17. We have thousands of members who have just become eligible for Social Security benefits under the Social Security Fairness Act, which President Biden signed on January 5, 2025. To get benefits, these members will now have to apply and submit personal and confidential information about themselves and their spouses to SSA. In light of the news that SSA has given DOGE access to personal and sensitive information, our newly eligible members will have to weigh that risk when deciding whether to apply. Some may choose not to. But even if they do apply, they will now be saddled with the fear and anxiety that they have subjected themselves to an increased risk of fraud or could become the target of a government investigation.

18. ARA also has members who have submitted sensitive medical information to SSA to receive disability benefits, including health records and doctors' evaluations for physical and mental conditions. This information is both highly personal and, if made public, could cause harm to members whose medical conditions may carry stigma (for example, treatment for mental health issues or HIV/AIDS). It is my understanding that SSA employees who deal with this health information undergo extensive training to ensure they properly handle it. Access to this information by DOGE personnel carries with it many risks for ARA members who have submitted this data to SSA.

19. ARA members have contacted our national office and state chapters to express these concerns about DOGE personnel having access to their sensitive information at SSA and to ask what they can and should do to protect their data.

20. To address these concerns, ARA has told and will continue to tell members through our weekly newsletter and other communications to make sure their financial information is as secure as possible and to continuously check their bank accounts and other financial assets (including through credit monitoring services) to screen for changes.

21. These injuries will continue until DOGE personnel and other third parties are no longer able to access the sensitive personal financial and medical data of ARA members.

I declare under penalty of perjury as prescribed in 28 U.S.C.§ 1746 that the foregoing is true and correct.

Executed on March 5, 2025, in Washington, D.C.

*[signature: Richard J. Fiesta]*

Richard J. Fiesta