# EXHIBIT G

PLFS-032

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

AMERICAN FEDERATION OF STATE,
COUNTY AND MUNICIPAL EMPLOYEES,
AFL-CIO, *et al.*,

        *Plaintiffs*,

vs.

SOCIAL SECURITY ADMINISTRATION,
*et al.*,

        *Defendants*.

Case No. 1:25-cv-00596

## DECLARATION OF LINDA SOMO

I, Linda Somo, declare as follows:

1. My name is Linda Somo, I live in Arizona and am a retired teacher and guidance counselor. Before I retired, I taught English to students in grades 7-12 for nine years and served as a guidance counselor in junior high schools for the rest of my 32 years of service in public schools across the Phoenix metro area. I retired in 2000.

2. I have been a member of the Alliance for Retired Americans (ARA) for about twenty years. I became a member after joining the retired group of the public school educators union in my state, Arizona Education Association (AEA). Before retiring, I was an active AEA member, and since retiring I have served in leadership roles with AEA Retired. I have also been heavily involved with the National Education Association, the national union for teachers and educators.

3. I have served in different leadership roles in the Arizona State Alliance of the ARA throughout my tenure as a member of the organization. I have been a Board Member, Treasurer, and Secretary, and now serve as President, a position I have been in for about a year and a half.

4. ARA does important work on key issues for the senior citizens, including on Social Security, Medicare, and Voting Rights. As a retiree and part of the baby boomer generation, I joined ARA because I quickly realized that people like me needed an advocate on our side—to speak up for the elderly and for low-income people (a group many senior citizens are a part of). When I saw the type of work ARA was doing, I knew I had to be a part of it.

5. Both my husband and I receive Social Security benefits from the Social Security Administration (SSA) and are both enrolled in Medicare programs for which we had to submit information to SSA.

6. These programs make up half of our monthly income. Without them, we would not be able to live independently; we would be a burden not only on our families but also on our community. These programs allow us to be economically independent and to contribute to our economy and our society.

7. To receive Social Security and Medicare, my husband and I have both submitted extensive information to SSA. Put simply: SSA knows basically everything about us. They know our names. They know our birthdays. They know our finances, including our bank account information. They know where we live. They know our Social Security numbers. They know anything that a scammer would want to know, to do just about anything a scammer would want to do.

8. As someone over the age of seventy-five, I am constantly the target of scams. I get emails, text messages, and other communications regularly that are scams. Sometimes, for example, I get what looks like legitimate messages from banks. Most of these are from banks where I know we do not keep our money, so I ignore them. But occasionally, I get fake messages from the bank where I do my business, and it gives me pause. Often, I will try to call the bank to

confirm. But if these messages included more of my personal information, I'm not sure that I would be able to tell that they are fake, and I'm not sure that I would think twice about them.

9. When I shared my sensitive information with SSA, it was with the understanding that it would be used for the calculation and receipt of government benefits and remain private.

10. I am aware that members of the Department of Government Efficiency (DOGE) have been granted access to troves of sensitive information at SSA. I certainly did not consent to this access to data, by untrained personnel, and in insecure manners. And I fail to understand why a so-called Department—one that has not even been created or approved of by Congress—is accessing vital information about individuals that they are not authorized to see. Individuals like myself and my husband will pay the price.

11. I am very scared that untrained people (both in and out of the government) will gain access to this information and use it for nefarious purposes. That is particularly so for third parties that will be more easily able to access data once it is in DOGE's hands. Scammers are more technologically adept than I am, and I fear what will happen to my information (and to me) if and when my information gets into the wrong hands. These fears will not subside until I know my information will be protected, as I've always understood it to have been.

12. Because of DOGE's access to SSA databases, I am going to have to think more carefully about submitting my information to SSA. But at the end of the day, what choice do I have? My ability to live is dependent on supplying information to the government, but I am deeply distressed about the threats I face from the breach of my sensitive information. I am in a Catch-22.

13. My fears are shared by many of my fellow Arizona ARA members. In recent weeks, the Arizona ARA has heard from a high volume of our members concerned about DOGE access to

their sensitive information, including Social Security information. Like myself, these members are worried about access to SSA databases by DOGE personnel and, in turn, vulnerability to third-party access. They fear, as I do, that the more that information is shared with DOGE, the higher the risk that it will be accessed by bad actors.

14. The Arizona ARA is considering ways to help our members in light of these concerns. We send a weekly e-newsletter to members (in addition to the weekly update ARA National sends) and have been—and plan to continue–keeping our members well-apprised about what is going on with DOGE, what they can do about it, and how they can protect themselves from threats.

15. I am a proud American citizen and have always felt secure sharing confidential, sensitive information with government agencies. Not once did I feel scared that my data would be threatened or stolen. For the first time in my life, I feel like I cannot trust my government. Not only am I worried about my security, I am sad for my country.

I declare under penalty of perjury as prescribed in 28 U.S.C.§ 1746 that the foregoing is true and correct.

Executed on March 5, 2025, in Fountain Hills, Arizona.

                                                                    /s/*
                                                              Linda Somo

*A copy of the signature page bearing an original signature is attached hereto.

PLFS-036

their sensitive information, including Social Security information. Like myself, these members are worried about access to SSA databases by DOGE personnel and, in turn, vulnerability to third-party access. They fear, as I do, that the more that information is shared with DOGE, the higher the risk that it will be accessed by bad actors.

14. The Arizona ARA is considering ways to help our members in light of these concerns. We send a weekly e-newsletter to members (in addition to the weekly update ARA National sends) and have been—and plan to continue–keeping our members well-apprised about what is going on with DOGE, what they can do about it, and how they can protect themselves from threats.

15. I am a proud American citizen and have always felt secure sharing confidential, sensitive information with government agencies. Not once did I feel scared that my data would be threatened or stolen. For the first time in my life, I feel like I cannot trust my government. Not only am I worried about my security, I am sad for my country.

I declare under penalty of perjury as prescribed in 28 U.S.C.§ 1740 that the foregoing is true and correct.

Executed on March 5, 2025, in Fountain Hill, Arizona.

Linda Somo
Linda Somo

PLFS-037