# EXHIBIT H

PLFS-038

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

| | |
|---|---|
| AMERICAN FEDERATION OF STATE, COUNTY AND MUNICIPAL EMPLOYEES, AFL-CIO, *et al.*, <br>       *Plaintiffs*, <br><br> vs. <br><br> SOCIAL SECURITY ADMINISTRATION, *et al.*, <br><br>       *Defendants*. | Case No. 1:25-cv-00596 |

**DECLARATION OF BERNADETTE AGUIRRE**

I, Bernadette Aguirre, declare as follows:

1. My name is Bernadette Aguirre. I am the Director of the Retiree Division of the American Federation of Teachers (the "AFT"). I submit this declaration in support of Plaintiffs' application for a temporary restraining order or, in the alternative, a preliminary injunction. The statements made in this declaration are based on my personal knowledge, materials I have reviewed, and information made available to me in the course of my duties at the AFT.

2. The AFT is a national labor organization and unincorporated association headquartered in Washington, D.C., and which represents over 1.8 million members who are employed as pre-K through 12th-grade teachers, early childhood educators, paraprofessionals, and other school-related personnel; higher education professional staff and faculty; federal, state, and local government employees; and nurses and other healthcare professionals.

3. The AFT's purpose is to promote fairness, democracy, economic opportunity, and high-quality public education, healthcare, and public services for students, their families, and

communities their members serve. The AFT does so by ensuring its members receive fair pay and benefits for their critical work, and by fighting for safe working conditions that also benefit students, patients and all those who use public services. Economic and retirement security is at the core of the AFT's mission.

4. The AFT has approximately 490,000 members who are retired. Active members are members of the AFT retiree division as soon as their local union changes their status from "working" to "retired, active" in their reports to the AFT. Retirees are organized in more than 100 chartered AFT retiree chapters nationwide. Each chapter is able to send a delegate to the biennial AFT Convention where delegates from all AFT locals debate and vote on resolutions that set the policies and priorities of the AFT.

5. The AFT has long worked to improve the lives of its retired members, including to strengthen programs such as Social Security and Medicare. The AFT has passed resolutions, for example, expressing the AFT's commitment to improving the financing and benefits of the Social Security system, addressing Social Security's long-term solvency, opposing privatization of retirement assistance, and to expanding social safety programs more broadly. For example:

- Delegates to the 2024 AFT Convention passed "Protecting Seniors," committing the AFT to "seek federal legislation to maintain Medicare and expand Social Security benefits for seniors as well as to ensure that these benefits will never be diminished and that any future contemplated changes should act only to enhance these benefits, which have been earned after decades of employee and employer participation into the Medicare and Social Security systems and need to be preserved into the foreseeable future."

- Delegates to the 2022 AFT Convention passed "Changing Social Security to Provide Full Access and Equity For All Educational Employees," which committed the AFT to supporting and advocating for the Social Security Fairness Act of 2021.
- Delegates to the 2018 AFT Convention passed "Lift the Cap on Social Security," which committed the AFT to supporting the elimination of the cap on wages taxed by Social Security to ensure the long-term sustainability of the Social Security Trust Fund.
- And delegates to the 2008 AFT Convention passed "Strengthening Social Security," which committed the AFT to opposing any attempts to privatize social security and advocating for improvements in the financing and benefits of the current Social Security System.

6. In addition, the AFT maintains a Retiree Program and Policy Council that I support. The Retiree Program and Policy Council is a committee of retirees tasked with organizing retiree members to protect, support, and strengthen Social Security, among other focuses.

7. I am aware of and have identified individual AFT members who participate in Social Security Administration (SSA) programs (such as Old-Age, Survivors, and Disability Insurance) and other programs for which SSA collects or verifies data (such as Medicare, CHIP, and SNAP).

8. I am aware that the sensitive information of these and other AFT members is contained in the SSA record systems, including Social Security numbers, bank account numbers, details of personal finances, and personnel information.

9. AFT members share this information with SSA based on their understanding that the agency is legally obligated—and committed—to keeping their data secure.

10. I am aware that personnel from the Department of Government Efficiency (DOGE) have accessed sensitive information at SSA, and that the acting SSA Commissioner was previously suspended from his role at the agency for sharing data with DOGE personnel before this administration took office.

11. I am not aware of any AFT member who has requested or authorized DOGE or its representatives to access their personal data or who has consented to the use of this data for any reason other than for the purposes and through the procedures previously disclosed by SSA in its System of Record Notices.

12. I have personally heard from retiree members who send data to SSA that they are concerned about DOGE's access to the private personal and financial information they have provided to SSA.

13. The improper disclosure of this information to DOGE immediately increased the risk of access by external actors, doxxing, identity theft, invasion of personal privacy, and financial crimes against AFT members. That risk deepens every day that DOGE has access to AFT members' data. And feeding members' data into unauthorized or unprotected programs running artificial intelligence—as DOGE has done with data seized from other agencies—enhances these risks.

14. These risks began as soon as DOGE had access to SSA data and will continue until DOGE personnel are prohibited from accessing SSA record systems and using or distributing any data they have already seized.

15. AFT and its members are also deeply concerned about the possibility that DOGE, if able to further interfere with SSA data systems, may purposefully or even inadvertently disrupt the

timely payment of SSA benefits. Many of our members rely on those benefits to survive, and even one missed check would upend their lives.

I declare under penalty of perjury as prescribed in 28 U.S.C.§ 1746 that the foregoing is true and correct.

Executed on March 6, 2025, in Washington, D.C.

_____
Bernadette Aguirre

PLFS-043