# EXHIBIT I

PLFS-044

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

AMERICAN FEDERATION OF STATE,
COUNTY AND MUNICIPAL EMPLOYEES,
AFL-CIO, *et al.*,
    *Plaintiffs*,

vs.

SOCIAL SECURITY ADMINISTRATION,
*et al.*,
    *Defendants*.

Case No. 1:25-cv-00596

## DECLARATION OF DAVID GRAY

I, David Gray, declare as follows:

1. My name is David Gray. I live in Oklahoma City, Oklahoma. I am a retired member of the American Federation of Teachers (AFT) and have been with the union for nearly forty years. I submit this declaration in support of Plaintiffs' motion for a temporary restraining order or a preliminary injunction. The statements made in this declaration are based on my personal knowledge, materials I have reviewed, and information made available to me pursuant to my experience as a retired member of AFT.

2. My background is in building and construction. I joined AFT when I worked in a maintenance department. Before I was a member of AFT, I was a member of other unions. I come from a union family and have been in unions for most of my life.

3. I was voted president of my AFT local in 1988 and served in that role until 2024. I also served as a national vice president of AFT from 1992 until 2024. In these roles, I helped members file complaints and organize against harms in their workplaces. I also chaired a few

AFT committees, including the Constitutional Convention Committee and the Members' Trust Committee.

4. I am enrolled in Social Security and Medicare.

5. To apply for these programs—and to receive benefits from them—I have shared various types of personal information with the Social Security Administration (SSA), including my name, bank account information, birth date, and Social Security number.

6. When I applied for these programs, I provided this information to an intake person at my local social security office. I was told that it was going to be extremely confidential—that only specific, qualified people at SSA would have access to it. I shared this information to receive the benefits that I worked so hard for and expected my information to remain private.

7. I understand that people from the Department of Government Efficiency (DOGE) have accessed information at SSA and are attempting to access more. I do not want these people to have access to my data. It's personal and private. They should not have access to this information unless I provide it to them. I have not.

8. I am most concerned that these people—intentionally or not—will manipulate the data I have on file at SSA. I worry that they will mess with my monthly benefits, which I rely on to live. These people know nothing about the SSA systems and have not been trained on how to use them. I cannot be sure that they will not mess the systems up. I cannot be sure DOGE people have accessed or will access the data I have on file with SSA in a secure way that will prevent third-party scammers from getting it.

9. Because of the breach of data at SSA, I will be checking on my finances more frequently. Normally, I check my credit score once a month; I will now be doing that more often. I will also be checking my bank account out of concern.

10. My anxiety is at an all-time high because of the threats to my personal information and my benefits that come from DOGE access to sensitive information like my Social Security information. I will remain anxious until people from DOGE are stopped.

I declare under penalty of perjury as prescribed in 28 U.S.C. § 1746 that the foregoing is true and correct.

Executed on March 5, 2025, in Oklahoma City, Oklahoma

David Gray