## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| AMERICAN FEDERATION OF STATE, COUNTY AND MUNICIPAL EMPLOYEES, AFL-CIO, et al<br>   Plaintiffs<br><br>v.<br><br>SOCIAL SECURITY ADMINISTRATION, et al<br>   Defendants. | Civil Action No.: ELH-25-00596 |

### ORDER

Plaintiffs certify that they have given notice to defendants as to their claims and as to their request that this Court enter a Temporary Restraining Order. *See* ECF 17 at 32; ECF 21 at 4.

On or before 1:30 p.m. on March 10, 2025, the United States Attorney for the District of Maryland shall file a notice with the Court indicating whether she and/or the Chief of the Civil Division are aware of this lawsuit and, specifically, have received notice of the plaintiffs' request that the Court enter a Temporary Restraining Order.

Dated this 10th day of March, 2025.

BY THE COURT:

/s/
Ellen L. Hollander
United States District Judge