IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| AMERICAN FEDERATION OF STATE, COUNTY AND MUNICIPAL EMPLOYEES, AFL-CIO, *et al.*,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>SOCIAL SECURITY ADMINISTRATION, *et al.*,<br><br>　　　　Defendants. | Civil Action No. 1:25-cv-596-ELH |

NOTICE

TO THE COURT:

　　Pursuant to the Court's order earlier this morning, the United States Attorney for the District of Maryland is aware of this lawsuit and received notice that Plaintiffs request that this Court enter a temporary restraining order. The United States respectfully requests that it be given until Friday March 14, 2025 to respond to this motion. The requested deadline is particularly reasonable because Plaintiffs filed this lawsuit on February 21 and did not seek this relief until two weeks later. Counsel for the United States conferred with counsel for Plaintiffs, who object to this proposal, and believe that Defendants should be required to respond by tomorrow.

[*signature appears on following page*]

Dated: March 10, 2025        Respectfully submitted,

                 KELLY O. HAYES
                 United States Attorney

                 _____/s/_____
                 Michael J. Wilson (Bar No. 18970)
                 Assistant United States Attorney
                 U.S. Attorney's Office
                 District of Maryland
                 36 S. Charles St., 4th Floor
                 Baltimore, Maryland 21201
                 (410) 209-4800
                 Michael.Wilson4@usdoj.gov