IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| AMERICAN FEDERATION OF STATE, COUNTY AND MUNICIPAL EMPLOYEES, AFL-CIO, et al<br>   Plaintiffs<br><br>v.<br><br>SOCIAL SECURITY ADMINISTRATION, et al<br>   Defendants. | Civil Action No.: ELH-25-00596 |

## ORDER

The Court will hold a telephone scheduling conference at 4:30 p.m. on March 10, 2025. The proceedings will be held on the record and in open court in Courtroom 5B in Baltimore. However, lawyers for the parties may elect to participate by telephone.

Counsel for plaintiffs shall arrange for a telephone conference call. Specifically, counsel for plaintiffs shall ensure that Assistant United States Attorney Michael J. Wilson has been notified as to the conference call details. In addition, plaintiffs' counsel shall provide conference call connection details to the Court, forthwith, so that the Court can connect to the call.

Dated this 10th day of March, 2025.

BY THE COURT:

/s/
Ellen L. Hollander
United States District Judge