IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| AFL-CIO, et al., | * | |
| Plaintiff, | | |
| | * | |
| v. | | Case No. 25-596 (ELH) |
| SSA, et al. | * | |
| Defendant. | * | |

## ENTRY OF APPEARANCE IN A CIVIL CASE

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

Enter my appearance as counsel in this case for the **Defendants.**

I certify that I am admitted to practice in this Court.

3/10/25
Date

Signature

Elizabeth J. Shapiro, DC #418925
Printed name and bar number

1100 L St., NW, Washington, D.C. 20005
Address

elizabeth.shapiro@usdoj.gov
Email address

202-514-5302
Telephone number

202-616-8470
Fax number