**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

| | |
|---|---|
| Chambers of<br>**Ellen Lipton Hollander**<br>District Court Judge | 101 West Lombard Street<br>Baltimore, Maryland 21201<br>410-962-0742 |

March 10, 2025

LETTER TO COUNSEL

    Re:    *American Federation of State, County and Municipal Employees, AFL-CIO, et al. v. Social Security Administration, et al.*
            Civil No.: ELH-25-00596

Dear Counsel:

The Court held a scheduling conference on March 10, 2025. Although counsel participated via telephone, I took the bench in open court.

This letter confirms the schedule that shall govern as to the motion docketed at ECF 21.

1. Defendants' opposition to the motion is due by **4:00 p.m. on March 12, 2025**.

2. Plaintiffs' reply is due by **1:00 p.m. on March 13, 2025**.

3. The Court will hold a motion hearing with respect to ECF 21 at **1:00 p.m. on Friday, March 14, 2025**. The hearing will be held in Courtroom 5B in Baltimore.

Despite the informal nature of this letter, it is an Order of the Court and shall be docketed as such.

                        Sincerely,

                        /s/
                        Ellen Lipton Hollander
                        United States District Judge