# UNITED STATES DISTRICT COURT
for the

District of Maryland

| | | |
|---|---|---|
| AFSCME et al. | ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| *Plaintiff(s)* | | |
| v. | | Civil Action No. 1:25-cv-00596 |
| Social Security Administration et al. | | |
| *Defendant(s)* | | |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  MIKE RUSSO, in his official capacity as Chief Information Officer,
Social Security Administration,
6401 Security Blvd.
Baltimore, MD 21235

    A lawsuit has been filed against you.

    Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
        Mark B. Samburg
        Democracy Forward Foundation
        P.O. Box 34553
        Washington, D.C. 20043

    If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:  3/12/2025



*Deputy Clerk*