IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

| | |
|---|---|
| AMERICAN FEDERATION OF STATE, COUNTY, AND MUNICIPAL EMPLOYEES, AFL-CIO, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>SOCIAL SECURITY ADMINISTRATION, *et al.*,<br><br>*Defendants*. | Case No. 1:25-cv-00596-ELH |

**[PROPOSED] ORDER**

Upon consideration of Plaintiffs' Motion for Temporary Restraining Order, Preliminary Injunction, and/or 5 U.S.C. § 705 Stay; Defendants' opposition; Plaintiffs' reply; and the entire record herein, the Court **DENIES** Plaintiffs' Motion.

**SO ORDERED.**

Dated: _____

_____
Hon. Ellen Lipton Hollander
United States District Judge