**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**
**NORTHERN DIVISION**

| | |
|---|---|
| AMERICAN FEDERATION OF STATE, COUNTY, AND MUNICIPAL EMPLOYEES, AFL-CIO, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> SOCIAL SECURITY ADMINISTRATION, *et al.*, <br><br> *Defendants*. | Case No. 1:25-cv-00596-ELH |

**UNOPPOSED MOTION FOR *NUNC PRO TUNC* ENLARGEMENT OF TIME**

Pursuant to Federal Rule of Civil Procedure 6(b)(B), Defendants respectfully request that the Court grant an extension of time, *nunc pro tunc*, for Defendants to file their opposition to Plaintiffs' Motion for Temporary Restraining Order, Preliminary Injunction, and/or 5 U.S.C. § 705 Stay (ECF No. 21), otherwise due at 4:00 p.m. on March 12, 2025. Despite their best efforts to meet the deadline, Defendants were unable to file their opposition until 4:03 p.m. on the day of the filing, three minutes after the deadline set by the Court.

Federal Rule of Civil Procedure 6(b)(B) allows the Court, for good cause, to extend a deadline "on a motion made after the time has expired if the party failed to act because of excusable neglect." Fed. R. Civ. P. 6(b)(B). Defendants respectfully submit that good cause exists here. First, Plaintiffs do not oppose this motion and, in any event, would not suffer any prejudice from the requested, very brief extension. Second, the length of delay is *de minimis*—only three minutes. Third, Defendants worked diligently to complete the filing by the deadline. Yet, given the short

time to oppose Plaintiffs' motion and the complexity of the filing, Defendants required a small amount of additional time to file. Finally, Defendants acted in good faith to meet the Court's deadline.

Defendants conferred with counsel for Plaintiffs, and Plaintiffs do not oppose Defendants' motion.

Dated: March 12, 2025                    Respectfully submitted,

YAAKOV M. ROTH
Acting Assistant Attorney General
Civil Division, Federal Programs Branch

ELIZABETH J. SHAPIRO
Deputy Branch Director
Civil Division, Federal Programs Branch
United States Department of Justice
1100 L Street, N.W.
Washington, D.C. 20005
Tel: (202) 514-2705
Fax: (202) 616-8470
Elizabeth.Shapiro@usdoj.gov

 /s/ Bradley P. Humphreys
BRADLEY P. HUMPHREYS
Senior Trial Counsel
Civil Division, Federal Programs Branch
United States Department of Justice
1100 L Street NW
Washington, DC 20005
Telephone: (202) 305-0878
Bradley.Humphreys@usdoj.gov

MARIANNE F. KIES
BENJAMIN S. KURLAND
SIMON G. JEROME
Trial Attorneys
Civil Division, Federal Programs Branch
United States Department of Justice
1100 L Street NW
Washington, DC 20005

Kelly O. Hayes
Interim United States Attorney

MICHAEL J. WILSON
USDC Md Bar No. 18970
Assistant United States Attorney
36 S. Charles St., 4th Floor
Baltimore, Maryland 21201
Tel: (410) 209-4941
Fax: (410) 962-2310
Michael.Wilson4@usdoj.gov

*Attorneys for Defendants*

**CERTIFICATE OF SERVICE**

  I certify that on March 12, 2025, I electronically filed the foregoing and thereby caused a copy to be served on counsel of record.

                   */s/ Bradley P. Humphreys*
                   BRADLEY P. HUMPHREYS