**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION**

AMERICAN FEDERATION OF STATE,
COUNTY, AND MUNICIPAL
EMPLOYEES, AFL-CIO, *et al.*,

        *Plaintiffs*,

    v.

SOCIAL SECURITY
ADMINISTRATION, *et al.*,

        *Defendants*.

Case No. 1:25-cv-00596-ELH

**[PROPOSED] ORDER**

Upon consideration of Defendants' Motion for *Nunc Pro Tunc* Enlargement of Time, Plaintiffs' non-opposition, and for good cause shown, Defendants' Motion is hereby **GRANTED**.

    **SO ORDERED.**

Dated: _____

_____
Hon. Ellen Lipton Hollander
United States District Judge