## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND
## NORTHERN DIVISION

| | |
|---|---|
| AMERICAN FEDERATION OF STATE, COUNTY, AND MUNICIPAL EMPLOYEES, AFL-CIO, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> SOCIAL SECURITY ADMINISTRATION, *et al.*, <br><br> *Defendants*. | Case No. 1:25-cv-00596-ELH |

## [PROPOSED] ORDER

Upon consideration of Defendants' Motion for *Nunc Pro Tunc* Enlargement of Time,

Plaintiffs' non-opposition, and for good cause shown, Defendants' Motion is hereby **GRANTED**.

**SO ORDERED.**

Dated: 3/12/25

Hon. Ellen Lipton Hollander
United States District Judge