# EXHIBIT L

PLFS-065

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

| | |
|---|---|
| AMERICAN FEDERATION OF STATE, COUNTY AND MUNICIPAL EMPLOYEES, AFL-CIO, *et al.*, <br><br> *Plaintiffs*, <br><br> vs. <br><br> SOCIAL SECURITY ADMINISTRATION, *et al.*, <br><br> *Defendants*. | Civil Action No. 1:25-cv-00596 |

**DECLARATION OF KATHLEEN ROMIG**

I, Kathleen Romig, declare as follows:

1. My name is Kathleen Romig. I am the Director of Social Security and Disability Policy at the Center on Budget and Policy Priorities. I work on Social Security, Supplemental Security Income and other budget issues.

2. On March 4, 2025, I attended a meeting held by the Social Security Administration ("SSA"), at which Leland Dudek, the acting commissioner of SSA addressed a group of senior staff and advocates.

3. On March 12, 2025, the news outlet ProPublica published an article describing what was said at that meeting. Eli Hager, *"The President Wanted It and I Did It": Recording Reveals Head of Social Security's Thoughts on DOGE and Trump*, ProPublica (Mar. 12, 2025), https://perma.cc/ZQ2Q-RUB9.

4. I have reviewed that article and can attest, based on my firsthand knowledge, that it is an accurate representation of that meeting.

PLFS-066

I declare under penalty of perjury, as prescribed in 28 U.S.C. § 1746, that the foregoing is true and correct.

Executed on March 13, 2025, in Washington, D.C.

/s/Kathleen Romig[*]
Kathleen Romig

---

[*]Counsel hereby certifies that she has a signed copy of the foregoing document available for inspection at any time by the court or a party to this action.