IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| AMERICAN FEDERATION OF STATE, COUNTY AND MUNICIPAL EMPLOYEES, AFL-CIO, *et al.*,<br><br>    Plaintiffs,<br><br>    v.<br><br>SOCIAL SECURITY ADMINISTRATION, *et al.*,<br><br>    Defendants. | Civil Action No. 1:25-cv-596-ELH |

## NOTICE OF APPEARANCE

Please **ENTER** the appearance of Assistant United States Attorney Michael J. Wilson as counsel for the Defendants.

                                                                                        Respectfully submitted,

                                                                                        KELLY O. HAYES
                                                                                        United States Attorney

                                                                                        /s/
                                                                                       Michael J. Wilson (Bar No: 18970)
                                                                                       Assistant United States Attorney
                                                                                      U.S. Attorney's Office
                                                                                      District of Maryland
                                                                                      36 S. Charles Street, 4th Floor
                                                                                      Baltimore, Maryland 21201
                                                                                      (410) 209-4941
                                                                                      Michael.Wilson4@usdoj.gov

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on March 14, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System, which will send notice of such filing to all counsel.

/s/
Michael J. Wilson