**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| AMERICAN FEDERATION OF STATE, COUNTY AND MUNICIPAL EMPLOYEES, AFL-CIO, *et al.*,<br><br>     Plaintiffs,<br><br>  v.<br><br>SOCIAL SECURITY ADMINISTRATION, *et al.*,<br><br>     Defendants. | Civil Action No. 1:25-cv-596-ELH |

## <u>NOTICE OF APPEARANCE</u>

Please **ENTER** the appearance of Marianne F. Kies as counsel for the Defendants.

Respectfully submitted,

          /s/
Marianne F. Kies (Bar No: 18606)
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20005
Tel.: 202-353-1819
Marianne.F.Kies@usdoj.gov

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on March 14, 2025, I electronically filed the foregoing with the

Clerk of the Court using the CM/ECF System, which will send notice of such filing to all counsel.


/s/
_____
Marianne F. Kies
