**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND**
NORTHERN DIVISION

*American Federation of State, County and Municipal Employees, AFL-CIO, et al.*
    *Plaintiffs*

*vs.*    Case No.: 1:25-cv-00596

*Social Security Administration, et al.*
    *Defendants*

### *AFFIDAVIT OF SERVICE BY FEDERAL EXPRESS*

I, Scott Slatkin, a Private Process Server, being duly sworn, depose and say, I have been duly authorized to make service of the documents listed herein in the above entitled case, I am over the age of eighteen years and am not a party to or otherwise interested in this matter.

DOCUMENT(S): Summons; Plaintiffs' First Amended Complaint for Declaratory and Injunctive Relief; Motion for Temporary Restraining Order, Preliminary Injunction, and/or 5 U.S.C. 705 Stay; Memorandum of Law in Support of Plaintiffs' Motion for a Temporary Restraining Order, Preliminary Injunction, and/or 5 U.S.C. 705 Stay; (Proposed) Order Granting Plaintiffs' Motion for a Temporary Restraining Order, Preliminary Injunction, and/or 5 U.S.C. 705 Stay; Index of Declarations in Support of Plaintiffs' Motion for a Temporary Restraining Order, Preliminary Injunction, and/or 5 U.S.C. 705 Stay; Defendants' Opposition to Plaintiffs' Motion for a Temporary Restraining Order, Preliminary Injunction, and/or 5 U.S.C. 705 Stay; Declaration of Michael L. Russo; Declaration of Florence Felix-Lawson; (Proposed) Order; Reply in Support of Plaintiffs' Motion for a Temporary Restraining Order, Preliminary Injunction, and/or 5 U.S.C. 705 Stay; and Exhibits

SERVE TO: Amy Gleason, in her official capacity as DOGE Acting Administrator

SERVICE ADDRESS: 736 Jackson Place, NW, Washington, DC 20503

METHOD OF SERVICE: Service was completed by sending a copy of the documents listed herein to Amy Gleason, in her official capacity as DOGE Acting Administrator, 736 Jackson Place, NW, Washington, DC 20503 on 03/13/2025 via Federal Express Two Day Shipping, Signature Required Upon Receipt. Article Number: 772705365299.

I solemnly affirm under the penalties of perjury that the contents of this document are true to the best of my knowledge, information, and belief.

Executed on <u>03/14/2025</u>

*Scott Slatkin*

*Client Ref Number: AFSCME v. SSA*
*Job #:12894107*

*Capitol Process Services, Inc. | 7500 Greenway Center Drive, Suite 420, Greenbelt, Maryland 20770 | (202) 667-0050*

**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND**
*NORTHERN DIVISION*

---

*American Federation of State, County and Municipal Employees, AFL-CIO, et al.*
         *Plaintiffs*

*vs.*        Case No.: 1:25-cv-00596

*Social Security Administration, et al.*
         *Defendants*

---

### *AFFIDAVIT OF SERVICE BY FEDERAL EXPRESS*

*I, Scott Slatkin, a Private Process Server, being duly sworn, depose and say, I have been duly authorized to make service of the documents listed herein in the above entitled case, I am over the age of eighteen years and am not a party to or otherwise interested in this matter.*

*DOCUMENT(S): Summons; Plaintiffs' First Amended Complaint for Declaratory and Injunctive Relief; Motion for Temporary Restraining Order, Preliminary Injunction, and/or 5 U.S.C. 705 Stay; Memorandum of Law in Support of Plaintiffs' Motion for a Temporary Restraining Order, Preliminary Injunction, and/or 5 U.S.C. 705 Stay; (Proposed) Order Granting Plaintiffs' Motion for a Temporary Restraining Order, Preliminary Injunction, and/or 5 U.S.C. 705 Stay; Index of Declarations in Support of Plaintiffs' Motion for a Temporary Restraining Order, Preliminary Injunction, and/or 5 U.S.C. 705 Stay; Defendants' Opposition to Plaintiffs' Motion for a Temporary Restraining Order, Preliminary Injunction, and/or 5 U.S.C. 705 Stay; Declaration of Michael L. Russo; Declaration of Florence Felix-Lawson; (Proposed) Order; Reply in Support of Plaintiffs' Motion for a Temporary Restraining Order, Preliminary Injunction, and/or 5 U.S.C. 705 Stay; and Exhibits*

