UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

---

American Federation of State, County and Municipal Employees, AFL-CIO, et al.
**Plaintiffs**

*vs.*     Case No.: 1:25-cv-00596

Social Security Administration, et al.
**Defendants**

---

### AFFIDAVIT OF SERVICE BY FEDERAL EXPRESS

I, Scott Slatkin, a Private Process Server, being duly sworn, depose and say, I have been duly authorized to make service of the documents listed herein in the above entitled case, I am over the age of eighteen years and am not a party to or otherwise interested in this matter.

DOCUMENT(S): Summons; Plaintiffs' First Amended Complaint for Declaratory and Injunctive Relief; Motion for Temporary Restraining Order, Preliminary Injunction, and/or 5 U.S.C. 705 Stay; Memorandum of Law in Support of Plaintiffs' Motion for a Temporary Restraining Order, Preliminary Injunction, and/or 5 U.S.C. 705 Stay; (Proposed) Order Granting Plaintiffs' Motion for a Temporary Restraining Order, Preliminary Injunction, and/or 5 U.S.C. 705 Stay; Index of Declarations in Support of Plaintiffs' Motion for a Temporary Restraining Order, Preliminary Injunction, and/or 5 U.S.C. 705 Stay; Defendants' Opposition to Plaintiffs' Motion for a Temporary Restraining Order, Preliminary Injunction, and/or 5 U.S.C. 705 Stay; Declaration of Michael L. Russo; Declaration of Florence Felix-Lawson; (Proposed) Order; Reply in Support of Plaintiffs' Motion for a Temporary Restraining Order, Preliminary Injunction, and/or 5 U.S.C. 705 Stay; and Exhibits

SERVE TO: Kelly O. Hayes, in her official capacity as Acting United States Attorney for the District of Maryland

SERVICE ADDRESS: 36 South Charles Street, 4th Floor, Baltimore, Maryland 21201

METHOD OF SERVICE: Service was completed by sending a copy of the documents listed herein to Kelly O. Hayes, in her official capacity as Acting United States Attorney for the District of Maryland, 36 South Charles Street, 4th Floor, Baltimore, Maryland 21201 on 03/13/2025 via Federal Express Two Day Shipping, Signature Required Upon Receipt. Article Number: 772705208668.

I solemnly affirm under the penalties of perjury that the contents of this document are true to the best of my knowledge, information, and belief.

Executed on <u>03/14/2025</u>

*Scott Slatkin*

*Client Ref Number: AFSCME v. SSA*
*Job #:12894089*

---

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

*American Federation of State, County and Municipal Employees, AFL-CIO, et al.*
       *Plaintiffs*

*vs.*     Case No.: 1:25-cv-00596

*Social Security Administration, et al.*
       *Defendants*

### AFFIDAVIT OF SERVICE BY FEDERAL EXPRESS

I, Scott Slatkin, a Private Process Server, being duly sworn, depose and say, I have been duly authorized to make service of the documents listed herein in the above entitled case, I am over the age of eighteen years and am not a party to or otherwise interested in this matter.

DOCUMENT(S): Summons; Plaintiffs' First Amended Complaint for Declaratory and Injunctive Relief; Motion for Temporary Restraining Order, Preliminary Injunction, and/or 5 U.S.C. 705 Stay; Memorandum of Law in Support of Plaintiffs' Motion for a Temporary Restraining Order, Preliminary Injunction, and/or 5 U.S.C. 705 Stay; (Proposed) Order Granting Plaintiffs' Motion for a Temporary Restraining Order, Preliminary Injunction, and/or 5 U.S.C. 705 Stay; Index of Declarations in Support of Plaintiffs' Motion for a Temporary Restraining Order, Preliminary Injunction, and/or 5 U.S.C. 705 Stay; Defendants' Opposition to Plaintiffs' Motion for a Temporary Restraining Order, Preliminary Injunction, and/or 5 U.S.C. 705 Stay; Declaration of Michael L. Russo; Declaration of Florence Felix-Lawson; (Proposed) Order; Reply in Support of Plaintiffs' Motion for a Temporary Restraining Order, Preliminary Injunction, and/or 5 U.S.C. 705 Stay; and Exhibits

SERVE TO: Pam Bondi, in her official capacity as United States Attorney General

SERVICE ADDRESS: Department of Justice, 950 Pennsylvania Avenue, NW, Washington, DC 20530-0001

METHOD OF SERVICE: Service was completed by sending a copy of the documents listed herein to Pam Bondi, in her official capacity as United States Attorney General, Department of Justice, 950 Pennsylvania Avenue, NW, Washington, DC 20530-0001 on 03/13/2025 via Federal Express Two Day Shipping, Signature Required Upon Receipt. Article Number: 772705119651.

I solemnly affirm under the penalties of perjury that the contents of this document are true to the best of my knowledge, information, and belief.

Executed on 03/14/2025

*Scott Slatkin*

*Client Ref Number: AFSCME v. SSA*
*Job #:12894005*

*Capitol Process Services, Inc. | 7500 Greenway Center Drive, Suite 420, Greenbelt, Maryland 20770 | (202) 667-0050*