**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

| | |
|---|---|
| Chambers of<br>**Ellen Lipton Hollander**<br>District Court Judge | 101 West Lombard Street<br>Baltimore, Maryland 21201<br>410-962-0742 |

March 21, 2025

LETTER TO COUNSEL

    Re:    *American Federation of State, County and Municipal Employees,*
             *AFL-CIO, et al. v. Social Security Administration, et al.*
             Civil No.:  ELH-25-0596

Dear Counsel:

       It continues to come to my attention that Acting Commissioner Dudek persists in making threats about shutting down operations at the Social Security Administration, claiming that the TRO that I issued in this case on March 20, 2025, applies to almost all SSA employees. *See* ECF 48. As I stated in my letter to counsel of March 21, 2025 (ECF 51), the assertion that the TRO applies to all SSA employees is patently incorrect.

       The TRO expressly applies only to SSA employees working on the DOGE agenda. It has no bearing on ordinary operations at SSA. In fact, if others at SSA are involved with DOGE, as Mr. Dudek seems to claim, then I was misled by counsel for the government.

       The government represented that ten unnamed DOGE people are assigned to SSA to further the DOGE agenda. *See*, *e.g.*, ECF 45 (Tr., 3/14/25), at 16 ("[T]en employees do have access to the system."); ECF 36 at 5 ("Ten individuals at the Social Security Administration ('SSA'), all federal employees, are assisting with implementing the President's directives from the EO as part of the SSA's DOGE Team."); ECF 36-1 (Russo Decl.), ¶ 4 ("The SSA DOGE Team *currently* consists of ten SSA employees[]") (emphasis added); ECF 36-2 (Felix-Lawson Decl.), ¶ 4 (same). The term "DOGE Affiliate" was included in the TRO merely to address the possibility that others at SSA could be working at DOGE's direction or added to the Team, as suggested by Russo and Felix-Lawson's use of the word "currently."

       More to the point, in my earlier letter today (ECF 51), I directed the government to contact Chambers *immediately* if there is any need for clarification of the TRO. As I write this letter, it is well after 6:00 p.m. and the government has yet to contact the Court.

                                                                  Sincerely,

                                                                  /s/
                                                           Ellen Lipton Hollander
                                                          United States District Judge