IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| AMERICAN FEDERATION OF STATE, COUNTY AND MUNICIPAL EMPLOYEES, AFL-CIO, et al., <br><br> Plaintiffs, <br><br> v. <br><br> SOCIAL SECURITY ADMINISTRATION, et al., <br><br> Defendants. | Case No. 1:25-cv-00596-ELH |

**NOTICE OF APPEAL**

Defendants in the above-captioned case hereby give notice that they appeal to the United States Court of Appeals for the Fourth Circuit from all aspects of this Court's Temporary Restraining Order and accompanying Memorandum Opinion entered on March 20, 2025, and the letter clarifications to the Order entered on March 21, 2025. *See* ECF Nos. 48-52.

Dated: March 24, 2025

Respectfully submitted,

YAAKOV M. ROTH
Acting Assistant Attorney General
Civil Division, Federal Programs Branch

*/s/ Elizabeth J. Shapiro*
ELIZABETH J. SHAPIRO
BRADLEY P. HUMPHREYS
MARIANNE F. KIES
BENJAMIN S. KURLAND
SIMON G. JEROME
Civil Division, Federal Programs Branch
United States Department of Justice
1100 L Street NW
Washington, DC 20005

1

Telephone: (202) 305-0878
Bradley.Humphreys@usdoj.gov

KELLY O. HAYES
Interim United States Attorney

MICHAEL J. WILSON
USDC Md Bar No. 18970
Assistant United States Attorney
36 S. Charles St., 4th Floor
Baltimore, Maryland 21201
Tel: (410) 209-4941
Fax: (410) 962-2310
Michael.Wilson4@usdoj.gov

*Attorneys for Defendants*

## **CERTIFICATE OF SERVICE**

I certify that on March 24, 2025, I electronically filed the foregoing and thereby caused a copy to be served on counsel of record.

                                                                                                    */s /Elizabeth J. Shapiro*
                                                                                                     ELIZABETH J. SHAPIRO