**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION**

| | |
|---|---|
| AMERICAN FEDERATION OF STATE, COUNTY AND MUNICIPAL EMPLOYEES, AFL-CIO, *et al.*, <br><br> *Plaintiffs*, <br> *vs.* <br><br> SOCIAL SECURITY ADMINISTRATION, *et al.*, <br> *Defendants*. | Civil Action No. 1:25-cv-00596 |

## <u>DECLARATION OF LELAND DUDEK</u>

I, Leland Dudek, hereby declare upon penalty of perjury:

1. I am the Acting Commissioner at the Social Security Administration (SSA), in Woodlawn, Maryland, and I have served in this role since February 16, 2025.

2. In my role as Acting Commissioner, I am responsible for the exercise of all powers and the discharge of all duties of the agency and have authority and control over all personnel and activities thereof. This includes assigning duties and authority to act to officers and employees of the agency, including information and systems access by SSA's DOGE Team.

3. I provide this declaration to explain the access required by Employee 1, Employee 5, Employee 8, and Employee 9 on the SSA DOGE Team to personally identifiable information (PII) in SSA records. These statements are made with my personal knowledge, discussion with SSA staff, and review of documents and information furnished to me in the course of my official duties.

1

4. Employee 1, Employee 5, Employee 8, and Employee 9 all require access to PII through schema in SSA's Enterprise Data Warehouse (EDW).

5. The vast majority of SSA employees routinely access agency PII from SSA's program records (such as claims or enumeration records) in performing "front line" duties–i.e., individuals working directly with the public or otherwise working internally to process claims and enumeration related matter., including claims representatives and hearings office employees.  This front-line employee PII access generally occurs by electronically querying (searching based on an identifier, such as Social Security number) through "dashboards" (i.e., screens created to present information in an manner helpful to the employees based on the work they are performing) which retrieve claims or enumeration file information directly from production systems (i.e., the systems holding the custodial, controlling records, such as our Master Beneficiary Record or MBR) ..  By contrast, non-front line employees use the EDW to obtain access to the same agency records, but in a non-production data environment.  This is the case where, for example, non-front line employees are conducting fraud or similar analysis.  Members of the SSA DOGE Team are non-front line employees because they are not working directly with the public or working on processing individual requests for claims or enumeration records.

6. Data access through EDW is granted through "schema" levels.  SSA's EDW contains hundreds of schema levels, each of which contains different data types. When access is granted to a particular schema, the employee has *permission* to access the data in the schema, but the employee does not automatically *see* all those records.  Similar to front-line employees who need to query SSA systems to retrieve needed records, non-front line

employees granted access to EDW schemas must specifically search for relevant records in a schema for the records to be viewable.

7. As I discuss in greater detail below (paragraph 9), SSA seeks to grant the four DOGE Team employees (Employees 1, 5, 8, 9) access only to the seven EDW schemas containing the information needed to perform their job duties; these are the lowest level schemas for these data groupings that SSA's systems can grant access to–i.e., there is no more restrictive schema that would provide access to the data. SSA is unable to grant an employee access only to certain data fields within a given schema, making it impossible to minimize access further using current agency systems.

8. As stated above, an SSA employee viewing an EDW schema will not have the ability to view data under the schema absent a search for that specific information. As with all SSA employees, Employee 1, Employee 5, Employee 8, and Employee 9 on the SSA DOGE Team have been directed to search and retrieve only data within the schema levels that they will be granted that is necessary for the performance of their tasked work for SSA. This work and the corresponding need for specific schema access is defined further below for each employee.

9. Employees 1, and 9 are working on a project relating to ensuring SSA records accurately reflect whether an individual is alive or deceased (hereafter, "Are You Alive"). This Are You Alive Project is aimed at preventing improper payments and fraud, waste, and abuse related to decedent identities. To perform the Are You Alive Project, Employees 1, and 9 need access to individual Social Security numbers (SSNs), demographics, benefits status, and contact information, among other fields. . The access is necessary to examine whether the agency has assigned SSNs to all individual records, and to research and conduct

3

outreach (as needed) to confirm a person's status as living or deceased. Because Employees 1, and 9 are working on individual cases and may be reaching out to individuals in connection with those cases, data anonymization would make it impracticable for these employees to conduct the Are You Alive Project. The data schemas to which these employees need access for this Project are the Numident, MBR, SSR, PROME, PCHIP, PVIP, and PVIPR schemas. These schema names (with acronyms) are the full schema names. These schemas are the lowest schemas available containing the information needed for this effort–i.e., there is no more restrictive schema that would provide access to the data. For instance, the Numident has SSNs; the MBR and SSR have benefits information; PROME contains login data to mySSA.gov; PCHIP has 1-800 number caller data; PVIP contains field office call data; and PVIPR contains field office appointments. These are examples of data relevant to this analysis, which would help demonstrate whether a person is alive or deceased.

10. Employee 5 is working on a project focusing on ensuring death records that can be updated based on information currently available in agency records, for which we have sufficient confidence that would allow us to conclude a person is deceased (hereafter, "Death Data Clean Up Project"). Employee 5 is using records such as SSNs, names, dates of birth, dates of death, and benefits information indicating signs of life. Because the Death Data Clean Up Project involves updates to individual-level records, anonymization is not feasible. The data schemas to which Employee 5 needs access to obtain information necessary for this Project are the Numident, MBR, and SSR schemas. These schemas are the lowest schemas available containing the information needed for this effort–i.e., there is no more restrictive schema that would provide access to the data.

11. Employee 8 is working on direct-deposit change, new claim, and wage-reporting fraud detection (hereafter, "Fraud Detection"). The Fraud Detection Project is aimed at finding new ways to identify fraud in the foregoing areas. The Project involves looking for patterns of fraud in these filings on an individual case level. Anonymization is not feasible because it could obscure information useful for identifying fraud: for instance, name matching would not be possible. The data schemas to which Employee 8 needs access to obtain information necessary for this Project are the Numident, MBR, SSR, PROME, PCHIP, PVIP, and PVIPR schemas. These schemas are the lowest schemas available containing the information needed for this effort–i.e., there is no more restrictive schema that would provide access to the data.

I declare the foregoing to be true and correct, upon penalty of perjury.

Date: __3/26/2025__          Signed: _/s/ Leland Dudek_____

                                    Leland Dudek
                                    Acting Commissioner
                                    Social Security Administration