IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

| | |
|---|---|
| AMERICAN FEDERATION OF STATE, COUNTY AND MUNICIPAL EMPLOYEES, AFL-CIO, *et al.*,<br><br>*Plaintiffs*,<br><br>*vs.*<br><br>SOCIAL SECURITY ADMINISTRATION, *et al.*,<br><br>*Defendants*. | Civil Action No. 1:25-cv-00596 |

## JOINT STATUS REPORT

Per the Court's request, *see* Dkt. 48, the parties respectfully propose the following schedule for preliminary injunction briefing and to determine if limited discovery is appropriate.

***First,*** in accordance with Federal Rule of Civil Procedure 65(b)(2), the parties agree to extend the Temporary Restraining Order, Dkt. 48, through April 17, 2025.

***Second,*** the parties propose the following agreed schedule:

| | |
|---|---|
| Wednesday, April 2 | Defendants file administrative record by 5:00 p.m. ET |
| Friday, April 4 | Plaintiffs file motion for preliminary injunction ("PI") |
| Tuesday, April 8 | Defendants file opposition to motion for PI |
| Friday, April 11 | Plaintiffs file reply in support of motion for PI |

Plaintiffs' agreement to the above is without prejudice to their ability to seek a revised schedule (1) if they consider the administrative record insufficient or (2) in the unlikely event that Defendants need to seek leave for additional time to file the administrative record.

*Third,* the parties propose that the Court, if its schedule permits, hold a hearing regarding Plaintiffs' motion for preliminary injunction on Tuesday, April 15 (or on another date between April 14 and 17). Plaintiffs' position is that an evidentiary hearing would be most beneficial for the Court, but Defendants disagree. The parties have therefore agreed to address the need for witness testimony in their respective briefing, with Plaintiffs stating their position in their reply.

*Fourth*, as noted above, Defendants have agreed to file the administrative record by 5:00 p.m. ET on Wednesday, April 2. Plaintiffs have shared the scope of material they expect the administrative record to contain with counsel for Defendants. Plaintiffs do not waive their right to seek additional limited discovery or supplementation of the record if Defendants' filing does not include those materials. Defendants have not expressed a position regarding the material identified by Plaintiffs. Their position is that SSA will give due consideration to Plaintiffs' input but make its own determination about what is appropriate to include based on what was before the decisionmaker with respect to the alleged agency action Plaintiffs challenge.

The parties agree that Plaintiffs must file with the Court any motion for limited discovery related to alleged deficiencies in the administrative record by 9:00 a.m. ET on April 3, with Defendants' response due at 12:00 p.m. ET on April 4. That deadline does not apply to discovery requests based on Defendants' subsequent disclosure or Plaintiffs' identification of other DOGE Team members, DOGE affiliates, decisionmakers, or relevant records.

Dated: March 27, 2025

Respectfully submitted,

*/s/ Alethea Anne Swift*
Alethea Anne Swift (Bar No. 30829)
Karianne M. Jones[*+]
Emma R. Leibowitz[*+]
Mark B. Samburg (Bar No. 31090)
Robin F. Thurston[*+]

2

Carrie Y. Flaxman[+]
**DEMOCRACY FORWARD FOUNDATION**
P.O. Box 34553
Washington, DC 20043
(202) 448-9090
aswift@democracyforward.org
kjones@democracyforward.org
eleibowitz@democracyforward.org
rthurston@democracyforward.org
msamburg@democracyforward.org
cflaxman@democracyforward.org

*Counsel for Plaintiffs*

\* Admission to this Court pending
+ Admitted *pro hac vice*

YAAKOV M. ROTH
Acting Assistant Attorney General
Civil Division, Federal Programs Branch

ELIZABETH J. SHAPIRO
Deputy Branch Director
Civil Division, Federal Programs Branch

BRADLEY P. HUMPHREYS
Senior Trial Counsel

/s/ Marianne F. Kies
*Signed by filer with permission*
MARIANNE F. KIES
Trial Attorney
Civil Division, Federal Programs Branch
United States Department of Justice
1100 L Street NW
Washington, DC 20005
Telephone: (202) 353-1819
marianne.f.kies@usdoj.gov

KELLY O. HAYES
Interim United States Attorney

MICHAEL J. WILSON
USDC Md Bar No. 18970
Assistant United States Attorney
36 S. Charles St., 4th Floor
Baltimore, Maryland 21201

Tel: (410) 209-4941
Fax: (410) 962-2310
Michael.Wilson4@usdoj.gov

*Attorneys for Defendants*

4