IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| AMERICAN FEDERTION OF STATE, COUNTY AND MUNICIPAL EMPLOYEES, AFL-CIO, *et al.*<br><br>*Plaintiffs*,<br><br>v.<br><br>SOCIAL SECURITY ADMINISTRATION, *et al.*<br><br>*Defendants*. | Civil Action No. ELH-25-0596 |

**ORDER**

The Court has reviewed the Joint Status Report docketed at ECF 68. It is this 27th day of March 2025, by the United States District Court for the District of Maryland, **ORDERED**:

1. The following schedule shall govern:

| | |
|---|---|
| Wednesday, April 2, 2025, by 3:00 p.m. | Defendants shall file the administrative record |
| Friday, April 4, 2025, by noon | Plaintiffs shall file a motion for preliminary injunction ("PI") |
| Monday, April 7, 2025, by 10:00 a.m. | Defendants' opposition to motion for PI |
| Thursday, April 10, 2025, by 3:00 p.m. | Plaintiffs' reply in support of motion for PI |
| Tuesday, April 15, 2025, at 10:00 a.m. | PI Hearing |

2. In accordance with the parties' agreement, the Temporary Restraining Order (ECF 48) is

1

hereby extended through April 17, 2025.

                                                          /s/  
                                      Ellen Lipton Hollander  
                                      United States District Judge