IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| AMERICAN FEDERATION OF STATE, COUNTY AND MUNICIPAL EMPLOYEES, AFL-CIO, *et al.*,<br><br>        Plaintiffs,<br><br>    v.<br><br>SOCIAL SECURITY ADMINISTRATION, *et al.*,<br><br>        Defendants. | Case No. 1:25-cv-00596-ELH |

**NOTICE OF APPEARANCE**

    Please ENTER the appearance of Samuel S. Holt as counsel for the Defendants.

Dated: March 28, 2025

                                  Respectfully submitted,

                                  */s/ Samuel S. Holt*
                                  SAMUEL S. HOLT (CO Bar # 59613)
                                  Trial Attorney
                                  Civil Division, Federal Programs Branch
                                  United States Department of Justice
                                  1100 L Street NW
                                  Washington, DC 20005
                                  Telephone: (202) 674-9761
                                  Samuel.Holt2@usdoj.gov

                                  *Attorney for Defendants*

**CERTIFICATE OF SERVICE**

I certify that on March 28, 2025, I electronically filed the foregoing and thereby caused a copy to be served on counsel of record.

*/s/ Samuel S. Holt*
SAMUEL S. HOLT