## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND
## NORTHERN DIVISION

AMERICAN FEDERATION OF STATE,
COUNTY, AND MUNICIPAL
EMPLOYEES, AFL-CIO, *et al.*,

        *Plaintiffs*,

    v.

SOCIAL SECURITY
ADMINISTRATION, *et al.*,

        *Defendants*.

Case No. 1:25-cv-00596-ELH

## MOTION FOR *NUNC PRO TUNC* ENLARGEMENT OF TIME

Pursuant to Federal Rule of Civil Procedure 6(b)(B), Defendants respectfully request that the Court grant an extension of time, *nunc pro tunc*, for Defendants to file the supplemental declaration of Acting Commissioner Leland Dudek as ordered in the Court's March 27, 2025, letter order. Acting Commission Dudek's declaration was due at 4:00 p.m. today. Despite the agency's best efforts to meet the deadline, SSA was unable to file their opposition until 4:52 p.m.

Defendants apologize to the Court for the late filing. SSA required additional time to consult with agency leadership and staff to ensure the filing's completeness and accuracy.

Defendants conferred with counsel for Plaintiffs, who responded that they take no position with respect to Defendants' motion.

Dated:  March 28, 2025                    Respectfully submitted,

YAAKOV M. ROTH
Acting Assistant Attorney General
Civil Division, Federal Programs Branch

ELIZABETH J. SHAPIRO
Deputy Branch Director
Civil Division, Federal Programs Branch
United States Department of Justice
1100 L Street, N.W.
Washington, D.C. 20005
Tel: (202) 514-2705
Fax: (202) 616-8470
Elizabeth.Shapiro@usdoj.gov

*/s/ Bradley P. Humphreys*
BRADLEY P. HUMPHREYS
Senior Trial Counsel
Civil Division, Federal Programs Branch
United States Department of Justice
1100 L Street NW
Washington, DC 20005
Telephone: (202) 305-0878
Bradley.Humphreys@usdoj.gov

MARIANNE F. KIES
BENJAMIN S. KURLAND
SIMON G. JEROME
Trial Attorneys
Civil Division, Federal Programs Branch
United States Department of Justice
1100 L Street NW
Washington, DC 20005

Kelly O. Hayes
Interim United States Attorney

MICHAEL J. WILSON
USDC Md Bar No. 18970
Assistant United States Attorney
36 S. Charles St., 4th Floor
Baltimore, Maryland 21201
Tel: (410) 209-4941
Fax: (410) 962-2310
Michael.Wilson4@usdoj.gov

*Attorneys for Defendants*

2

## CERTIFICATE OF SERVICE

I certify that on March 28, 2025, I electronically filed the foregoing and thereby caused a

copy to be served on counsel of record.

*/s/ Elizabeth J. Shapiro*
ELIZABETH J. SHAPIRO