IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

| | |
|---|---|
| AMERICAN FEDERATION OF STATE, COUNTY, AND MUNICIPAL EMPLOYEES, AFL-CIO, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>SOCIAL SECURITY ADMINISTRATION, *et al.*,<br><br>*Defendants*. | Case No. 1:25-cv-00596-ELH |

**[PROPOSED] ORDER**

Upon consideration of Defendants' Motion for *Nunc Pro Tunc* Enlargement of Time, Plaintiffs' non-opposition, and for good cause shown, Defendants' Motion is hereby **GRANTED**.

**SO ORDERED.**

Dated: _____               _____
                                        Hon. Ellen Lipton Hollander
                                        United States District Judge