## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND
## NORTHERN DIVISION

AMERICAN FEDERATION OF STATE,
COUNTY, AND MUNICIPAL
EMPLOYEES, AFL-CIO, *et al.*,

        *Plaintiffs,*

     v.

SOCIAL SECURITY
ADMINISTRATION, *et al.*,

        *Defendants.*

Case No. 1:25-cv-00596-ELH

### [PROPOSED] ORDER

Upon consideration of Defendants' Motion for *Nunc Pro Tunc* Enlargement of Time,

Plaintiffs' non-opposition, and for good cause shown, Defendants' Motion is hereby **GRANTED**.

**SO ORDERED.**

Dated: 3/28/25

_____
Hon. Ellen Lipton Hollander
United States District Judge