# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

| | |
|---|---|
| AMERICAN FEDERATION OF STATE, COUNTY AND MUNICIPAL EMPLOYEES, AFL-CIO, *et al.*,<br><br>*Plaintiffs,*<br><br>vs.<br><br>SOCIAL SECURITY ADMINISTRATION, *et al.*,<br><br>*Defendants.* | Civil Action No. 1:25-cv-00596 |

**DECLARATION OF ALEX DOE**

I, Alex Doe, declare as follows:

1. I formerly worked on projects at the Social Security Administration ("SSA") as a Digital Services Expert at the United States Digital Service ("USDS"). I have extensive experience in data access, security protocols, and the administration of data systems. The statements made herein are based on my personal knowledge, discussions with SSA and USDS staff, and review of relevant documentation in the course of my official duties.

2. I am submitting this declaration pseudonymously because I fear retaliation. But if the Court would like to know my name or job position, I would be willing to provide it ex parte and under seal.

3. I have reviewed court documents regarding SSA's intention to provide data access to four SSA DOGE Team employees.

1

4. SSA requires all detailees to have an adjudicated clearance (or background check) before they can get an SSA Personal Identity Verification Card.

5. USDS employees detailed to SSA received access to data including PII, but only after months of clearance that exceeded the preliminary clearance we had already received from the Executive Office of the President.

6. USDS employees detailed to SSA could only access data including PII on SSA devices, which were only issued after the agency confirmed that we had the adjudicated clearance described above.

I declare under penalty of perjury, as prescribed in 28 U.S.C. § 1746, that the foregoing is true and correct.

Executed on March 30, 2025.

*Alex Doe*
Alex Doe