FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| AMERICAN FEDERTION OF STATE, COUNTY AND MUNICIPAL EMPLOYEES, AFL-CIO, *et al.*<br><br>*Plaintiffs*,<br><br>v.<br><br>SOCIAL SECURITY ADMINISTRATION, *et al.*<br><br>*Defendants*. | Civil Action No. ELH-25-0596 |

**ORDER**

For the reasons stated in the accompanying Memorandum, it is this 31st day of March 2025, by the United States District Court for the District of Maryland, **ORDERED** that the Motion (ECF 60) is **DENIED**.

/s/
Ellen L. Hollander
United States District Judge