FILED: April 1, 2025

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 25-1291
(1:25-cv-00596-ELH)

_____

AMERICAN FEDERATION OF STATE, COUNTY AND MUNICIPAL EMPLOYEES, AFL-CIO; ALLIANCE FOR RETIRED AMERICANS; AMERICAN FEDERATION OF TEACHERS

    Plaintiffs - Appellees

v.

SOCIAL SECURITY ADMINISTRATION; LELAND DUDEK, in his official capacity as purported Acting Commissioner, Social Security Administration; MIKE RUSSO, in his official capacity as Chief Information Officer, Social Security Administration; ELON MUSK, in his official capacity as Senior Advisor to the President and de facto head of DOGE; U.S. DOGE SERVICE; U.S. DOGE SERVICE TEMPORARY ORGANIZATION; AMY GLEASON, in her official capacity as DOGE Acting Administrator

    Defendants - Appellants

_____

O R D E R

_____

Having assessed the contention of the parties, this appeal is dismissed for lack of jurisdiction.

Entered at the direction of Judge King with the concurrence of Judge Agee and Judge Richardson.

For the Court

/s/ Nwamaka Anowi, Clerk

AGEE, Circuit Judge, concurring:

In resolution of the pending motion for a preliminary injunction, the parties should explain in specific detail the basis for their respective arguments. Generalized explanations are unlikely to meet the burdens of proof required. Furthermore, I recommend the district court move expeditiously and without delay to render its opinion on the motion for preliminary injunction while also allowing the introduction of relevant evidence.