IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

AMERICAN FEDERATION OF STATE,
COUNTY AND MUNICIPAL
EMPLOYEES, AFL-CIO, *et al.*,

          Plaintiffs,

          v.

SOCIAL SECURITY
ADMINISTRATION, *et al.*,

          Defendants.

Case No. 1:25-cv-00596-ELH

**DEFENDANTS' MOTION TO FILE ADMINISTRATIVE RECORD UNDER SEAL**

In its March 27, 2025 Scheduling Order, the Court ordered Defendants to file the Administrative Record today, April 2, 2025, by 3:00 p.m. Defendants respectfully move for leave to file the Administrative Record under seal pursuant to Local Rule 105.11. Plaintiffs oppose the relief requested in this motion.

The Social Security Administration's Administrative Record contains sensitive, nonpublic information that includes measures SSA uses to safeguard its information and systems, which if made public could allow bad actors to circumvent agency privacy and security controls. Although these policies and manuals are controlled unclassified information (32 C.F.R. Part 2002), SSA still safeguards these records from unauthorized and public dissemination, and they are not policies and manuals that SSA would normally disclose to the public under the Freedom of Information Act (5 U.S.C. § 552). The Administrative Record also includes personnel records and personal information of SSA's DOGE Team members that is protected by the Privacy Act of 1974 and would

not be released under FOIA. Further, the Administrative Record includes agreements with other agencies that may contain nonpublic and sensitive information about or from those other agencies.

To ensure Plaintiffs and this Court have access to information contained in the Administrative for purposes of Plaintiffs' forthcoming motion for preliminary injunction, SSA cannot merely redact all the records. Redaction would also be impractical given the short time SSA has had to compile the Administrative Record in these expedited proceedings. Thus, SSA seeks to file the Administrative Record under seal.

## CONCLUSION

For the foregoing reasons, Defendants' motion for leave to file the Administrative Record under seal should be granted.

Dated: April 2, 2025

Respectfully submitted,

YAAKOV M. ROTH
Acting Assistant Attorney General
Civil Division, Federal Programs Branch

ELIZABETH J. SHAPIRO
Deputy Branch Director
Civil Division, Federal Programs Branch

 /s/ Bradley P. Humphreys
BRADLEY P. HUMPHREYS
Senior Trial Counsel
MARIANNE F. KIES
SAMUEL HOLT
BENJAMIN S. KURLAND
SIMON G. JEROME
Trial Attorneys
Civil Division, Federal Programs Branch
United States Department of Justice
1100 L Street NW
Washington, DC 20005
Telephone: (202) 305-0878
Bradley.Humphreys@usdoj.gov

>Kelly O. Hayes
>Interim United States Attorney
>
>MICHAEL J. WILSON
>USDC Md Bar No. 18970
>Assistant United States Attorney
>36 S. Charles St., 4th Floor
>Baltimore, Maryland 21201
>Tel: (410) 209-4941
>Fax: (410) 962-2310
>Michael.Wilson4@usdoj.gov
>
>*Attorneys for Defendants*

**CERTIFICATE OF SERVICE**

I certify that on April 2, 2025, I electronically filed the foregoing and thereby caused a copy to be served on counsel of record.

> */s/ Bradley P. Humphreys*
> BRADLEY P. HUMPHREYS