**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| AMERICAN FEDERATION OF STATE, COUNTY AND MUNICIPAL EMPLOYEES, AFL-CIO, *et al.,*<br><br>        Plaintiffs,<br><br>    v.<br><br>SOCIAL SECURITY ADMINISTRATION, *et al*.,<br><br>        Defendants. | Case No. 1:25-cv-00596-ELH |

**[PROPOSED] ORDER**

Having considered Defendants' motion to file the Administrative Record of the Social Security Administration under seal, and for good cause shown, Defendants' motion is **GRANTED**.

The Administrative Record shall be filed **UNDER SEAL**.

Dated: _____

_____
Hon. Hellen Lipton Hollander
United States District Judge