IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| AMERICAN FEDERTION OF STATE, COUNTY AND MUNICIPAL EMPLOYEES, AFL-CIO, *et al.*<br><br>*Plaintiffs*,<br><br>v.<br><br>SOCIAL SECURITY ADMINISTRATION, *et al.*<br><br>*Defendants*. | Civil Action No. ELH-25-0596 |

**ORDER**

Having considered "Defendants' Motion To File Administrative Record [of the Social Security Administration] Under Seal" (ECF 85, the "Motion"), it is this 2nd day of April 2025, by the United States District Court for the District of Maryland, hereby **ORDERED** that Defendants' Motion is **GRANTED**, subject to the following conditions:

1. By April 4, 2025, plaintiffs may move to rescind this Order as improvidently granted;

2. Upon review of the Administrative Record, the Court may rescind this Order if it determines that sealing is unnecessary, unwarranted, or improper;

3. Upon review of the Administrative Record, the Court may determine that redaction is feasible and warranted. In that circumstance, the Court will require the defendants to file a redacted version of the Administrative Record.

/s/
Ellen Lipton Hollander
United States District Judge