# Karen Warren

**From:** Humphreys, Bradley (CIV) <Bradley.Humphreys@usdoj.gov>
**Sent:** Wednesday, April 2, 2025 3:08 PM
**To:** Karen Warren
**Cc:** Anne Swift; eleibowitz@democracyforward.org; msamburg@democracyforward.org; kjones@democracyforward.org; Shapiro, Elizabeth (CIV); Kies, Marianne F (CIV); Holt, Samuel (CIV)
**Subject:** AFSCME v. SSA, 25-cv-596

**CAUTION - EXTERNAL:**

To the Chambers of Judge Hollander,

Defendants write to inform the Court that defendants have not provided plaintiffs with a copy of the administrative record, filed under seal, because the parties are in disagreement about the entry of a protective order to protect personal information and sensitive systems information. Understanding that plaintiffs do need access to the administrative record in light of upcoming deadlines, defendants respectfully ask for a conference at the Court's earlies convenience to provide guidance on the protective order dispute.

Plaintiffs' counsel are copied on this email.

Thank you,
Brad Humphreys
Counsel for Defendants

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.