IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

| | |
|---|---|
| AMERICAN FEDERATION OF STATE, COUNTY AND MUNICIPAL EMPLOYEES, AFL-CIO, *et al.*, <br><br> *Plaintiffs*, <br><br> vs. <br><br> SOCIAL SECURITY ADMINISTRATION, *et al.*, <br><br> *Defendants*. | Civil Action No. 1:25-cv-00596 |

## MOTION TO WITHDRAW AS COUNSEL

Pursuant to Local Rule 101.2, undersigned counsel hereby files this Motion to Withdraw as Counsel for Plaintiffs American Federation of State, County and Municipal Employees, AFL-CIO, Alliance for Retired Americans, and American Federation of Teachers.

Respectfully,

*/s/ Karianne Melissa Jones*
Karianne Melissa Jones (admitted Pro Hac Vice)
Democracy Forward Foundation
P.O. Box 34553
Washington, D.C. 20043
(202) 448-9090
*Counsel for Plaintiffs*

## <u>CERTIFICATE OF SERVICE</u>

I, Karianne Melissa Jones, certify that I filed the foregoing document with the Clerk of Court for the United States District Court for the District of Maryland, Northern Division, by using the CM/ECF system, which sent a notice of such filing to all registered CM/ECF users who have appeared in this case.

*/s/ Karianne Melissa Jones*
Karianne Melissa Jones
