IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

| | |
|---|---|
| AMERICAN FEDERATION OF STATE, COUNTY AND MUNICIPAL EMPLOYEES, AFL-CIO, *et al.*, <br><br>  *Plaintiffs*, <br><br>  *vs.* <br><br> SOCIAL SECURITY ADMINISTRATION, *et al.*, <br><br>  *Defendants*. | Civil Action No. 1:25-cv-00596 |

**[PROPOSED]
ORDER**

Upon consideration of the Motion to Withdraw as Counsel, it is on this ____ day of March, 2025,

**ORDERED** that the Motion to Withdraw be GRANTED; and it is further ORDERED that Karianne Melissa Jones be withdrawn as counsel for Plaintiffs American Federation of State, County and Municipal Employees, AFL-CIO, Alliance for Retired Americans, and American Federation of Teachers.

                                                                                                   _____
                                                                                                   Hon. Ellen Lipton Hollander
                                                                                                   U.S. District Judge