IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

| | |
|---|---|
| AMERICAN FEDERATION OF STATE, COUNTY AND MUNICIPAL EMPLOYEES, AFL-CIO, *et al.*,<br><br>*Plaintiffs*,<br><br>*vs.*<br><br>SOCIAL SECURITY ADMINISTRATION, *et al.*,<br><br>*Defendants*. | Civil Action No. 1:25-cv-00596 |

## MOTION FOR SUPPLEMENTATION OF THE ADMINISTRATIVE RECORD OR, IN THE ALTERNATIVE, LIMITED DISCOVERY

Plaintiffs respectfully request that this Court order Defendants to supplement the administrative record produced on April 2, 2025, to include complete and unredacted: (1) employment documentation for all DOGE personnel, defined for purposes of this Motion as any of the eleven DOGE Team members disclosed by Defendants or any recent additions not yet disclosed to Plaintiffs or the Court, operating at the Social Security Administration, including agreements or instructions regarding DOGE oversight of DOGE personnel; (2) certificates of completion of Information Security and Privacy Awareness training for all DOGE personnel operating at the Social Security Administration; and (3) written justifications for DOGE personnel access to Social Security Administration systems or records. Plaintiffs also respectfully ask that this Court require Defendants to provide a privilege log detailing each redaction or withholding made in the production of the administrative record.

Alternatively, Plaintiffs respectfully request that this Court order the production of the above to Plaintiffs through limited discovery.

Dated: April 3, 2025

Respectfully submitted,

*/s/ Mark B. Samburg*
Mark B. Samburg (Bar No. 31090)
Alethea Anne Swift (Bar No. 30829)
Emma R. Leibowitz[*+]
Robin F. Thurston[*+]
Carrie Y. Flaxman[+]
**DEMOCRACY FORWARD FOUNDATION**
P.O. Box 34553
Washington, DC 20043
(202) 448-9090
msamburg@democracyforward.org
aswift@democracyforward.org
eleibowitz@democracyforward.org
rthurston@democracyforward.org
cflaxman@democracyforward.org

*Counsel for Plaintiffs*

\* Admission to this Court pending
\+ Admitted *pro hac vice*

**CERTIFICATE OF SERVICE**

I, Mark B. Samburg, certify that I filed the foregoing document with the Clerk of Court for the United States District Court for the District of Maryland, Northern Division, by using the CM/ECF system, which sent a notice of such filing to all registered CM/ECF users who have appeared in this case.

*/s/ Mark B. Samburg*
*Counsel for Plaintiffs*