IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

| | |
|---|---|
| AMERICAN FEDERATION OF STATE, COUNTY AND MUNICIPAL EMPLOYEES, AFL-CIO, *et al.*, <br><br> *Plaintiffs*, <br><br> vs. <br><br> SOCIAL SECURITY ADMINISTRATION, *et al.*, <br><br> *Defendants*. | Civil Action No. 1:25-cv-00596 |

## PROPOSED ORDER

Having considered Plaintiffs' Motion for Supplementation of the Administrative Record or, in the Alternative, Limited Discovery, Plaintiffs' motion is **GRANTED.**

Defendants are ordered to supplement the administrative record produced on April 2, 2025, to include complete and unredacted: (1) employment documentation for all DOGE personnel, defined for purposes of this Motion as any of the eleven DOGE Team members disclosed by Defendants or any recent additions not yet disclosed to Plaintiffs or the Court, operating at the Social Security Administration, including agreements or instructions regarding DOGE oversight of DOGE personnel; (2) certificates of completion of Information Security and Privacy Awareness training for all DOGE personnel operating at the Social Security Administration; and (3) written justifications for DOGE personnel access to Social Security Administration systems or record.

Defendants shall provide a privilege log detailing each redaction or withholding made in the production of the administrative record.

Dated: _____                              _____

Hon. Ellen Lipton Hollander
United States District Judge