IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

AMERICAN FEDERATION OF STATE,
COUNTY AND MUNICIPAL EMPLOYEES,
AFL-CIO, et al.,

    *Plaintiffs*,

    vs.

SOCIAL SECURITY ADMINISTRATION,
et al.,

    *Defendants*.

Civil Action No. 1:25-cv-00596

[PROPOSED] ORDER

Upon consideration of the Motion to Withdraw as Counsel, it is on this 2nd day of ~~March~~ April, 2025,

**ORDERED** that the Motion to Withdraw be GRANTED; and it is further ORDERED that Karianne Melissa Jones be withdrawn as counsel for Plaintiffs American Federation of State, County and Municipal Employees, AFL-CIO, Alliance for Retired Americans, and American Federation of Teachers.

Hon. Ellen Lipton Hollander
U.S. District Judge