IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| AMERICAN FEDERATION OF STATE, COUNTY AND MUNICIPAL EMPLOYEES, AFL-CIO, *et al.,*<br><br>    Plaintiffs,<br><br>  v.<br><br>SOCIAL SECURITY ADMINISTRATION, *et al.*,<br><br>    Defendants. | Case No. 1:25-cv-00596-ELH |

**NOTICE OF FILING OF CERTIFICATION AND INDEX
OF THE ADMINISTRATIVE RECORD**

Defendants in the above-captioned action file this notice of the filing of the certification of the Administrative Record of the Social Security Administration, which the undersigned intended to file together with the contents of the Administrative Record yesterday but inadvertently did not include when filing. Defendants also provide with this notice an index to the Administrative Record for the Court's and Plaintiffs' reference. Defendants will include the certification and index in the courtesy copy to be provided to the Court by noon today.

Dated:  April 3, 2025

Respectfully submitted,

YAAKOV M. ROTH
Acting Assistant Attorney General
Civil Division

ELIZABETH J. SHAPIRO
Deputy Branch Director
Civil Division, Federal Programs Branch

 */s/ Bradley P. Humphreys*
BRADLEY P. HUMPHREYS

1

Senior Trial Counsel
MARIANNE F. KIES
SAMUEL HOLT
BENJAMIN S. KURLAND
SIMON G. JEROME
Trial Attorneys
Civil Division, Federal Programs Branch
United States Department of Justice
1100 L Street NW
Washington, DC 20005
Telephone: (202) 305-0878
Bradley.Humphreys@usdoj.gov

Kelly O. Hayes
Interim United States Attorney

MICHAEL J. WILSON
USDC Md Bar No. 18970
Assistant United States Attorney
36 S. Charles St., 4th Floor
Baltimore, Maryland 21201
Tel: (410) 209-4941
Fax: (410) 962-2310
Michael.Wilson4@usdoj.gov

*Attorneys for Defendants*

**CERTIFICATE OF SERVICE**

I certify that on April 3, 2025, I electronically filed the foregoing and thereby caused a copy to be served on counsel of record.

                                                       */s/ Bradley P. Humphreys*
                                                       BRADLEY P. HUMPHREYS