## INDEX TO ADMINISTRATIVE RECORD

| Tab | Description | Bates Numbers |
|-----|-------------|---------------|
| 1 | FW: Decision Memo – EDW Data Access (and attachments, Commissioner Transmittal and Decision Memo) | AFSCME Case 000001–8 |
| 2 | RE: Proposal for Death data Improvement 100+ -- Memo (and attachment) | AFSCME Case 00009–18 |
| 3 | RE: Access Request for [Employee 9] | AFSCME Case 000019–20 |
| 4 | RE: [Employee 9] Access Request | AFSCME Case 000021–22 |
| 5 | RE: Request for Assistance – IRON Website Access | AFSCME Case 000023–24 |
| 6 | RE: SAM Request-[Employee 9] | AFSCME Case 000025–26 |
| 7 | RE: SSI Claims Data | AFSCME Case 000027–29 |
| 8 | UPDATE – Proposal for Death Data Improvement (and attachment) | AFSCME Case 000030–32 |
| 9 | FS Form 7600B | AFSCME Case 000033–40 |
| 10 | MOU Between DOL and SSA | AFSCME Case 000041–47 |
| 11 | FS Form 7600A | AFSCME Case 000048–51 |
| 12 | FS Form 7600A | AFSCME Case 000052–55 |
| 13 | FS Form 7600B | AFSCME Case 000056–63 |
| 14 | IAA Between NASA and SSA | AFSCME Case 000064–65 |
| 15 | MOU Between SSA and NASA | AFSCME Case 000066–71 |
| 16 | Special Government Employee Agreement Between OPM and SSA | AFSCME Case 000072–75 |
| 17 | MOU Between GSA and SSA | AFSCME Case 000076–79 |
| 18 | MOU Between DOL and SSA | AFSCME Case 000080–86 |
| 19 | FS Form 7600A | AFSCME Case 000087–90 |
| 20 | FS Form 7600B | AFSCME Case 000091–100 |
| 21 | Terms and Conditions for Reimbursable Work | AFSCME Case 000101–105 |
| 22 | Amendment to the Terms and Conditions for Reimbursable Work | AFSCME Case 000106–108 |
| 23 | Access Certifications Tab | AFSCME Case 000109–110 |
| 24 | Office of Information Security Account Type Matrix Guideline | AFSCME Case 000111–115 |
| 25 | Material Resources Manual Excerpts | AFSCME Case 000116–148 |
| 26 | General Administration Manual Excerpts | AFSCME Case 000149–283 |
| 27 | Access Security and Privacy Risks | AFSCME Case 000284–290 |
| 28 | Office of Information Security Information Security Officer Manual | AFSCME Case 000291–367 |
| 29 | Information Security Policy | AFSCME Case 000368–523 |
| 30 | Personnel Security and Suitability | AFSCME Case 000524–526 |
| 31 | Office of Information Security – Principle of Least Privilege | AFSCME Case 000527–528 |

| Tab | Description | Bates Numbers |
|---|---|---|
| 32 | Expert or Consultant Appointment Request & Certification | AFSCME Case 000529–530 |
| 33 | Expert or Consultant Appointment Request & Certification | AFSCME Case 000531–534 |
| 34 | Expert or Consultant Appointment Request and Certification | AFSCME Case 000535–538 |
| 35 | Expert or Consultant Appointment Request & Certification | AFSCME Case 000539–541 |
| 36 | Expert or Consultant Appointment Request & Certification | AFSCME Case 000542–545 |
| 37 | Standard Form 50 | AFSCME Case 000546 |
| 38 | Standard Form 50 | AFSCME Case 000547 |
| 39 | Standard Form 50 | AFSCME Case 000548 |
| 40 | Standard Form 50 | AFSCME Case 000549 |
| 41 | Standard Form 50 | AFSCME Case 000550 |
| 42 | Standard Form 50 | AFSCME Case 000551 |
| 43 | Appointment Affidavits | AFSCME Case 000552 |
| 44 | Appointment Affidavits | AFSCME Case 000553 |
| 45 | Appointment Affidavits | AFSCME Case 000554 |
| 46 | Appointment Affidavits | AFSCME Case 000555 |
| 47 | Appointment Affidavits | AFSCME Case 000556 |
| 48 | Appointment Affidavits | AFSCME Case 000557 |
| 49 | Information Security and Privacy Awareness / Rules of Behavior | AFSCME Case 000558–562 |
| 50 | Information Security and Privacy Awareness / Rules of Behavior | AFSCME Case 000563–567 |
| 51 | Information Security and Privacy Awareness / Rules of Behavior | AFSCME Case 000568–572 |
| 52 | Information Security and Privacy Awareness / Rules of Behavior | AFSCME Case 000573–575 |
| 53 | Information Security and Privacy Awareness / Rules of Behavior | AFSCME Case 000576–580 |
| 54 | Information Security and Privacy Awareness / Rules of Behavior | AFSCME Case 000581–585 |
| 55 | Information Security and Privacy Awareness / Rules of Behavior | AFSCME Case 000586–590 |
| 56 | Information Security and Privacy Awareness / Rules of Behavior | AFSCME Case 000591–595 |
| 57 | Information Security and Privacy Awareness / Rules of Behavior | AFSCME Case 000596–600 |
| 58 | Information Security and Privacy Awareness / Rules of Behavior | AFSCME Case 000601–605 |
| 59 | Privacy Training Slides | AFSCME Case 000606–610 |