**United States District Court**
**District Of Maryland**

Chambers of
**Ellen Lipton Hollander**
District Court Judge

101 West Lombard Street
Baltimore, Maryland 21201
410-962-0742

April 3, 2025

LETTER TO COUNSEL

    Re:    *American Federation of State, County and Municipal Employees,*
                *AFL-CIO, et al. v. Social Security Administration, et al.*
                Civil Action No. ELH-25-0596

Dear Counsel:

The Court has received the Administrative Record submitted by the defendants. *See* ECF 86; ECF 86-1 to ECF 86-6; ECF 100; ECF 100-1, ECF 100-2. The submission was provided to the Court, under seal. *See* ECF 85, ECF 88. Nevertheless, it contains substantial redactions. *See, e.g.*, ECF 86-2 at 6–8, 10, 14–17. Given the extensive redactions, the grounds for sealing are unclear.

Today, plaintiffs moved to supplement the administrative record. ECF 96. The motion is supported by a memorandum (ECF 96-1) (collectively, "Motion to Supplement"). Alternatively, plaintiffs seek limited discovery. *Id.* In addition, plaintiffs filed an opposition (ECF 94) to the motion for protective order that the government filed yesterday. ECF 84.

As you know, by Order of April 2, 2025 (ECF 91), I arranged a telephonic hearing for tomorrow to address the government's motion for protective order (ECF 84). But, with the growing number of disputes, I believe a hearing in court is appropriate. **Therefore, in lieu of a telephone hearing, I will hold the hearing tomorrow in Courtroom 5B, beginning at 10:00 a.m.**

As of now, I will consider the Motion for Protective Order (ECF 84); the Motion to Seal (ECF 85); and the Motion to Supplement (ECF 96).

Despite the informal nature of this letter, it is an Order of the Court and shall be docketed as such.

Very truly yours,

         /s/
Ellen Lipton Hollander
United States District Judge