# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND
# NORTHERN DIVISION

| | |
|---|---|
| AMERICAN FEDERATION OF STATE, COUNTY AND MUNICIPAL EMPLOYEES, AFL-CIO, *et al.*, <br><br> *Plaintiffs*, <br><br> *vs.* <br><br> SOCIAL SECURITY ADMINISTRATION, *et al.*, <br><br> *Defendants*. | Civil Action No. 1:25-cv-00596 |

## AGREED MOTION FOR EXTENSION OF TIME

In light of tomorrow's in-person hearing, Plaintiffs respectfully request an extension of the deadline to file their Motion for Preliminary Injunction from 2:00 p.m. to 6:00 p.m. the same day. Defendants agree to Plaintiffs' proposal of the same, which includes agreement to extend Defendants' deadline to file their response in opposition to the Motion for Preliminary Injunction from 10:00 a.m. next Monday to 6:00 p.m. on the same day.

*Signatures follow on next page.*

Dated: April 3, 2025

Respectfully submitted,

*Alethea Anne Swift* (signature)

Alethea Anne Swift (Bar No. 30829)
Emma R. Leibowitz[*+]
Mark B. Samburg (Bar No. 31090)
Robin F. Thurston[*+]
Carrie Y. Flaxman[+]
**DEMOCRACY FORWARD FOUNDATION**
P.O. Box 34553
Washington, DC 20043
(202) 448-9090
aswift@democracyforward.org
eleibowitz@democracyforward.org
rthurston@democracyforward.org
msamburg@democracyforward.org
cflaxman@democracyforward.org

*Counsel for Plaintiffs*

\* Admission to this Court pending
+ Admitted *pro hac vice*

**CERTIFICATE OF SERVICE**

I, Alethea Anne Swift, certify that I filed the foregoing document with the Clerk of Court for the United States District Court for the District of Maryland, Northern Division, by using the CM/ECF system, which sent a notice of such filing to all registered CM/ECF users who have appeared in this case.

/s/ Alethea Anne Swift
*Counsel for Plaintiffs*