IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

| | |
|---|---|
| AMERICAN FEDERATION OF STATE, COUNTY AND MUNICIPAL EMPLOYEES, AFL-CIO, *et al.*, <br><br> *Plaintiffs*, <br><br> vs. <br><br> SOCIAL SECURITY ADMINISTRATION, *et al.*, <br><br> *Defendants.* | Civil Action No. 1:25-cv-00596 |

**~~PROPOSED~~** ELH
**ORDER**

Having considered Plaintiffs' Agreed Motion for Extension of Time, Plaintiffs' motion is **GRANTED** in part - , Plaintiffs' deadline to file their Motion for Preliminary Injunction is extended to Friday, April 4, at ~~6:00 p.m.~~ 4:00 p.m. ~~Defendants' deadline to file their response in opposition to that motion is extended to Monday, April 7, at 6:00 p.m.~~

ELH        ELH

Dated: 4/3/25

_____
Hon. Ellen Lipton Hollander
United States District Judge