IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

| | |
|---|---|
| AMERICAN FEDERATION OF STATE, COUNTY AND MUNICIPAL EMPLOYEES, AFL-CIO, *et al.*, <br><br> *Plaintiffs*, <br><br> vs. <br><br> SOCIAL SECURITY ADMINISTRATION, *et al.*, <br><br> *Defendants*. | Civil Action No. 1:25-cv-00596 |

**NOTICE**
**REGARDING PLAINTIFFS' MOTION FOR SUPPLEMENTATION**
**OR, IN THE ALTERNATIVE, LIMITED DISCOVERY**

At 3:08 p.m., Defendants emailed Plaintiffs regarding their understanding that Plaintiffs were unable to view the content of a relatively large number of pages from the Administrative Record. Based on Defendants' suggestion, Plaintiffs again investigated the issue and were able to resolve the problem. Plaintiffs emailed Defendants regarding the resolution immediately upon discovery thereof, at 4:06 p.m.

Considering tomorrow's hearing, Plaintiffs wanted to immediately update the Court. Plaintiffs are rapidly assessing whether the content of the 49 pages previously unviewable has any impact on the scope of their Motion for Discovery and will file a notice regarding the same as soon as possible.

*Signatures follow on next page.*

Dated: April 3, 2025

Respectfully submitted,

*Alethea Anne Swift*
Alethea Anne Swift (Bar No. 30829)
Emma R. Leibowitz*+
Mark B. Samburg (Bar No. 31090)
Robin F. Thurston*+
Carrie Y. Flaxman+
**DEMOCRACY FORWARD FOUNDATION**
P.O. Box 34553
Washington, DC 20043
(202) 448-9090
aswift@democracyforward.org
eleibowitz@democracyforward.org
rthurston@democracyforward.org
msamburg@democracyforward.org
cflaxman@democracyforward.org

*Counsel for Plaintiffs*

\* Admission to this Court pending
+ Admitted *pro hac vice*

## CERTIFICATE OF SERVICE

I, Alethea Anne Swift, certify that I filed the foregoing document with the Clerk of Court for the United States District Court for the District of Maryland, Northern Division, by using the CM/ECF system, which sent a notice of such filing to all registered CM/ECF users who have appeared in this case.

/s/ Alethea Anne Swift
*Counsel for Plaintiffs*