IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

| | |
|---|---|
| AMERICAN FEDERATION OF STATE, COUNTY AND MUNICIPAL EMPLOYEES, AFL-CIO, *et al.*, <br><br> *Plaintiffs*, <br><br> vs. <br><br> SOCIAL SECURITY ADMINISTRATION, *et al.*, <br><br> *Defendants*. | Civil Action No. 1:25-cv-00596 |

**CONSENT MOTION TO AMEND PRIOR MOTION FOR SUPPLEMENTATION, OR IN THE ALTERNATIVE, FOR LIMITED DISCOVERY AND MEMORANDUM IN SUPPORT**

In light of developments since this morning, Plaintiffs respectfully ask this Court for leave to substitute the attached Proposed Amended Motion to Require Unredacted Administrative Record or, in the Alternative, Privilege Log, along with its accompanying Proposed Amended Memorandum in Support and Proposed Amended Proposed Order, in place of ECF No. 96. Counsel for Plaintiffs have conferred with Counsel for Defendants, who indicated that they consent to the Motion to Amend.

This morning, Plaintiffs filed a Motion for Supplementation of the Administrative Record or, in the Alternative, Limited Discovery, ECF No. 96. That motion, and its accompanying memorandum, ECF No. 96-1, addressed, in large part, blank pages which were present when Plaintiffs' counsel reviewed the administrative record produced by Defendants. As Plaintiffs have already notified this Court, ECF No. 105, Defendants contacted Plaintiffs this afternoon about the

apparent blank pages, and subsequent to further investigation by Plaintiffs' counsel, Plaintiffs were able to resolve the problem. Plaintiffs' counsel have since had the opportunity to review the contents of the 49 pages they were previously unable to review and believe that the information contained in those pages justifies substantially narrowing Plaintiffs' prior discovery motion. Plaintiffs now seek leave to file a new motion and accompanying documents in place of their prior Motion for Supplementation of the Administrative Record, or, in the Alternative, Limited Discovery.

Specifically, based on the documents Plaintiffs have now reviewed, Plaintiffs' proposed amended motion no longer seeks supplementation concerning "(1) employment documentation for all DOGE personnel," "(2) certificates of completion of Information Security and Privacy Awareness training for all DOGE personnel," or "(3) written justifications for DOGE personnel access to Social Security Administration systems [of] records." ECF No. 96 at 1. Plaintiffs still disagree with the propriety of Defendants' unilateral redactions of the administrative record. They therefore ask that this Court require Defendants to produce an unredacted administrative record or provide a privilege log detailing each redaction made in the production of the administrative record.

*Signatures follow on next page.*

Dated: April 3, 2025

Respectfully submitted,

*/s/ Mark B. Samburg*
Mark B. Samburg (Bar No. 31090)
Alethea Anne Swift (Bar No. 30829)
Emma R. Leibowitz[*+]
Robin F. Thurston[*+]
Carrie Y. Flaxman[+]
**DEMOCRACY FORWARD FOUNDATION**
P.O. Box 34553
Washington, DC 20043
(202) 448-9090
aswift@democracyforward.org
eleibowitz@democracyforward.org
rthurston@democracyforward.org
msamburg@democracyforward.org
cflaxman@democracyforward.org

*Counsel for Plaintiffs*

\* Admission to this Court pending
+ Admitted *pro hac vice*

3

## CERTIFICATE OF SERVICE

I, Mark B. Samburg, certify that I filed the foregoing document with the Clerk of Court for the United States District Court for the District of Maryland, Northern Division, by using the CM/ECF system, which sent a notice of such filing to all registered CM/ECF users who have appeared in this case.

*/s/ Mark B. Samburg*
*Counsel for Plaintiffs*