IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

| | |
|---|---|
| AMERICAN FEDERATION OF STATE, COUNTY AND MUNICIPAL EMPLOYEES, AFL-CIO, *et al.*,<br><br>*Plaintiffs*,<br><br>vs.<br><br>SOCIAL SECURITY ADMINISTRATION, *et al.*,<br><br>*Defendants*. | Civil Action No. 1:25-cv-00596 |

### PROPOSED ORDER

Having considered Plaintiffs' Consent Motion to Amend their Motion for Supplementation of the Administrative Record or, in the Alternative, Limited Discovery, Plaintiffs' motion is **GRANTED.**

Plaintiffs' prior motion, ECF No. 96, is **AMENDED** and replaced by Plaintiffs' proposed amended motion, along with their proposed amended memorandum in support and proposed amended proposed order.

Dated: _____                                  _____
                                                                                  Hon. Ellen Lipton Hollander
                                                                                  United States District Judge