IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

| | |
|---|---|
| AMERICAN FEDERATION OF STATE, COUNTY AND MUNICIPAL EMPLOYEES, AFL-CIO, *et al.*,<br><br>*Plaintiffs*,<br><br>*vs.*<br><br>SOCIAL SECURITY ADMINISTRATION, *et al.*,<br><br>*Defendants*. | Civil Action No. 1:25-cv-00596 |

## PROPOSED AMENDED ORDER

Having considered Plaintiffs' Amended Motion to Require Unredacted Administrative Record or Privilege Log, Plaintiffs' motion is **GRANTED.**

Defendants shall provide Plaintiffs an unredacted version of the administrative record on or before _____.

Dated: _____

                                                                                                      Hon. Ellen Lipton Hollander
                                                                                                       United States District Judge