IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

| | |
|---|---|
| AMERICAN FEDERATION OF STATE, COUNTY AND MUNICIPAL EMPLOYEES, AFL-CIO, *et al.*, <br><br> *Plaintiffs*, <br><br> vs. <br><br> SOCIAL SECURITY ADMINISTRATION, *et al.*, <br><br> *Defendants*. | Civil Action No. 1:25-cv-00596 |

## CONSENT MOTION TO FILE UNDER SEAL

Plaintiffs' motion for preliminary injunction is due at 4:00 pm today. *See* ECF No. 104. Although the Court instructed the parties to submit a more limited protective order at this morning's hearing, until that revised order becomes effective, Plaintiffs understand themselves, pursuant to this Court's order, ECF No. 91, to be subject to Defendants' proposed protective order (ECF No. 84-1).

In their forthcoming motion for preliminary injunction, Plaintiffs intend to rely on and cite portions of the administrative record which counsel understands Defendants to still view as confidential. Review and redaction of Plaintiffs' forthcoming filing will be time-intensive, and errors in that review would potentially constitute a violation of the protective order, and could inadvertently reveal information which Defendants claim to be confidential. Plaintiffs therefore seek leave to file, under seal, an unredacted copy of their forthcoming motion and its

accompanying documents by the 4:00 pm deadline. Plaintiffs will provide those same documents to Defendants' counsel at that time.

Plaintiffs seek permission to subsequently file a redacted version of their motion and its accompanying documents on the public docket as quickly as possible, and in any event, no later than 9:00 am on Saturday, April 5.

Defendants' counsel has indicated that they consent to this motion.

## CONCLUSION

For the foregoing reasons, Plaintiffs' motion to file their motion for preliminary injunction under seal should be granted.

Dated: April 4, 2025

Respectfully submitted,

/s/ Mark B. Samburg
Mark B. Samburg (Bar No. 31090)
Alethea Anne Swift (Bar No. 30829)
Emma R. Leibowitz[*+]
Robin F. Thurston[*+]
Carrie Y. Flaxman[+]
**DEMOCRACY FORWARD FOUNDATION**
P.O. Box 34553
Washington, DC 20043
(202) 448-9090
aswift@democracyforward.org
eleibowitz@democracyforward.org
rthurston@democracyforward.org
msamburg@democracyforward.org
cflaxman@democracyforward.org

*Counsel for Plaintiffs*

\* Admission to this Court pending
+ Admitted *pro hac vice*

**CERTIFICATE OF SERVICE**

    I, Mark B. Samburg, certify that I filed the foregoing document with the Clerk of Court for the United States District Court for the District of Maryland, Northern Division, by using the CM/ECF system, which sent a notice of such filing to all registered CM/ECF users who have appeared in this case.

>  */s/ Mark B. Samburg*
>  *Counsel for Plaintiffs*