**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION**

| | |
|---|---|
| AMERICAN FEDERATION OF STATE, COUNTY AND MUNICIPAL EMPLOYEES, AFL-CIO, *et al.*, <br><br> *Plaintiffs*, <br><br> *vs.* <br><br> SOCIAL SECURITY ADMINISTRATION, *et al.*, <br><br> *Defendants*. | Civil Action No. 1:25-cv-00596 |

## <u>PROPOSED ORDER</u>

Having considered Plaintiffs' motion for leave to file their motion for preliminary injunction under seal, Plaintiffs' motion is **GRANTED**.

Plaintiffs may file their unredacted motion for preliminary injunction and accompanying documents under seal by 4:00 pm, April 4. Plaintiffs shall file a redacted version of the motion and accompanying documents on the public docket as quickly as possible, and no later than 9:00 am on April 5.

Dated: _____

_____
Hon. Ellen Lipton Hollander
United States District Judge