# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND
# NORTHERN DIVISION

AMERICAN FEDERATION OF STATE,
COUNTY AND MUNICIPAL EMPLOYEES,
AFL-CIO, *et al.*,

    *Plaintiffs,*

vs.

SOCIAL SECURITY ADMINISTRATION,
*et al.*,

    *Defendants.*

Civil Action No. 1:25-cv-00596

## ~~PROPOSED~~ ORDER   *ELH*

Having considered Plaintiffs' motion for leave to file their motion for preliminary injunction under seal, Plaintiffs' motion is **GRANTED**.

Plaintiffs may file their unredacted motion for preliminary injunction and accompanying documents under seal by 4:00 pm, April 4. Plaintiffs shall file a redacted version of the motion and accompanying documents on the public docket as quickly as possible, and no later than 9:00 am on April 5.

Dated: 4/4/25

Hon. Ellen Lipton Hollander
United States District Judge