# EXHIBIT A

PLFS-068

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

| | |
|---|---|
| AMERICAN FEDERATION OF STATE, COUNTY AND MUNICIPAL EMPLOYEES, AFL-CIO, *et al.*, <br><br> *Plaintiffs*, <br><br> vs. <br><br> SOCIAL SECURITY ADMINISTRATION, *et al.*, <br><br> *Defendants*. | Civil Action No. 1:25-cv-00596 |

### SUPPLEMENTAL DECLARATION OF ANN WIDGER

I, Ann Widger declare as follows:

1. My name is Ann Widger. I am the Director of Retirees at the American Federation of State, County, and Municipal Employees, AFL-CIO (AFSCME). The statements made in this declaration are based on my personal knowledge, materials I have reviewed, and information made available to me in the course of my duties at AFSCME. I previously submitted a declaration in this matter; everything I stated in that declaration remains true and correct.

2. As I wrote in my last declaration, our members submit highly sensitive, personally identifying information to the Social Security Administration ("SSA"). This information includes financial information (such as the bank account information they provide SSA to receive monthly benefits through direct deposit) and medical information (such as information about the prescription drugs they receive through Medicare Part D). Our members also receive sensitive information from SSA, such as Social Security numbers they have long understood they should not share with anyone.

3. In the weeks since I submitted my last declaration, AFSCME has continued to hear from many of our members who are concerned about improper access to their sensitive information housed at the Social Security Administration ("SSA") and about the consequences that could result from the improper handling of this sensitive information, such as threats to the data systems that permit them to get the monthly benefits on which they rely to live. The volume of calls, emails, and other communications has grown since my last declaration. The engagement rate with our retiree focused online content has increased over 30% in the last several weeks, in part because of these concerns.

4. My team and I have continued to hear from members who feel that their privacy was violated by SSA's decision to grant DOGE personnel access to databases containing sensitive information and worry about what will happen if the agency is permitted to do so again. Many members have contacted us to reiterate that they never gave SSA authorization or permission to give information to DOGE, that they feel like their privacy has been violated, and that their sensitive information (including both financial and medical information) is personal and not the business of DOGE.

5. Our members are also worried about the cross-agency transfer of this information. Although our members know that these agencies work together and share information (for example, to share information related to Medicare), they did not permit the agency to share it for DOGE's purported purposes or for political gain. And they did not consent to the agency combing through their data as one step in a process to undermine the Social Security system itself.

6. In recent weeks, our members have also raised concerns that DOGE personnel will break SSA systems. Our members have told us that they have received direct deposits on a delay, that they have been unable to access information on the SSA website because it has gone down, and

that they have spent hours on the phone trying to make updates to their SSA accounts. We specifically heard from a retiree member who worked for over thirty years as a first responder. She reported that, after filing a disability claim with SSA over a year ago, she was informed in January but before Inauguration Day that the agency was nearly done with the process and that she would receive an answer within 15-30 days. She still has not heard back from the agency.

7. Our members know the SSA systems are vulnerable to being broken, and they worry that untrained DOGE engineers will alter them in a way that will cause delays to their benefits or prevent them from getting benefits at all. For example, our members are worried that their benefits will be delayed or discontinued by DOGE errantly marking them as dead in SSA systems. That fear has been heightened by DOGE's public statements about "clearing out" and "cleaning up" SSA death records.

8. As stated in my prior declaration, we have many members who rely on Social Security payments to survive. I have had members tell me, for example, that they fear they will lose their homes if something goes wrong, as they rely on their monthly payments to pay their mortgages.

9. Our members also fear that DOGE access to SSA data will make their sensitive data more vulnerable to bad actors. AFSCME's retiree members are senior citizens who are particularly targeted by scammers. Because they know that DOGE had access to their data at SSA, they have become increasingly distrusting of communications that they assume are spam or a scam. For example, I have been forwarded an email circulated among seniors with recommendations on how to protect their data from DOGE. One of the recommendations was for beneficiaries to set up a "My SSA" account, a site run by SSA for beneficiaries to review their benefit information and work history. Members are concerned about setting up these accounts on the SSA website because

they fear providing information to set up or change their account may give DOGE even more access to their data and some even expressed concern whether the website was even real.

10. Other members who are recipients of new and additional Social Security benefits because of the recently enacted Social Security Fairness Act have expressed concerns about seeing recent lump sum direct deposits (of 2024 back payments) from SSA in their bank accounts. They are concerned the payments are not real and that SSA might ask for the money back. They are concerned that these payments could be in error because of DOGE's access to data in SSA and some are not using money that they earned and to which they are entitled to help them with their household expenses or other needed purchases.

11. Our members do not know what DOGE personnel will do with their data if they are granted access to it again and are taking precautions to make sure that they are protected, for example by checking their bank accounts more regularly and changing their passwords. Still, they know that if such sensitive data about them is exposed, it will be difficult to defend against identity theft and other fraud.

I declare under penalty of perjury as prescribed in 28 U.S.C.§ 1746 that the foregoing is true and correct.

Executed on April 3, 2025, in Washington, D.C.

*Ann Widger*