# EXHIBIT B

PLFS-073

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

| | |
|---|---|
| AMERICAN FEDERATION OF STATE, COUNTY AND MUNICIPAL EMPLOYEES, AFL-CIO, *et al.*, <br><br> *Plaintiffs,* <br><br> vs. <br><br> SOCIAL SECURITY ADMINISTRATION, *et al.*, <br><br> *Defendants.* | Civil Action No. 1:25-cv-00596 |

### SUPPLEMENTAL DECLARATION OF SUE CONARD

I, Sue Conard, declare as follows:

1. I am a retiree member of AFSCME and the president of the AFSCME Wisconsin Retiree Chapter. I previously submitted a declaration in this matter. Everything I said in that declaration remains true. I submit this declaration to provide additional information relevant to this case.

2. I remain very concerned about DOGE personnel accessing my sensitive information at the Social Security Administration ("SSA"). I have handed over a lot of information to SSA, including my home address, my phone number, and sensitive financial information, on the promise that they will keep it confidential and on the understanding, made clear by the agency's own website, that they value privacy and security.

3. SSA has also provided me with information—namely, my Social Security Number ("SSN")—which I also believe should stay private. I have had it drilled into me over the course of my lifetime that I shouldn't tell anyone my SSN because it is a unique identifier and could be used by bad actors to commit identity theft.

4. SSA permitting DOGE to access the sensitive information about me contained in their systems is a severe violation of my trust and an invasion of my privacy and person. As a survivor of sexual assault, I know what that feels like. In the past few months, as I've watched Elon Musk and his DOGE team run rampant at government agencies, including SSA, I have felt an eerie déjà vu. Who are these people? How can they do this to me? What right do they have?

5. I have family members who work in computers, and I know that it is important to keep sensitive data in secure locations. I worry that bad actors will get access to my sensitive information if it gets back into DOGE's hands. I am also terrified about what will happen to my benefits.

6. Because of DOGE's prior access to sensitive data housed in SSA systems, I have taken a number of precautions to protect against identity theft and to try to make sure I get my benefits. For example, I have changed all of the passwords that allow me to get into my SSA accounts (on login.gov and ID.me) because I am worried that someone may have access to my SSN and could try to log in. I have also changed the pin for my debit card.

7. These concerns are shared by many (if not most) of my fellow AFSCME Wisconsin Retirees.

I declare under penalty of perjury, as prescribed in 28 U.S.C. § 1746, that the foregoing is true and correct.

Executed on April 3, 2025, in La Crosse, Wisconsin.

*Sue Conard*

Sue Conard