# EXHIBIT C

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND
# NORTHERN DIVISION

| | |
|---|---|
| AMERICAN FEDERATION OF STATE, COUNTY AND MUNICIPAL EMPLOYEES, AFL-CIO, *et al.*, <br><br> *Plaintiffs*, <br><br> vs. <br><br> SOCIAL SECURITY ADMINISTRATION, *et al.*, <br><br> *Defendants*. | Civil Action No. 1:25-cv-00596 |

## SUPPLEMENTAL DECLARATION OF RICHARD FIESTA

I, Richard Fiesta, declare as follows:

1. I am the Director of the Alliance for Retired Americans ("ARA"). The statements made in this declaration are based on my personal knowledge, materials I have reviewed, and information made available to me in the course of my duties at ARA. I previously submitted a declaration in this matter; everything I stated in that declaration remains true and correct.

2. ARA continues to hear from our members about personnel from the Department of Government Efficiency (or "DOGE") at the Social Security Administration ("SSA").

3. For many of our members, Social Security and other benefits facilitated by SSA are a large part of their retirement income. Social Security in particular is a program that our members care about a lot and that they have worked and paid into for most of their lives. Because Social Security is such an important economic lifeline, they pay attention to what is going on at the agency and are troubled by anything that may harm the agency.

4. As discussed in my prior declaration, our members submit significant personal information to the agency including financial information (such as bank routing numbers and account information), medical and health information, income information, and other identifying information such as the Social Security numbers that they have been assigned by the agency and their home addresses. They also submit data (such as income information) that they know goes back and forth between SSA and other agencies (for example, for Medicaid payment information).

5. Our members have a baseline expectation of privacy at the agency; they assume that any information they submit to SSA will be used only for purposes of processing their benefits applications and for other known purposes.

6. When DOGE had access to their sensitive data, they felt that both their privacy and their long-standing expectations of privacy at the agency were violated. If DOGE were to have access to their data again, that sense of violation would resume. Just this week, we spoke to our state presidents, who conveyed that each chapter's members have a lot of angst and concern about the state of their data.

7. Our members are also very concerned about how DOGE access to SSA systems will make their data less secure. As discussed, our members are chronic victims of cyber-scams and other fraud efforts. In light of DOGE's arrival at SSA, they are thinking significantly more about their security. ARA is encouraging its members to check their SSA account information and bank accounts to make sure everything seems right.

8. Our members are additionally concerned that DOGE's attempts to access SSA data will also lead to a disruption of benefits. These people are trying to access sensitive SSA data systems without knowledge of how they work and at a rapid pace that risks damaging them. We have heard from countless members about issues at SSA, including extremely long wait times to reach SSA

employees on the phone, being unable to access the website, having difficulty making in-person appointments, and having to wait many weeks for those appointments once they are finally scheduled. This all comes on top of SSA being a historically underfunded, understaffed agency. Our members are worried that if something happens to their benefits, they will be hard-pressed—in light of cuts to the agency—to get them back easily.

I declare under penalty of perjury as prescribed in 28 U.S.C.§ 1746 that the foregoing is true and correct.

Executed on April 3, 2025, in Las Vegas, Nevada.

*Richard J. Fiesta*

Richard Fiesta