# EXHIBIT D

PLFS-080

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

| | |
|---|---|
| AMERICAN FEDERATION OF STATE, COUNTY AND MUNICIPAL EMPLOYEES, AFL-CIO, *et al.*, <br><br> *Plaintiffs*, <br><br> *vs.* <br><br> SOCIAL SECURITY ADMINISTRATION, *et al.*, <br><br> *Defendants*. | Civil Action No. 1:25-cv-00596 |

**SUPPLEMENTAL DECLARATION OF LINDA SOMO**

I, Linda Somo, declare as follows:

1. I am a member of the Alliance for Retired Americans and the head of the Arizona state chapter. I previously submitted a declaration in this matter. Everything I said in that declaration remains true. I submit this declaration to provide additional information relevant to this case.

2. I remain very concerned about the violation of my privacy that is the result of DOGE personnel accessing my sensitive information at the Social Security Administration ("SSA"). I have heard the same from my peers here in Arizona.

3. I have submitted significant personal information to SSA, including, most concerningly, information about my bank account and the credit union to which I belong.

4. I do not understand why DOGE personnel need access to this and other sensitive information of mine. SSA has a specific function—to ensure that Social Security and other benefits pay out to those who have contributed to the programs throughout their working lifetimes or are otherwise qualified. I have an expectation that the agency will keep my information private because it's what they told me.

5. DOGE says it is rifling through all of the data at SSA to try and find anything that indicates that there is waste or that is a signal of fraud. But DOGE personnel don't know these systems, they don't know how SSA is supposed to function, and there is no reason why they need to have all of my sensitive information.

6. I am worried that DOGE—led by unvetted people who don't really report to SSA—will do something at SSA that will interrupt the Social Security benefits that I rely on to help pay for my mortgage, my car payments, my groceries, and my prescription drugs—and that really allow me and my husband to survive.

7. I am also worried that access by DOGE personnel will make it more likely that scammers and other bad actors outside of government could get access to my information on SSA data systems. For example, my monthly Social Security checks are submitted by direct deposit, which means that SSA systems have information about the credit union at which I bank, my routing number, and my account number. Whoever has that information would be able to access any of the savings we have; savings that my husband and I have worked for years to collect to support us in old age.

8. In light of DOGE's prior access to my data, I have been more vigilant in checking to make sure that nothing is different in my bank account or with my credit score. On the days when I don't check these things, I start to panic and worry.

9. I believe that, as a private citizen, my information should not be disclosed to anyone who I don't authorize to see it. DOGE having access to my sensitive information is almost like someone breaking into my house and stealing stuff. It's a horrible feeling, and if DOGE is permitted to access sensitive SSA data again, it will continue.

I declare under penalty of perjury, as prescribed in 28 U.S.C. § 1746, that the foregoing is true and correct.

PLFS-082

Executed on April 3, 2025, in Fountain Hills, Arizona.

*Linda Somo*
Linda Somo

PLFS-083