# EXHIBIT E

PLFS-084

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

| | |
|---|---|
| AMERICAN FEDERATION OF STATE, COUNTY AND MUNICIPAL EMPLOYEES, AFL-CIO, *et al.*, <br><br> *Plaintiffs*, <br><br> vs. <br><br> SOCIAL SECURITY ADMINISTRATION, *et al.*, <br><br> *Defendants*. | Civil Action No. 1:25-cv-00596 |

**SUPPLEMENTAL DECLARATION OF BERNADETTE AGUIRRE**

I, Bernadette Aguirre, declare as follows:

1. I am the Director of the Retiree Division of the American Federation of Teachers ("AFT"). The statements made in this declaration are based on my personal knowledge, materials I have reviewed, and information made available to me in the course of my duties at AFT. I previously submitted a declaration in this matter; everything I stated in that declaration remains true and correct.

2. Since DOGE accessed SSA data systems, AFT has convened a number of meetings and conversations with our members, and we are in the process of putting together a Social Security town hall. I have continued to hear from members who are concerned about DOGE accessing their sensitive information at the Social Security Administration ("SSA"). Our members have expressed a lot of anxiety and fear about what is to come in both the short and long term, and they have conveyed that they feel like their privacy has been invaded.

1

3. As discussed in my prior declaration, our members have submitted significant amounts of personal identifying information to SSA, including sensitive medical and financial information. They have told me that they feel like they have given over just about everything to the agency.

4. Our members remain concerned about Elon Musk and other DOGE personnel—people within what our members think of as an unsanctioned "department" running outside the normal business of government—accessing this data. Our members have never consented to DOGE accessing their data and they do not know why DOGE personnel need such broad access to their information housed at Social Security.

5. They also worry that their data is being accessed to perpetuate a myth of rampant fraud at the agency. This notion that SSA is full of fraud stands in stark contrast to the experiences of our members, who know how thorough SSA processes are and have had to take many steps and provide significant information to the agency to gain their benefits.

6. I've heard from at least one member who specifically asked why, if SSA already has a standard practice for investigating fraud, DOGE would need access to extremely large amounts of sensitive information, separate and apart from normal course of investigations. She expressed concern that DOGE personnel may be manufacturing instances of fraud.

7. Our members are also concerned that their Social Security information will be shared across agencies—such as with the agencies that are responsible for other essential programs such as Medicare. Their fear arises from a lack of information and transparency regarding why DOGE urgently needs this information without following an established process or oversight.

8. Additionally, our members fear that DOGE will use their sensitive information without regard for important security practices and in a manner that might open the data up to people who would use it for scams or fraud. Our retiree members are senior citizens who, although they try,

PLFS-086

cannot always keep up with the technology that is developing so fast around them. They worry that DOGE personnel will be careless with their data or use it in ways that are less secure than standard SSA practices such that it will be taken and misused. I've heard from more and more members who have become scared to open even routine emails, frozen by fear that any link they click will be lethal.

9. Lastly, our members fear that DOGE personnel will do something that puts their benefits at risk. Before DOGE came into being, our members were most concerned about improving Social Security. Now, they are scared about losing it. Our members lack a clear understanding of what DOGE is doing, and given the outcomes we've seen in other government departments, they fear that their benefits may be reduced, eliminated, or disrupted. They feel that DOGE has not shown concern for the consequences this will take on their lives and the lives of those dependent on these benefits.

10. If DOGE is permitted to access more data at SSA, these fears and sense of privacy violation will not only continue, they will grow.

I declare under penalty of perjury as prescribed in 28 U.S.C.§ 1746 that the foregoing is true and correct.

Executed on April 4, 2025, in Washington, D.C.

_____
Bernadette Aguirre