# EXHIBIT F

PLFS-088

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

| | |
|---|---|
| AMERICAN FEDERATION OF STATE, COUNTY AND MUNICIPAL EMPLOYEES, AFL-CIO, *et al.*,<br><br>*Plaintiffs*,<br><br>vs.<br><br>SOCIAL SECURITY ADMINISTRATION, *et al.*,<br><br>*Defendants*. | Civil Action No. 1:25-cv-00596 |

## SUPPLEMENTAL DECLARATION OF DAVID GRAY

I, David Gray, declare as follows:

1. I am a member of the American Federation of Teachers. I previously submitted a declaration in this matter. Everything I said in that declaration remains true. I submit this declaration to provide additional information and to reiterate my concerns about DOGE accessing my sensitive information housed in data systems at the Social Security Administration ("SSA").

2. My privacy is sacred to me. I am the only person that has a right to share my information and to determine who knows about my personal business.

3. I have submitted significant personal information to SSA, including my date and place of birth, my work history, and my banking information. It's almost like my DNA, and I consider that information to be private. If I want to share it, that's my business.

4. Although I've shared it with SSA for purposes of administering my benefits that I have earned after paying into Socia Security over many years, I have never given DOGE or anyone affiliated with DOGE permission to access that information. I have serious concerns about what they are doing with my data and why they need to be going through my data. From the way I see

PLFS-089

Elon Musk talking about SSA, it's almost as if he and his DOGE team are trying to access the sensitive information of myself and millions of others for marketing purposes—to try and find something that justifies the agenda they've been pushing.

5. Since DOGE has accessed data at SSA, my anxiety level has been through the roof. I am worried that bad actors will get access to my data. Seniors like myself are quite vulnerable. There are all types of schemers and scammers that prey on us. And I am worried that if my information is taken by a bad actor, I won't know until it's too late.

6. To try to make sure nothing has gone awry, I am constantly checking my bank account and making sure that I get my Social Security check each third week of the month.

7. If DOGE is permitted to continue unchecked at SSA, the invasion of my privacy and my concerns about third parties accessing my data will only continue.

I declare under penalty of perjury, as prescribed in 28 U.S.C. § 1746, that the foregoing is true and correct.

Executed on April 4, 2025, in Baltimore, Maryland.

_____
David Gray