# EXHIBIT J

PLFS-104

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**
**NORTHERN DIVISION**

AMERICAN FEDERATION OF STATE,
COUNTY AND MUNICIPAL EMPLOYEES,
AFL-CIO, *et al.*,

        *Plaintiffs*,

        *vs.*

SOCIAL SECURITY ADMINISTRATION,
*et al.*,

        *Defendants*.

Civil Action No. 1:25-cv-00596

## DECLARATION OF BRADY DOE

I, Brady Doe, declare as follows:

    1.    I previously worked at the Social Security Administration.

    2.    I am submitting this declaration pseudonymously because I fear retaliation. But if the Court would like to know my name or job position, I would be willing to provide it ex parte and under seal.

    3.    When I started at SSA, I already had a fully adjudicated Top Secret-eligible clearance from the federal government.

    4.    Even so, I was not able access SSA email systems until I completed a full background check at the agency, much less get access to the Enterprise Data Warehouse.

    I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

    Executed on April 4, 2025.

Brady Doe