IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

| | |
|---|---|
| AMERICAN FEDERATION OF STATE, COUNTY AND MUNICIPAL EMPLOYEES, AFL-CIO, *et al.*,<br><br>*Plaintiffs,*<br><br>vs.<br><br>SOCIAL SECURITY ADMINISTRATION, *et al.*,<br><br>*Defendants.* | Civil Action No. 1:25-cv-00596 |

**INDEX OF DECLARATIONS IN SUPPORT OF
PLAINTIFFS' MOTION FOR A PRELIMINARY INJUNCTION
AND/OR 5 U.S.C. § 705 STAY**

| EX. | PAGE NOS. | EXHIBIT DESCRIPTION |
|---|---|---|
| A | PLFS-068–PLFS-072 | Supplemental Declaration of Ann Widger, Director of Retirees, AFSCME |
| B | PLFS-073–PLFS-075 | Supplemental Declaration of Sue Conard, Retiree Member, AFSCME |
| C | PLFS-076–PLFS-079 | Supplemental Declaration of Richard J. Fiesta, Executive Director, ARA |
| D | PLFS-080–PLFS-083 | Supplemental Declaration of Linda Somo, Member, ARA |
| E | PLFS-084–PLFS-087 | Supplemental Declaration of Bernadette Aguirre, Director of Retiree Division, AFT |
| F | PLFS-088–PLFS-090 | Supplemental Declaration of David Gray, Member, AFT |
| G | PLFS-091–PLFS-094 | Declaration of Erie Meyer, Founding Member, U.S. Digital Service |
| H | PLFS-095–PLFS-098 | Declaration of Marcela Escobar-Alava, Former Chief Information Officer, SSA |
| I | PLFS-099–PLFS-103 | Second Supplemental Declaration of Tiffany Flick, Former Employee, SSA |
| J | PLFS-104–PLFS-105 | Declaration of Brady Doe, Former Employee, Social Security Administration |