IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| AMERICAN FEDERATION OF STATE, COUNTY AND MUNICIPAL EMPLOYEES, AFL-CIO, *et al.,*<br><br>            Plaintiffs,<br><br>    v.<br><br>SOCIAL SECURITY ADMINISTRATION, *et al.*,<br><br>            Defendants. | Case No. 1:25-cv-00596-ELH |

**NOTICE OF FILING OF SUPPLEMENT TO THE ADMINISTRATIVE RECORD**

Defendants in the above-captioned action file this notice of the filing of a supplemental document that should have been included in the Administrative Record of the Social Security Administration filed on April 3, 2025. The supplemental document is a redacted version of Form SSA-221, signed by the SSA DOGE Team member Defendants have identified as Employee 2. Defendants did not provide that document previously due to an oversight when compiling the Administrative Record.

Dated: April 7, 2025                        Respectfully submitted,

                                                    YAAKOV M. ROTH
                                                    Acting Assistant Attorney General
                                                    Civil Division

                                                    ELIZABETH J. SHAPIRO
                                                    Deputy Branch Director
                                                    Civil Division, Federal Programs Branch

                                                    */s/ Bradley P. Humphreys*
                                                    BRADLEY P. HUMPHREYS
                                                    Senior Trial Counsel

MARIANNE F. KIES
SAMUEL HOLT
Trial Attorneys
Civil Division, Federal Programs Branch
United States Department of Justice
1100 L Street NW
Washington, DC 20005
Telephone: (202) 305-0878
Bradley.Humphreys@usdoj.gov

Kelly O. Hayes
Interim United States Attorney

MICHAEL J. WILSON
USDC Md Bar No. 18970
Assistant United States Attorney
36 S. Charles St., 4th Floor
Baltimore, Maryland 21201
Tel: (410) 209-4941
Fax: (410) 962-2310
Michael.Wilson4@usdoj.gov

*Attorneys for Defendants*

**CERTIFICATE OF SERVICE**

I certify that on April 7, 2025, I electronically filed the foregoing and thereby caused a copy to be served on counsel of record.

　　　　　　　　　　　　　　　　　　　　　　　　 */s/ Bradley P. Humphreys*
　　　　　　　　　　　　　　　　　　　　　　　　BRADLEY P. HUMPHREYS