# EXHIBIT A

**TABLE**

| Employee # | Employment Designation | Employment Information | Security and Privacy Acknowledgment |
|---|---|---|---|
| 1 | SGE | AR-000529–532, 548, 552 | AR-000575 |
| 2 | Detailee | AR-000052–63 | AR-000611–615 (AR Supp.) |
| 3 | Detailee | AR-000033-40, 48–51, 80-86 | AR-000572 |
| 4 | SGE | AR- 000531–534, 547, 549, 554 | AR-000600 |
| 5 | Detailee | AR-000101–109 | AR-000585 |
| 6 | SGE | AR- 000535–538, 550, 555 | AR- 000567 |
| 7 | Detailee | AR-000041–47 | AR-000580 |
| 8 | Detailee | AR-000072–75 | AR-000595 |
| 9 | SGE | AR-000542–545, 551, 556 | AR-000562 |
| 10 | Detailee | AR-000076–79 | AR-000605 |
| 11 | SGE | AR-000539–541, 546, 557 | AR-000590 |