IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

AMERICAN FEDERATION OF STATE,
COUNTY AND MUNICIPAL
EMPLOYEES, AFL-CIO, *et al.,*

    Plaintiffs,

  v.

SOCIAL SECURITY
ADMINISTRATION, *et al.*,

    Defendants.

Case No. 1:25-cv-00596-ELH

**NOTICE OF FILING OF STATEMENTS OF NEED**

On April 2, 2025, this Court ordered Defendant Social Security Administration ("SSA") to file the "written submissions provided to SSA by DOGE Employees . . . setting forth the 'need' for access to non-anonymized data" to conduct three projects: (1) "Are You Alive Project", (2) "Death Data Clean Up Project", and (3) "Fraud Detection Project." ECF 95 at 7. SSA respectfully directs the Court to the statements in Exhibit A hereto.

Dated: April 7, 2025    Respectfully submitted,

            YAAKOV M. ROTH
            Acting Assistant Attorney General
            Civil Division, Federal Programs Branch

            ELIZABETH J. SHAPIRO
            Deputy Branch Director
            Civil Division, Federal Programs Branch

            BRADLEY P. HUMPHREYS
            Senior Trial Counsel

/s/ Samuel S. Holt
SAMUEL S. HOLT
MARIANNE F. KIES
Trial Attorneys
Civil Division, Federal Programs Branch
United States Department of Justice
1100 L Street NW
Washington, DC 20005
Telephone: (202) 305-0878
Bradley.Humphreys@usdoj.gov

Kelly O. Hayes
Interim United States Attorney

MICHAEL J. WILSON
USDC Md Bar No. 18970
Assistant United States Attorney
36 S. Charles St., 4th Floor
Baltimore, Maryland 21201
Tel: (410) 209-4941
Fax: (410) 962-2310
Michael.Wilson4@usdoj.gov

*Attorneys for Defendants*

**CERTIFICATE OF SERVICE**

I certify that on April 7, 2025, I electronically filed the foregoing and thereby caused a copy to be served on counsel of record.

*/s/ Samuel S. Holt*
SAMUEL S. HOLT