# Exhibit A

**Project Request:** Are You Alive

**Project Description:** The Are You Alive campaign aims to bolster program integrity by identifying individuals that are deceased, but still collecting benefits. It aims to do this by identifying "active" beneficiaries through their Medicare utilization patterns, their response to emails, their response to phone calls, their interactions with MySSA.gov, and their interactions with field offices.

**From:** Employee #1 and Employee #9

**Data Access Requested:** Access to the following schemas in the EDW including fields, such as, Social Security number (SSN), beneficiary status, phone, email, and last "active" date:

- Numident (NUMI) – This contains data on enumerations and death.
- MBR – This contains data on individuals receiving benefits and their benefit status.
- SSR – This contains data on individuals receiving benefits and their benefit status.
- PROME: This contains login data to MySSA.gov. This will be used to identify "active" beneficiaries through their login patterns into MySSA.gov.
- PCHIP: This contains calls to the 1-800 line. This will be used to identify "active" beneficiaries through their call patterns with the 1-800 line.
- PVIP: This contains calls to the field offices. This will be used to identify "active" beneficiaries through their call interactions with agency field offices.
- PVIPR: This contains field office appointments. This will be used to identify "active" beneficiaries through their in person interactions agency field offices.

**Is this the lowest schema level (i.e., no other schema containing the data needed is more restrictive) available?** Yes

**Explanation of Data Need for the Project:** The call, email, and field office campaign portion of Are You Alive has three conceptual stages: a) identify the contact information of active beneficiaries b) contact and track engagement across various channels (phone, email, in person) c) map engagement back to beneficiaries.

Part a and c requires beneficiary level information that exists in NUMI, MBR, and SSR. It requires identifying active beneficiaries to contact and mapping back engagement to these beneficiaries. Aggregates are not sufficient to execute these parts.

Part b requires PROME, PCHIP, PVIP, and PVIPR to collect and process engagement with the agency across various channels. Again, aggregates are not sufficient to execute on this part.

**Is Anonymization Possible; if not, why:** Anonymization would block our ability to execute on this project entirely. Anonymizing contact information, for example, would make it impossible to execute a call or email campaign.

**Project Request:** Fraud Detection

**Project Description:** We have identified three major vectors of fraud at SSA: direct deposit changes, new claims, and wage reporting. For each of these we would like to develop new detection techniques. For example, we would like to identify if a higher than expected number of wage reports come from extremely young and extremely old individuals, as this would be suspicious and indicative of likely fraud.

**From:** Employee #8

**Data Access Requested:** I need access to the data used for direct deposit change, new claim, and wage reporting fraud detection. As part of this effort, I will be working with career SSA employees, including those on the Fraud Analytics team.

**Explanation of Data Need for the Project:** This data access is needed to detect fraud in direct deposit change, new claim, and wage reporting.

**Is Anonymization Possible; if not, why:** No, Data minimization and anonymization is not possible because fraud detection at scale by its very nature requires looking for unexpected and suspicious patterns over large quantities of data. Minimizing or anonymizing the data will make identifying unexpected suspicious patterns impossible.

DOGE Team Data Access Request and Justification

**Explanation by DOGE Team about the type of access granted through the Enterprise Data Warehouse (EDW) Applicable to All DOGE Team Requests Below**

**From:** Provided by Employee #5 acting as a coordinating DOGE Team Member for the four individuals noted below:

**Explanation:**

The vast majority of SSA employees routinely access agency personally identifiable information (PII) from SSA's program records (such as claims or enumeration records) in performing "front line" duties–i.e., individuals working directly with the public or otherwise working internally to process claims and enumeration related matter., including claims representatives and hearings office employees. This front-line employee PII access generally occurs by electronically querying (searching based on an identifier, such as Social Security number) through "dashboards" (i.e., screens created to present information in an manner helpful to the employees based on the work they are performing) which retrieve claims or enumeration file information directly from production systems (i.e., the systems holding the custodial, controlling records, such as our Master Beneficiary Record or MBR). By contrast, non-front line employees use the EDW to obtain access to the same agency records, but in a non-production data environment. This is the case where, for example, non-front line employees are conducting fraud or similar analysis. Members of the SSA DOGE Team are non-front line employees because they are not working directly with the public or working on processing individual requests for claims or enumeration records

Data access through EDW is granted through "schema" levels. SSA's EDW contains hundreds of schema levels, each of which contains different data types. When access is granted to a particular schema, the employee has permission to access the data in the schema, but the employee does not automatically see all those records. Similar to front-line employees who need to query SSA systems to retrieve needed records, non-front line employees granted access to EDW schemas must specifically search for relevant records in a schema for the records to be viewable.

---

**Project Request:** Death Data Clean Up

**Project Description:** Identify number holders who we are confident are deceased based on their age and lack of signs of life, and mark them as deceased.

**From:** Employee 5

**Data Access Requested:** Access to the following schema in the Enterprise Data Warehouse:

- Numident (NUMI) – This contains data on enumerations and deaths
- MBR – This contains data on who is currently receiving benefits
  SSR – This contains data on who is currently receiving benefits

**Is this the lowest schema level (i.e., no other schema containing the data needed is more restrictive) available?** Yes

**Explanation of Data Need for the Project:** This project involves two main steps:

1. Identify number holders who we are confident are deceased based on their age and lack of signs of life.
2. Add death information for the identified individuals.

The Numident, MBR, and SSR all have information required for step 1. For example:

- Date of birth information is stored across the Numident, MBR, and SSR, and is required for identifying number holders who are beyond a maximum reasonable age.
- Benefit information is stored across the MBR and SSR, and is required for checking whether number holders have signs of life.

The Numident, MBR, and SSR all have information required for step 2. For example:

- Part of step 2 involves creating a death entries file with a list of the number holders to be marked deceased, including their SSNs, names, dates of birth, and dates of death. These pieces of data are stored across the Numident, MBR, and SSR, and are required to create such a death entries file.

Having access to the Numident, MBR, and SSR schemas is the most restricted level of access one could have while being able to execute on this project.

**Is Anonymization Possible; if not, why:** No. As mentioned above, this project involves preparing a file with a list of the number holders to be marked deceased, including their SSNs, names, dates of birth, and dates of death. Preparing this list would not be possible with anonymized data.