IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

AMERICAN FEDERATION OF STATE,
COUNTY AND MUNICIPAL
EMPLOYEES, AFL-CIO, et al.,

        Plaintiffs,

    v.

SOCIAL SECURITY
ADMINISTRATION, et al.,

        Defendants.

Case No. 1:25-cv-00596-ELH

**NOTICE OF RECENT DECISION AND REQUEST FOR RECONSIDERATION**

Defendants in the above-captioned case hereby provide notice that the Fourth Circuit Court of Appeals granted the government's motion to stay the preliminary injunction issued in *American Federation of Teachers, et al v. Bessent, et al.*, No. 8:25-cv-00430-DLB (D. Md.). *See* No. 25-1282, Dkt. 17 (4th Cir. filed Apr. 7, 2025), attached hereto.[1] In addition, at the request of Judge King, the full court considered the panel's decision for initial hearing en banc and voted 8-7 to deny the request. Order at 1–2; 17. The majority of the three-judge panel held that Defendants are likely to succeed on the question of standing. Judge Richardson, with Judge Agee concurring, also held that Defendants had made compelling arguments on four additional threshold issues: final agency action; APA cause of action (*i.e.,* whether the Privacy Act's damages provision qualifies as an "adequate remedy" preventing review under the APA); Privacy Act violation; and

---

[1] Undersigned counsel received the Court's letter (ECF 116) as they were preparing to file this Notice and Request for Reconsideration. We have proceeded to file it because it seeks specific relief from the Court's earlier order denying a stay that is not expressly addressed in the Court's letter.

1

irreparable injury. Order at 13–15. The Fourth Circuit further ordered expedited briefing on the merits: Appellant's opening brief is due on April 14, with Appellee's response due April 21, and Appellant's reply due April 25. Oral argument is scheduled for May 5. *See* No. 25-1282, Dkt. 18 (4th Cir. Apr. 7, 2025).

Each of the issues that the Fourth Circuit addressed in today's order granting a stay was also at issue in this Court's decision granting a temporary restraining order. (ECF 48, 49). Given the panel's decision, and the Fourth Circuit's denial of initial hearing en banc, this Court should also reconsider its earlier decision to deny Defendants' request for a stay during the pendency of the preliminary injunction proceedings and any subsequent appeal. (ECF 78, 79). Reconsideration of a non-final, interlocutory order is "not subject to the strict standards applicable to motions for reconsideration of a final judgment" under Federal Rules of Civil Procedure 59(e) and 60(b). *Am. Canoe Ass'n v. Murphy Farms, Inc.*, 326 F.3d 505, 514 (4th Cir. 2003); *see also Carrero v. Farrelly*, 310 F. Supp. 3d 581, 583–84 (D. Md. 2018); Fed. R. Civ. P. 54(b) (interlocutory orders "may be revised at any time"). Even under the stricter standards of Rules 59(e) and 60(b), reconsideration of the stay motion is warranted to accommodate the Fourth Circuit's ruling, which suggests "an intervening change in controlling law," and to correct "an error of law." *Hutchinson v. Staton*, 994 F.2d 1076, 1081 (4th Cir. 1993). Defendants have reached out to counsel for Plaintiffs, whom we anticipate will oppose the request to reconsider the court's earlier decision to deny a stay.

Dated:  April 7, 2025                             Respectfully submitted,

                                                  YAAKOV M. ROTH
                                                  Acting Assistant Attorney General
                                                  Civil Division, Federal Programs Branch


                                                  */s/ Elizabeth J. Shapiro*
                                                  ELIZABETH J. SHAPIRO
                                                  BRADLEY P. HUMPHREYS
                                                  MARIANNE F. KIES
                                                  SAMUEL S. HOLT
                                                  Civil Division, Federal Programs Branch
                                                  United States Department of Justice
                                                  1100 L Street NW
                                                  Washington, DC 20005
                                                  Telephone: (202) 514-5302
                                                  Elizabeth.Shapiro@usdoj.gov

                                                  KELLY O. HAYES
                                                  Interim United States Attorney

                                                  MICHAEL J. WILSON
                                                  USDC Md Bar No. 18970
                                                  Assistant United States Attorney
                                                  36 S. Charles St., 4th Floor
                                                  Baltimore, Maryland 21201
                                                  Tel: (410) 209-4941
                                                  Fax: (410) 962-2310
                                                  Michael.Wilson4@usdoj.gov

                                                  *Attorneys for Defendants*

## **CERTIFICATE OF SERVICE**

I certify that on April 7, 2025, I electronically filed the foregoing and thereby caused a copy to be served on counsel of record.

                                              */s /Elizabeth J. Shapiro*
                                              ELIZABETH J. SHAPIRO