IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| AMERICAN FEDERATION OF STATE, COUNTY AND MUNICIPAL EMPLOYEES, AFL-CIO, *et al.,*<br><br>Plaintiffs,<br><br>v.<br><br>SOCIAL SECURITY ADMINISTRATION, *et al.*,<br><br>Defendants. | Case No. 1:25-cv-00596-ELH |

**NOTICE OF FILING OF REDACTED ADMINISTRATIVE RECORD**

Defendants in the above-captioned action file this notice of the filing of the redacted version of the Administrative Record of the Social Security Administration filed under seal on April 3, 2025. The accompanying redacted version includes the supplemental document (Form SSA-221 for Employee 2) that SSA filed on April 7, 2027.

It has also come to SSA's attention that one document included in the Administrative Record filed under seal on April 3 was included in error. The document at AR-000087–90 of the under seal Administrative Record is an agreement unrelated to this litigation. SSA has replaced that document, now at AR-000087–90, with the relevant agreement in the accompanying redacted Administrative Record.

The redactions applied to this publicly filed version of the Administrative Record protect personally identifiable information, including the names of SSA DOGE Team members; sensitive, nonpublic information that, if publicly disclosed, could allow bad actors to circumvent agency privacy and security controls; and information SSA has determined is protected by privilege (on

AR-000006–08, AR-000010, AR-000013–17, and AR-000032).  Defendants provided a privilege log to Plaintiffs on April 8.

Dated:  April 9, 2025                                  Respectfully submitted,

                                                YAAKOV M. ROTH
Acting Assistant Attorney General
Civil Division

ELIZABETH J. SHAPIRO
Deputy Branch Director
Civil Division, Federal Programs Branch

 */s/ Bradley P. Humphreys*
BRADLEY P. HUMPHREYS
Senior Trial Counsel
MARIANNE F. KIES
SAMUEL HOLT
Trial Attorneys
Civil Division, Federal Programs Branch
United States Department of Justice
1100 L Street NW
Washington, DC 20005
Telephone: (202) 305-0878
Bradley.Humphreys@usdoj.gov

Kelly O. Hayes
Interim United States Attorney

MICHAEL J. WILSON
USDC Md Bar No. 18970
Assistant United States Attorney
36 S. Charles St., 4th Floor
Baltimore, Maryland 21201
Tel: (410) 209-4941
Fax: (410) 962-2310
Michael.Wilson4@usdoj.gov

*Attorneys for Defendants*

2

## **CERTIFICATE OF SERVICE**

I certify that on April 9, 2025, I electronically filed the foregoing and thereby caused a copy to be served on counsel of record.

                                                   */s/ Bradley P. Humphreys*
                                                   BRADLEY P. HUMPHREYS