IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

| | |
|---|---|
| AMERICAN FEDERATION OF STATE, COUNTY AND MUNICIPAL EMPLOYEES, AFL-CIO, *et al.*,<br><br>*Plaintiffs*,<br><br>*vs.*<br><br>SOCIAL SECURITY ADMINISTRATION, *et al.*,<br><br>*Defendants*. | Civil Action No. 1:25-cv-00596 |

## CONSENT MOTION TO FILE UNDER SEAL *NUNC PRO TUNC*

Plaintiffs' reply in support of their motion for preliminary injunction was filed under seal and Plaintiffs served Defendants' counsel with that reply earlier today. *See* ECF No. 122. Plaintiffs understand themselves, pursuant to this Court's order, ECF No. 91, to be subject to Defendants' proposed protective order (ECF No. 84-1).

In their reply, Plaintiffs rely on and cite portions of the administrative record which counsel understands Defendants to still view as confidential. Plaintiffs are actively reviewing and redacting the filing. Errors in that review would potentially constitute a violation of the protective order, and could inadvertently reveal information which Defendants claim to be confidential. Plaintiffs therefore seek leave *nunc pro tunc* to file their reply and accompanying documents under seal.

Plaintiffs seek permission to subsequently file a redacted version of their reply and its accompanying documents on the public docket as quickly as possible, and in any event, no later than 3:00 pm on Friday, April 11.

Defendants' counsel has indicated that they consent to this motion.

## CONCLUSION

For the foregoing reasons, Plaintiffs' motion to file their reply in support of their motion for preliminary injunction under seal should be granted.

Dated: April 10, 2025

Respectfully submitted,

*/s/ Mark B. Samburg*
Mark B. Samburg (Bar No. 31090)
Alethea Anne Swift (Bar No. 30829)
Emma R. Leibowitz[*+]
Robin F. Thurston[*+]
Carrie Y. Flaxman[+]
**DEMOCRACY FORWARD FOUNDATION**
P.O. Box 34553
Washington, DC 20043
(202) 448-9090
aswift@democracyforward.org
eleibowitz@democracyforward.org
rthurston@democracyforward.org
msamburg@democracyforward.org
cflaxman@democracyforward.org

*Counsel for Plaintiffs*

* Admission to this Court pending
+ Admitted *pro hac vice*

## CERTIFICATE OF SERVICE

I, Mark B. Samburg, certify that I filed the foregoing document with the Clerk of Court for the United States District Court for the District of Maryland, Northern Division, by using the CM/ECF system, which sent a notice of such filing to all registered CM/ECF users who have appeared in this case.

/s/ Mark B. Samburg
*Counsel for Plaintiffs*