IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

| | |
|---|---|
| AMERICAN FEDERATION OF STATE, COUNTY AND MUNICIPAL EMPLOYEES, AFL-CIO, *et al.*, <br><br> *Plaintiffs,* <br><br> vs. <br><br> SOCIAL SECURITY ADMINISTRATION, *et al.*, <br><br> *Defendants.* | Civil Action No. 1:25-cv-00596 |

~~PROPOSED~~ ORDER  *ELH*

Having considered Plaintiffs' motion for leave, *nunc pro tunc*, to file their reply in support of their motion for preliminary injunction under seal, Plaintiffs' motion is **GRANTED**.

Plaintiffs may file their unredacted reply in support of their motion for preliminary injunction and accompanying documents under seal. Plaintiffs shall file a redacted version of the reply and accompanying documents on the public docket as quickly as possible, and no later than 3:00 pm on April 11.

Dated: 4/10/25

Hon. Ellen Lipton Hollander
United States District Judge