IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

| | |
|---|---|
| AMERICAN FEDERATION OF STATE, COUNTY AND MUNICIPAL EMPLOYEES, AFL-CIO, *et al.*,<br><br>*Plaintiffs*,<br><br>*vs.*<br><br>SOCIAL SECURITY ADMINISTRATION, *et al.*,<br><br>*Defendants*. | Civil Action No. 1:25-cv-00596 |

## PROPOSED ORDER

The Court has considered Plaintiffs' Motion to Expand Hearing Scope and for Leave to File Supplemental Declarations, which is hereby **GRANTED**. Plaintiffs may file supplemental declarations related to the New York Times reporting described in ECF 127 until 3:00 p.m. on Monday, April 14.

Dated: _____                    _____
                                                Hon. Ellen Lipton Hollander
                                                United States District Judge