## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND
### NORTHERN DIVISION

AMERICAN FEDERATION OF STATE,
COUNTY AND MUNICIPAL EMPLOYEES,
AFL-CIO, *et al.*,

        *Plaintiffs,*

        *vs.*

SOCIAL SECURITY ADMINISTRATION,
*et al.*,

        *Defendants.*

Civil Action No. 1:25-cv-00596

## ~~PROPOSED~~ ORDER *ELH*

The Court has considered Plaintiffs' Motion to Expand Hearing Scope and for Leave to File Supplemental Declarations, which is hereby **GRANTED** *in part.* Plaintiffs may file supplemental declarations related to the New York Times reporting described in ECF 127 ~~until~~ *by* 3:00 p.m. on Monday, April 14. *However, this Order does not constitute a ruling on the motion to expand the hearing. And, by noon on 4/14/25, defendants may move to Rescind this Order as improvidently granted.* *ELH*

Dated: _4/11/25_

_Ellen L. Hollander_
Hon. Ellen Lipton Hollander
United States District Judge