# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

AMERICAN FEDERATION OF STATE,
COUNTY AND MUNICIPAL
EMPLOYEES, AFL-CIO, *et al.*,

    Plaintiffs,

v.

SOCIAL SECURITY
ADMINISTRATION, *et al.*,

    Defendants.

Case No. 1:25-cv-00596-ELH

## [PROPOSED] ORDER

Having considered Defendants' Motion to Protect Employee Identities during PI Hearing, and for good cause shown, Defendants' motion is **GRANTED**.

Dated: 4/14/25

_____
Hon. Ellen Lipton Hollander
United States District Judge