IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| AMERICAN FEDERATION OF STATE, COUNTY AND MUNICIPAL EMPLOYEES, AFL-CIO, *et al.,*<br><br>Plaintiffs,<br><br>v.<br><br>SOCIAL SECURITY ADMINISTRATION, *et al.*,<br><br>Defendants. | Case No. 1:25-cv-00596-ELH |

**NOTICE REGARDING APRIL 15, 2025, HEARING ON
PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**

This afternoon, the Court denied Plaintiffs' motion to expand the scope of the preliminary injunction hearing scheduled at 10:00 a.m. Tuesday, April 15. ECF 137. The Court also accepted Plaintiffs' submission of a third declaration executed by Ms. Tiffany Flick. *Id.*; *see* ECF 136-1. The Court had requested that Acting Social Security Administration Commissioner Leland Dudek participate in the hearing scheduled for tomorrow morning. *E.g.*, ECF 127. Defendants have reviewed the evidentiary record and considered the demands on the Acting Commissioner's time. They have decided to stand on the record in its current form. Defendants will rest their opposition to Plaintiffs' motion for a preliminary injunction on the information contained in briefing, stated at oral argument, and in the administrative record produced by the Social Security Administration.

Dated:  April 14, 2025                                        Respectfully submitted,

YAAKOV M. ROTH
Acting Assistant Attorney General
Civil Division

ELIZABETH J. SHAPIRO
Deputy Branch Director
Civil Division, Federal Programs Branch

 /s/ Bradley P. Humphreys
BRADLEY P. HUMPHREYS
Senior Trial Counsel
MARIANNE F. KIES
SAMUEL S. HOLT
Trial Attorneys
Civil Division, Federal Programs Branch
United States Department of Justice
1100 L Street NW
Washington, DC 20005
Bradley.Humphreys@usdoj.gov
Phone: (202) 305-0878

Kelly O. Hayes
Interim United States Attorney

MICHAEL J. WILSON
USDC Md Bar No. 18970
Assistant United States Attorney
36 S. Charles St., 4th Floor
Baltimore, Maryland 21201
Tel: (410) 209-4941
Fax: (410) 962-2310
Michael.Wilson4@usdoj.gov

*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I certify that on April 14, 2025, I electronically filed the foregoing and thereby caused a copy to be served on counsel of record.

*/s/ Bradley P. Humphreys*
BRADLEY P. HUMPHREYS