IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

AMERICAN FEDERATION OF STATE,
COUNTY AND MUNICIPAL
EMPLOYEES, AFL-CIO, *et al.*,

        *Plaintiffs*,

        *vs.*

SOCIAL SECURITY ADMINISTRATION,
*et al.*,

        *Defendants*.

Civil Action No. 1:25-cv-00596

**PLAINTIFFS' NOTICE OF SUPPLEMENTAL AUTHORITY**

At oral argument today, Plaintiffs' counsel offered to provide, and the Court requested, the attached Office of Legal Counsel opinion, *Application of the Gov't Corp. Control Act and the Miscellaneous Receipts Act to the Canadian Softwood Lumber Settlement Agreement*, 30 Op. O.L.C. 111 (2006). As described at oral argument, this opinion characterizes an instrumentality within the meaning of 31 U.S.C. § 101 as "a thing through which a person or entity acts," *id.* at 117.

In discussing this opinion and its import, Plaintiffs' counsel may have inadvertently mischaracterized the government's position in other matters regarding the nature and classification of DOGE. Plaintiffs' counsel apologizes and withdraws any such characterization.

1

Dated: April 15, 2025                                Respectfully submitted,


                                                   /s/Mark B. Samburg
                                                   Mark B. Samburg (Bar No. 31090)
                                                   Alethea Anne Swift (Bar No. 30829)
                                                   Emma R. Leibowitz[*+]
                                                   Robin F. Thurston[*+]
                                                   Carrie Y. Flaxman+
                                                   **DEMOCRACY FORWARD FOUNDATION**
                                                   P.O. Box 34553
                                                   Washington, DC 20043
                                                   (202) 448-9090
                                                   aswift@democracyforward.org
                                                   eleibowitz@democracyforward.org
                                                   rthurston@democracyforward.org
                                                   msamburg@democracyforward.org
                                                   cflaxman@democracyforward.org

                                                   *Counsel for Plaintiffs*
                                                   * Admission to this Court pending
                                                   + Admitted *pro hac vice*

## CERTIFICATE OF SERVICE

I, Alethea Anne Swift, certify that I filed the foregoing document with the Clerk of Court for the United States District Court for the District of Maryland, Northern Division, by using the CM/ECF system, which sent a notice of such filing to all registered CM/ECF users who have appeared in this case.

/s/ Mark B. Samburg
*Counsel for Plaintiffs*