IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

| | |
|---|---|
| AMERICAN FEDERATION OF STATE, COUNTY AND MUNICIPAL EMPLOYEES, AFL-CIO, *et al.*, <br><br> *Plaintiffs,* <br><br> vs. <br><br> SOCIAL SECURITY ADMINISTRATION, *et al.*, <br><br> *Defendants.* | Civil Action No. 1:25-cv-00596 |

~~PROPOSED~~ ORDER  *ELH*

Having considered Plaintiffs' Consent Motion to Amend their Motion for Supplementation of the Administrative Record or, in the Alternative, Limited Discovery, Plaintiffs' motion is **GRANTED**.

Plaintiffs' prior motion, ECF No. 96, is **AMENDED** and replaced by Plaintiffs' proposed amended motion (ECF 106), along with their proposed amended memorandum in support and proposed amended proposed order.

Dated: 4/15/25

Hon. Ellen Lipton Hollander
United States District Judge