IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| AMERICAN FEDERATION OF STATE, COUNTY AND MUNICIPAL EMPLOYEES, AFL-CIO, *et al.,*<br><br>               Plaintiffs,<br><br>    v.<br><br>SOCIAL SECURITY ADMINISTRATION, *et al.*,<br><br>               Defendants. | Case No. 1:25-cv-00596-ELH |

**NOTICE REGARDING PARTIES' PROPOSED PROTECTIVE ORDER AND ISSUE FOR JUDICIAL RESOLUTION**

    The Parties have conferred over, and largely agreed to, a case-wide protective order. There is one area of disagreement, as to which the Parties are at impasse. Attached hereto is the portion of the Protective Order on which the Parties agree, with the Parties' respective positions on the area of disagreement outlined in Addenda.

Dated: April 16, 2025                                           Respectfully submitted,

                                                                                  YAAKOV M. ROTH
                                                                                  Acting Assistant Attorney General
                                                                                  Civil Division

                                                                                 ELIZABETH J. SHAPIRO
                                                                                 Deputy Branch Director
                                                                                 Civil Division, Federal Programs Branch

                                                                                 BRADLEY P. HUMPHREYS
                                                                                 Senior Trial Counsel

                                                                                 <u>/s/ Marianne F. Kies</u>

MARIANNE F. KIES
SAMUEL S. HOLT
Trial Attorneys
Civil Division, Federal Programs Branch
United States Department of Justice
1100 L Street NW
Washington, DC 20005

Kelly O. Hayes
Interim United States Attorney

MICHAEL J. WILSON
USDC Md Bar No. 18970
Assistant United States Attorney
36 S. Charles St., 4th Floor
Baltimore, Maryland 21201
Tel: (410) 209-4941
Fax: (410) 962-2310
Michael.Wilson4@usdoj.gov

*Attorneys for Defendants*

**CERTIFICATE OF SERVICE**

I certify that on April 16, 2025, I electronically filed the foregoing and thereby caused a copy to be served on counsel of record.

*/s/ Marianne F. Kies*
MARIANNE F. KIES