**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

Chambers of
**Ellen Lipton Hollander**
District Court Judge

101 West Lombard Street
Baltimore, Maryland 21201
410-962-0742

April 17, 2025

LETTER TO COUNSEL

Re:   *American Federation of State, County and Municipal Employees,*
      *AFL-CIO, et al. v. Social Security Administration, et al.*
      Civil Action No. ELH-25-0596

Dear Counsel:

As you know, I issued a Temporary Restraining Order ("TRO") in this case at 2:12 p.m. on March 20, 2025. ECF 48. Fed. R. Civ. P. 65(b)(2) provides: "The [TRO] order expires at the time after entry—not to exceed 14 days—that the court sets, unless before that time the court, for good cause, extends it for a like period or *the adverse party consents to a longer extension*." (Emphasis added).

By a Joint Status Report of March 27, 2025 (ECF 68), the parties advised the Court, *id.* at 1: "[I]n accordance with Federal Rule of Civil Procedure 65(b)(2), the parties agree to extend the Temporary Restraining Order, Dkt. 48, *through April 17, 2025*." (Emphasis added). In accordance with the agreement of the parties, the TRO was extended through April 17, 2025. ECF 69 ("Order"). Specifically, the Order extending the TRO states, *id.* ¶ 2: "In accordance with the parties' agreement, the [TRO] (ECF 48) is hereby extended *through April 17, 2025*." (Emphasis added).

The Random House College Dictionary defines "through" to include "during the whole period of; throughout" as well as "to and including." In my view, the TRO clearly remains in effect through the entirety of April 17, 2025, *i.e.*, 11:59 p.m., unless I enter an Order prior to that time, which supersedes it.

Please rest assured that I have been working non-stop to address the challenging issues you have presented. Nevertheless, I do not expect to file my opinion until later today. Until then, the parties shall abide by the TRO.

Despite the informal nature of this letter, it is an Order of the Court and the Clerk is directed to docket it as such.

Very truly yours,

/s/
_____
Ellen Lipton Hollander
United States District Judge