IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

AMERICAN FEDERATION OF STATE, COUNTY AND MUNICIPAL EMPLOYEES, AFL-CIO, *et al.,*

    Plaintiffs,

v.

SOCIAL SECURITY ADMINISTRATION, *et al.*,

    Defendants.

Case No. 1:25-cv-00596-ELH

**[PROPOSED] ORDER**

Having considered Defendants' motion to stay this Court's April 17, 2025 preliminary injunction pending appeal, and the entire record contained herein, IT IS HEREBY ORDERED:

Defendants' motion is GRANTED.

Dated: _____

                                                       Hon. Hellen Lipton Hollander
                                                       United States District Judge