## APPEAL TRANSMITTAL SHEET (non-death penalty)

| | | |
|---|---|---|
| **Transmittal to 4CCA of notice of appeal filed:** _04/17/25_ <br><br> ___ First NOA in Case <br> ✓ Subsequent NOA-same party <br> ___ Subsequent NOA-new party <br> ___ Subsequent NOA-cross appeal <br> ___ Paper ROA  ___ Paper Supp. <br><br> Vols: _____ <br> Other: _____ | **District:** <br> Maryland <br><br> **Division:** <br> Northern <br><br> **Caption:** <br> American Federation of State, County and Municipal Employees, AFL-CIO, et al. <br> v. <br> Social Security Administration, et al. | **District Case No.:** <br> ELH 25-cv-00596 <br><br> **4CCA No(s). for any prior NOA:** <br> 25-1291 <br><br> **4CCA Case Manager:** <br><br> Amy Borneisen |

**Exceptional Circumstances:** ___ Bail ___ Interlocutory ___ Recalcitrant Witness ___ Other _____

| | |
|---|---|
| **Confinement**-Criminal Case: <br> ___ Death row-use DP Transmittal <br> ___ Recalcitrant witness <br> ___ In custody <br> ___ On bond <br> ___ On probation <br> **Defendant Address**-Criminal Case: | **Fee Status:** <br> ✓ No fee required (USA appeal)  ___ Appeal fees paid in full  ___ Fee not paid <br> **Criminal Cases:** <br> ___ District court granted & did not revoke CJA status (continues on appeal) <br> ___ District court granted CJA & later revoked status (must pay fee or apply to 4CCA) <br> ___ District court never granted CJA status (must pay fee or apply to 4CCA) <br> **Civil, Habeas & 2255 Cases:** <br> ___ Court granted & did not revoke IFP status (continues on appeal) <br> ___ Court granted IFP & later revoked status (must pay fee or apply to 4CCA) <br> ___ Court never granted IFP status (must pay fee or apply to 4CCA) |
| **District Judge:** <br> Ellen L. Hollander | **PLRA Cases:** <br> ___ Proceeded PLRA in district court, no 3-strike determination (must apply to 4CCA) <br> ___ Proceeded PLRA in district court, determined to be 3-striker (must apply to 4CCA) |
| **Court Reporter** (list all): <br> Patricia Mitchell <br> Nadine Bachmann <br><br><br> **Coordinator**: | **Sealed Status** (check all that apply): <br> ✓ Portions of record under seal <br> ___ Entire record under seal <br> ___ Party names under seal <br> ___ Docket under seal |

| | |
|---|---|
| **Record Status for Pro Se Appeals** (check any applicable): <br><br> ___ Assembled electronic record transmitted <br> ___ Additional sealed record emailed to 4cca-filing <br> ___ Paper record or supplement shipped to 4CCA <br> ___ No in-court hearings held <br> ___ In-court hearings held – all transcript on file <br> ___ In-court hearings held – all transcript not on file <br> ___ Other: | **Record Status for Counseled Appeals** (check any applicable): <br><br> ✓ Assembled electronic record available if requested <br> ___ Additional sealed record available if requested <br> ___ Paper record or supplement available if requested <br> ___ No in-court hearings held <br> ___ In-court hearings held – all transcript on file <br> ✓ In-court hearings held – all transcript not on file <br> ___ Other: |

Deputy Clerk: K. Nader _____  Phone: 410-962-3854 _____  Date: 04/17/25 _____