IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

AMERICAN FEDERATION OF STATE,
COUNTY, AND MUNICIPAL
EMPLOYEES, AFL-CIO, *et al.*,

        *Plaintiffs*,

v.

SOCIAL SECURITY
ADMINISTRATION, *et al.*,

        *Defendants*.

Case No. 1:25-cv-00596-ELH

**STATUS REPORT AND CERTIFICATION**

The Social Security Administration files this Status Report as required by paragraph 4 of the Court's April 17, 2025 Preliminary Injunction Order, ECF No. 147. SSA has taken all necessary steps to implement the Court's Order.

As required by the Court's March 20, 2025 Temporary Restraining Order, ECF No. 48, SSA confirmed in its March 24, 2025 Status Report and Certification that it had revoked all SSA DOGE Team members' access to SSA systems of records, including but not limited to the Enterprise Data Warehouse, Numident, Master Beneficiary Record, and Supplemental Security Record.  ECF No. 56 at 1.  SSA now confirms that as of April 23, 2025, access by SSA DOGE Team members to SSA systems containing personally identifiable information or systems of record is still terminated pursuant to this Court's Preliminary Injunction Order.  *See* Declaration of Leland Dudek ¶ 4 ("Dudek Decl.") (attached as Exhibit A).

As SSA previously certified, the DOGE Defendants have never had the ability to install any software on SSA devices, information systems, or systems of record, or to access, alter, or disclose any SSA computer or software code. ECF No. 56 at 2–3. Any software installed since January 20, 2025 by SSA DOGE Team members or DOGE Affiliates on SSA devices, information systems, or systems of records, or installed on their behalf or on behalf of the DOGE Defendants, has been removed. *Id*. at 3. Further, SSA DOGE Team members and DOGE Affiliates do not have the ability to access, alter, or disclose any SSA computer or software code. *Id*. SSA reaffirms those representations here.

In addition, SSA certifies that, while the Court's Preliminary Injunction Order remains in effect, before providing access to systems or records containing PII to any DOGE Defendant, SSA DOGE Team member, or DOGE Affiliate, SSA will ensure compliance with the requirements of paragraphs 2 and 3 of the Court's Preliminary Injunction Order. *See* Dudek Decl. ¶ 7. At this time, in light of the Court's Preliminary Injunction Order, SSA does not seek to provide SSA DOGE Team Members with access to "discrete, particularized, and non-anonymized data" as permitted under the conditions contained in paragraph 3.

Furthermore, the SSA certifies that the DOGE Team is not directing SSA employees in use of SSA systems containing PII or systems of record. *Id.* ¶ 5. Consistent with the Court's Order, however, SSA projects involving PII that the SSA DOGE Team was previously involved with are continuing without SSA DOGE Team direction. *Id.* In addition, SSA employees are not accessing SSA records at the direction of, or for, the DOGE Defendants, but SSA employees continue to access SSA records for other official SSA duties. *Id.* ¶ 6.

Dated: April 23, 2025                                    Respectfully submitted,

YAAKOV M. ROTH
Acting Assistant Attorney General
Civil Division

ELIZABETH J. SHAPIRO
Deputy Branch Director
Civil Division, Federal Programs Branch

*/s/ Bradley P. Humphreys*
BRADLEY P. HUMPHREYS
Senior Trial Counsel
MARIANNE F. KIES
SAMUEL S. HOLT
Trial Attorneys
Civil Division, Federal Programs Branch
United States Department of Justice
1100 L Street NW
Washington, DC 20005
Telephone: (202) 305-0878
Bradley.Humphreys@usdoj.gov

Kelly O. Hayes
Interim United States Attorney

MICHAEL J. WILSON
USDC Md Bar No. 18970
Assistant United States Attorney
36 S. Charles St., 4th Floor
Baltimore, Maryland 21201
Tel: (410) 209-4941
Fax: (410) 962-2310
Michael.Wilson4@usdoj.gov

*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I certify that on April 23, 2025, I electronically filed the foregoing and thereby caused a copy to be served on counsel of record.

 */s/ Bradley P. Humphreys*
BRADLEY P. HUMPHREYS
