**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**
**NORTHERN DIVISION**

AMERICAN FEDERATION OF STATE,
COUNTY AND MUNICIPAL EMPLOYEES,
AFL-CIO, *et al.*,

     *Plaintiffs*,
     *vs.*

SOCIAL SECURITY ADMINISTRATION,
*et al.*,
     *Defendants*.

Civil Action No. 1:25-cv-00596

## DECLARATION OF LELAND DUDEK

I, Leland Dudek, hereby declare upon penalty of perjury:

1. I am the Acting Commissioner at the Social Security Administration (SSA), in Woodlawn, Maryland, and I have served in this role since February 16, 2025.

2. In my role as Acting Commissioner, I am responsible for the exercise of all powers and the discharge of all duties of the agency and have authority and control over all personnel and activities thereof.  This includes assigning duties and authority to act to officers and employees of the agency, including information and systems access by SSA's DOGE Team.

3. I provide this declaration in support of the Status Report and Certification required by the Court's April 17, 2025, Order granting Plaintiffs' Motion for Preliminary Injunction (Order).  This declaration outlines what actions SSA has taken to comply with the Order. These statements are made with my personal knowledge, discussion with SSA staff, and review of documents and information furnished to me in the course of my official duties.

4. In response to the Court's March 20, 2025, Temporary Restraining Order, SSA revoked all SSA DOGE Team members' access to SSA systems containing personally identifiable information (PII) or systems of record. Access to such systems and systems of records is currently terminated.[1]

5. The SSA DOGE Team is not directing SSA employees in use of SSA systems containing PII or systems of record. SSA projects involving PII that the SSA DOGE Team was previously involved with are continuing without SSA DOGE Team direction.

6. SSA employees, including myself, are not accessing SSA records at the direction of, or for, the SSA DOGE Team or the U.S. DOGE Service, the U.S. DOGE Service Temporary Organization, Elon Musk, and Amy Gleason (collectively "DOGE Defendants"). SSA employees continue to access SSA records for other official SSA duties.

7. Before providing access to systems or records containing PII any DOGE Defendant, SSA DOGE Team member, or DOGE Affiliate, SSA will ensure that:

    a. The individual seeking access has been provided all training that is typically required of individuals grants access to SSA data systems, including training on federal laws, regulations, and policies governing the privacy of PII.

    b. A background investigation has been completed comparable to the quality of an investigation for SSA employees whose duties involve PII.

    c. All paperwork is completed, including execution of the SSA documents acknowledging the Systems Sanctions Policy and the duty to protect PII.

    d. Where applicable, all detail agreements are complete.

---

[1] While the Temporary Restraining Order was in effect, SSA had two occasions where systems access was inadvertently granted to systems containing PII. In one instance, controls were in place so the access permissions could not actually be used. In the other, the access was granted inadvertently and the agency confirmed that the systems were not actually accessed, and prompt action was taken to remove the access permissions.

e. An explanation of why non-anonymized access to the PII in each SSA data system to which access is sought is needed.

I declare the foregoing to be true and correct, upon penalty of perjury.

Date: __04/23/2025____          Signed: ____/s/ Leland Dudek_____

Leland Dudek
Acting Commissioner
Social Security Administration

3