# United States District Court
## District Of Maryland

Chambers of
**Ellen Lipton Hollander**
District Court Judge

101 West Lombard Street
Baltimore, Maryland 21201
410-962-0742

April 24, 2025

MEMORANDUM TO COUNSEL

    Re:    *American Federation of State, County and Municipal Employees, AFL-CIO, et al. v. Social Security Administration, et al.*
            Civil Action No. ELH-25-0596

Dear Counsel:

As you know, the TRO (ECF 48) was set to expire on April 17, 2025. Accordingly, it was necessary to file my Memorandum Opinion that night. Unfortunately, time constraints did not allow for a thorough "bluebooking" of the Memorandum Opinion (ECF 146) before it was docketed.

On April 18, 2025, the Editorial Staff of West Publishing advised me that it has selected the Memorandum Opinion (ECF 146) for publication in the Federal Supplement. In the course of reviewing the Memorandum Opinion for purposes of print publication, I have made non-substantive, "bluebook," and typographical corrections. The revised version will be docketed.

The Order (ECF 147), issued on April 17, 2025, is unchanged.

                      Very truly yours,

                      /s/

                      Ellen Lipton Hollander
                      United States District Judge

cc:    Nwamaka Anowi
        Clerk, Fourth Circuit
        w/enclosure