IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

AMERICAN FEDERATION OF STATE,
COUNTY AND MUNICIPAL
EMPLOYEES, AFL-CIO, *et al.,*

           Plaintiffs,

        v.

SOCIAL SECURITY
ADMINISTRATION, *et al.*,

           Defendants.

Case No. 1:25-cv-00596-ELH

**DEFENDANTS' NUNC PRO TUNC MOTION TO EXTEND RESPONSE DEADLINE
TO PLAINTIFFS' AMENDED COMPLAINT**

Defendants respectfully move nunc pro tunc for an extension of the deadline to respond to Plaintiffs' amended complaint in this matter. Plaintiffs filed their original complaint on February 21, 2025, ECF No. 1, and service was completed on February 27, ECF No. 14. Plaintiffs filed an amended complaint on March 7. ECF No. 17. Pursuant to Federal Rule of Civil Procedure 12(a)(2), Defendants calculate that their response to the amended complaint was due April 28. In the extensive litigation of this case in the relatively short period of time since it was filed, counsel for the government inadvertently failed to include the response deadline in its litigation calendar. Counsel apologizes to the Court for the oversight. Defendants now ask that the deadline to answer or otherwise respond to the amended complaint be extended, nunc pro tunc, until thirty days after the conclusion of Defendants' ongoing appeal to the United States Court of Appeals for the Fourth Circuit from this Court's April 17 Preliminary Injunction.

As noted, litigation of this case has been extensive. The Court entered a Temporary Restraining Order on March 20. ECF No. 25. The government appealed the Temporary Restraining Order, ECF No. 57, and the Fourth Circuit dismissed the government's appeal for lack of jurisdiction, ECF No. 81. The Social Security Administration (SSA) produced the administrative record to Plaintiffs on April 2, ECF No. 91, and, upon review of the record, Plaintiffs declined to seek leave for discovery. *See* ECF No. 105.

Plaintiffs moved for a preliminary injunction on April 4, and the Court granted Plaintiffs' motion on April 17. Defendants then appealed to the Fourth Circuit and moved for a stay of the Preliminary Injunction in this Court and in the Fourth Circuit. This Court denied Defendants' stay motion on April 22. ECF No. 154. On April 30, after initial hearing en banc, the Fourth Circuit denied the government's stay motion. ECF No. 158. Defendants' opening brief on appeal is due June 9, Plaintiffs' response is due July 9, and Defendants' reply is due within 21 days of service of Plaintiffs' response. *See* Briefing Order, *Am. Fed'n of State, Cnty. and Municipal Employees v. Soc. Security Admin.*, No. 25-1411 (4th Cir. Apr. 30, 2025).

The government has also filed an application to the United States Supreme Court for a stay of this Court's Preliminary Injunction pending consideration of the government's appeal to the Fourth Circuit and, if the Fourth Circuit affirms the injunction, pending the timely filing and disposition of a petition for a writ of certiorari and any further proceedings in the Supreme Court. *See* Application for Stay, *Soc. Security Admin. v. Am. Fed'n of State, Cnty. and Municipal Employees, AFL-CIO*, No. 24A1063 (May 2, 2025). The government also requested an administrative stay of this Court's order pending the Supreme Court's consideration of the government's stay application. *Id.* The Chief Justice called for a response from Plaintiffs by May 12 at 4 p.m.

Given that appellate proceedings are likely to provide substantial, if not dispositive, guidance regarding further proceedings in this case—including regarding this Court's jurisdiction—Defendants submit that appellate proceedings should conclude before Defendants respond to Plaintiffs' amended complaint. Defendants respectfully ask for an extension of the deadline to answer or otherwise respond to Plaintiffs' amended complaint, nunc pro tunc, until thirty days after the Fourth Circuit's decision on appeal. *See* Order, *Am. Fed'n of Teachers v. Bessent*, No. 8:25-cv-00430 (D. Md. Apr. 9, 2025) (granting the parties joint motion to extend defendants' response deadline until thirty days after resolution of defendants' appeal to the Fourth Circuit).

Plaintiffs will not be prejudiced by the requested extension. Plaintiffs have already obtained preliminary injunctive relief, and SSA has already produced the administrative record. Moreover, if required to respond to the amended complaint at this time, Defendants would move to dismiss based on many of the same arguments that are already before the Fourth Circuit. It would be highly inefficient for the parties to brief those issues again—having already done so recently on Plaintiffs' motion for a preliminary injunction—before the Fourth Circuit has decided them on appeal. *Cf. Fowler-Bey v. Johnson*, No. CV PX-18-1235, 2018 WL 11476084, at *1–2 (D. Md. Nov. 30, 2018) (staying case where a "central issue" affecting plaintiff's claim was pending before the Fourth Circuit); *Int'l Refugee Assistance Project v. Trump*, 323 F. Supp. 3d 726, 732 (D. Md. 2018) ("Here, this Court concludes that judicial economy will be served by a stay of this case because the resolution of the issues before the [appellate court] will likely have a direct impact on the future course of the case, including on the next decisions this Court must make."); *Dawoudi v. Nationstar Mortg.*, LLC, No. 16-CV-2356, 2016 WL 8711604, at *2 (N.D. Ill. Sept. 16, 2016) ("Because a decision in the pending appeals would potentially be entirely

3

dispositive of this case and, at a minimum, simplify the issues for the parties and the Court, the stay requested by Plaintiffs is warranted in this case."). Defendants respectfully submit that awaiting appellate guidance regarding the threshold and merits issues in this case will promote efficient resolution of this litigation.

Counsel for Defendants contacted counsel for Plaintiffs regarding this motion, and Plaintiffs oppose the requested relief.

Dated: May 5, 2025

Respectfully submitted,

YAAKOV M. ROTH
Acting Assistant Attorney General
Civil Division

ELIZABETH J. SHAPIRO
Deputy Branch Director
Civil Division, Federal Programs Branch

 /s/ Bradley P. Humphreys
BRADLEY P. HUMPHREYS
Senior Trial Counsel
MARIANNE F. KIES
SAMUEL HOLT
Trial Attorneys
Civil Division, Federal Programs Branch
United States Department of Justice
1100 L Street NW
Washington, DC 20005
Telephone: (202) 305-0878
Bradley.Humphreys@usdoj.gov

Kelly O. Hayes
Interim United States Attorney

MICHAEL J. WILSON
USDC Md Bar No. 18970
Assistant United States Attorney
36 S. Charles St., 4th Floor
Baltimore, Maryland 21201
Tel: (410) 209-4941
Fax: (410) 962-2310
Michael.Wilson4@usdoj.gov

*Attorneys for Defendants*

**<u>CERTIFICATE OF SERVICE</u>**

I certify that on May 5, 2025, I electronically filed the foregoing and thereby caused a copy to be served on counsel of record.

<u>/s/ Bradley P. Humphreys</u><br>
BRADLEY P. HUMPHREYS