IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

AMERICAN FEDERATION OF STATE,
COUNTY AND MUNICIPAL
EMPLOYEES, AFL-CIO, *et al.*,

Plaintiffs,

v.

SOCIAL SECURITY
ADMINISTRATION, *et al.*,

Defendants.

Case No. 1:25-cv-00596-ELH

*[Handwritten annotation:]* Plaintiffs shall respond by noon on 5/7/25. The gov't may reply by 5 p.m. on 5/8/25. ELH USDJ 5/5/25

**DEFENDANTS' NUNC PRO TUNC MOTION TO EXTEND RESPONSE DEADLINE
TO PLAINTIFFS' AMENDED COMPLAINT**

Defendants respectfully move nunc pro tunc for an extension of the deadline to respond to Plaintiffs' amended complaint in this matter. Plaintiffs filed their original complaint on February 21, 2025, ECF No. 1, and service was completed on February 27, ECF No. 14. Plaintiffs filed an amended complaint on March 7. ECF No. 17. Pursuant to Federal Rule of Civil Procedure 12(a)(2), Defendants calculate that their response to the amended complaint was due April 28. In the extensive litigation of this case in the relatively short period of time since it was filed, counsel for the government inadvertently failed to include the response deadline in its litigation calendar. Counsel apologizes to the Court for the oversight. Defendants now ask that the deadline to answer or otherwise respond to the amended complaint be extended, nunc pro tunc, until thirty days after the conclusion of Defendants' ongoing appeal to the United States Court of Appeals for the Fourth Circuit from this Court's April 17 Preliminary Injunction.