IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| AMERICAN FEDERATION OF STATE, COUNTY AND MUNICIPAL EMPLOYEES, AFL-CIO, *et al.,*<br><br>           Plaintiffs,<br><br>     v.<br><br>SOCIAL SECURITY ADMINISTRATION, *et al.*,<br><br>           Defendants. | Case No. 1:25-cv-00596-ELH |

**DEFENDANTS' MOTION TO EXPAND PAGE LIMITS**

Defendants respectfully move to expand the page limits for Defendants' forthcoming motion to dismiss. Under Local Rule 105.3, the page limit for Defendants' memorandum in support of that motion is 30 pages. Defendants seek to expand the page limit to 40 pages.

On May 9, 2025, the Court ordered that Defendants file their motion to dismiss Plaintiffs' Amended Complaint within 14 days of an order by the Supreme Court on government's application for a stay of this Court's preliminary injunction. ECF 163. The Supreme Court stayed the preliminary injunction on June 6. *See Social Security Admin. v. Am. Fed'n of State, Cnty., & Mun. Emps.*, No. 24A1063, 605 U.S. __ (2025). Accordingly, Defendants' motion is due June 20, 2025.

Defendants' request for additional pages for their forthcoming motion is supported by good cause. Plaintiffs' Amended Complaint consists of 135 paragraphs of allegations and 7 separate claims for relief. Although the parties addressed a subset of Plaintiffs' claims in the course of preliminary injunction proceedings, Plaintiffs' Amended Complaint contains claims that the

parties have not yet briefed.  Defendants respectfully submit that the requested additional pages of briefing will allow for a thorough presentation of the issues for consideration by the Court.

Counsel for Defendants contacted counsel for Plaintiffs regarding their position on this motion. Counsel for Plaintiffs responded that they "cannot consent at this time."  In any event, Plaintiffs will not be prejudiced by the requested relief, as Defendants would not object to a commensurate expansion of the page limits for Plaintiffs' opposition brief.

Dated:  June 18, 2025                                                          Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

ELIZABETH J. SHAPIRO
Deputy Branch Director
Civil Division, Federal Programs Branch

 /s/ Bradley P. Humphreys
BRADLEY P. HUMPHREYS
Senior Trial Counsel
MARIANNE F. KIES
SAMUEL HOLT
Trial Attorneys
Civil Division, Federal Programs Branch
United States Department of Justice
1100 L Street NW
Washington, DC 20005
Telephone: (202) 305-0878
Bradley.Humphreys@usdoj.gov

Kelly O. Hayes
Interim United States Attorney

MICHAEL J. WILSON
USDC Md Bar No. 18970
Assistant United States Attorney
36 S. Charles St., 4th Floor
Baltimore, Maryland 21201
Tel: (410) 209-4941
Fax: (410) 962-2310
Michael.Wilson4@usdoj.gov

*Attorneys for Defendants*

**CERTIFICATE OF SERVICE**

I certify that on June 18, 2025, I electronically filed the foregoing and thereby caused a copy to be served on counsel of record.

*/s/ Bradley P. Humphreys*
BRADLEY P. HUMPHREYS