IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

AMERICAN FEDERATION OF STATE,
COUNTY AND MUNICIPAL
EMPLOYEES, AFL-CIO, *et al.*,

      Plaintiffs,

v.

SOCIAL SECURITY
ADMINISTRATION, *et al.*,

      Defendants.

Case No. 1:25-cv-00596-ELH

### ~~[PROPOSED]~~ ORDER

Having considered Defendants' motion to expand the page limits for Defendants' memorandum in support of their forthcoming motion to dismiss, and for good cause shown, IT IS HEREBY ORDERED:

Defendants' motion is GRANTED. Defendants may file a memorandum in support of their motion of up to 40 pages in length. *Provided, however, that by 6/24/25, plaintiffs may move to rescind this Order as improvidently granted.*

SO ORDERED.

Dated: 6/20/25

*Ellen L. Hollander*
Hon. Ellen L. Hollander
United States District Judge