IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

| | |
|---|---|
| AMERICAN FEDERATION OF STATE, COUNTY AND MUNICIPAL EMPLOYEES, AFL-CIO, *et al.*, <br><br> *Plaintiffs*, <br><br> *vs.* <br><br> SOCIAL SECURITY ADMINISTRATION, *et al.*, <br><br> *Defendants*. | Civil Action No. 1:25-cv-00596 |

### PLAINTIFFS' CONSENT MOTION FOR EXTENSION OF TIME AND PAGE LIMITS

Plaintiffs respectfully request to extend the timeline and page limit to oppose Defendants' pending Motion to Dismiss or, in the Alternative, Motion for Summary Judgment (ECF No. 168) ("Joint Motion").

On June 18, Defendants moved for leave to include ten excess pages in their motion. ECF No. 166 at 1.  On Defendants' motion, the Court granted Defendants leave to file extra pages.  ECF No. 167.  Later that day, Defendants filed their Joint Motion, which included excess pages as authorized by the Court.

Plaintiffs' opposition to the Joint Motion is presently due on July 7, 2025.  Until Defendants filed the Joint Motion, Plaintiffs did not anticipate briefing summary judgment issues at this stage of litigation, and therefore now seek to extend thei deadline to respond to the Joint Motion until July 21, 2025, a two-week extension of time.

When Defendants sought leave to file excess pages, they argued, in part, that the extension of length would not prejudice Plaintiffs because "Defendants would not object to a commensurate expansion of the page limits for Plaintiffs' opposition brief." ECF No. 166 at 2. The Court granted Defendants permission for the memorandum in support of their motion to be as long as 40 pages, a ten-page expansion from the Local Rules. ECF No. 167. Although Plaintiffs do not yet know whether they will require excess pages for their opposition, in the interest of judicial economy, they seek leave for that expansion now. Local Rule 105.3 limits Plaintiffs to thirty pages in opposition to the Joint Motion. Plaintiffs therefore seek leave to file up to forty pages in opposition to Defendants' Joint Motion.

Plaintiffs have conferred with counsel for Defendants, who consent to all relief requested in this motion.

Dated: June 24, 2025

Respectfully submitted,

*/s/ Mark B. Samburg*
Mark B. Samburg (Bar No. 31090)
Alethea Anne Swift (Bar No. 30829)
Emma R. Leibowitz (Bar No. 31568)
Robin F. Thurston (Bar No. 95308)
Carrie Y. Flaxman*
DEMOCRACY FORWARD FOUNDATION
PO. BOX 34553
Washington, DC 20043
(202) 448-9090
msamburg@democracyforward.org
aswift@democracyforward.org
eleibowitz@democracyforward.org
rthurston@democracyforward.org
cflaxman@democracyforward.org

*Counsel for Plaintiffs*

\**admitted* pro hac vice