IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

| | |
|---|---|
| AMERICAN FEDERATION OF STATE, COUNTY AND MUNICIPAL EMPLOYEES, AFL-CIO, *et al.*,<br><br>*Plaintiffs*,<br><br>vs.<br><br>SOCIAL SECURITY ADMINISTRATION, *et al.*,<br><br>*Defendants*. | Civil Action No. 1:25-cv-00596 |

## ELH [PROPOSED] ORDER

Before the Court is Plaintiffs' Consent Motion to expand the time and page limits for their opposition to Defendants' pending Motion to Dismiss or, in the Alternative, Motion for Summary Judgment. On review of the motion, and for good cause shown, Plaintiffs' motion is **GRANTED**.

**IT IS HEREBY ORDERED** that Plaintiffs may file their opposition to Defendants' pending Motion to Dismiss or, in the Alternative, Motion for Summary Judgment by July 21, 2025.

**IT IS FURTHER ORDERED** that Plaintiffs' opposition may be up to 40 pages in length.

**SO ORDERED.**

Dated: 06/25/2025

_____
Hon. Ellen Lipton Hollander
United States District Judge