*SERVE TO: Elon Musk, in his official capacity as Senior Advisor to the President and de facto head of DOGE*

*SERVICE ADDRESS: 1600 Pennsylvania Avenue, NW, Washington, DC 20500*

*METHOD OF SERVICE: Service was completed by sending a copy of the documents listed herein to Elon Musk, in his official capacity as Senior Advisor to the President and de facto head of DOGE, 1600 Pennsylvania Avenue, NW, Washington, DC 20500 on 03/13/2025 via Federal Express Two Day Shipping, Signature Required Upon Receipt. Article Number: 772705413732.*

*I solemnly affirm under the penalties of perjury that the contents of this document are true to the best of my knowledge, information, and belief.*

*Executed on 03/14/2025*

*Scott Slatkin*

*Client Ref Number: AFSCME v. SSA*
*Job #:12893975*

---

*Capitol Process Services, Inc. | 7500 Greenway Center Drive, Suite 420, Greenbelt, Maryland 20770 | (202) 667-0050*

American Federation of State, County and Municipal Employees, AFL-CIO, et al.
    Plaintiffs

vs.

Case No.: 1:25-cv-00596

Social Security Administration, et al.
    Defendants

## AFFIDAVIT OF SERVICE BY FEDERAL EXPRESS

I, Scott Slatkin, a Private Process Server, being duly sworn, depose and say, I have been duly authorized to make service of the documents listed herein in the above entitled case, I am over the age of eighteen years and am not a party to or otherwise interested in this matter.

DOCUMENT(S): Summons; Plaintiffs' First Amended Complaint for Declaratory and Injunctive Relief; Motion for Temporary Restraining Order, Preliminary Injunction, and/or 5 U.S.C. 705 Stay; Memorandum of Law in Support of Plaintiffs' Motion for a Temporary Restraining Order, Preliminary Injunction, and/or 5 U.S.C. 705 Stay; (Proposed) Order Granting Plaintiffs' Motion for a Temporary Restraining Order, Preliminary Injunction, and/or 5 U.S.C. 705 Stay; Index of Declarations in Support of Plaintiffs' Motion for a Temporary Restraining Order, Preliminary Injunction, and/or 5 U.S.C. 705 Stay; Defendants' Opposition to Plaintiffs' Motion for a Temporary Restraining Order, Preliminary Injunction, and/or 5 U.S.C. 705 Stay; Declaration of Michael L. Russo; Declaration of Florence Felix-Lawson; (Proposed) Order; Reply in Support of Plaintiffs' Motion for a Temporary Restraining Order, Preliminary Injunction, and/or 5 U.S.C. 705 Stay; and Exhibits

SERVE TO: Mike Russo, in his official capacity as Chief Information Officer, Social Security Administration

SERVICE ADDRESS: 6401 Security Boulevard, Baltimore, Maryland 21235

METHOD OF SERVICE: Service was completed by sending a copy of the documents listed herein to Mike Russo, in his official capacity as Chief Information Officer, Social Security Administration, 6401 Security Boulevard, Baltimore, Maryland 21235 on 03/13/2025 via Federal Express Two Day Shipping, Signature Required Upon Receipt. Article Number: 772705318374.

I solemnly affirm under the penalties of perjury that the contents of this document are true to the best of my knowledge, information, and belief.

Executed on 03/14/2025

*Scott Slatkin*

*Client Ref Number: AFSCME v. SSA*
*Job #:12894068*