IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

| | |
|---|---|
| AMERICAN FEDERATION OF STATE, COUNTY AND MUNICIPAL EMPLOYEES, AFL-CIO, *et al.*, <br><br> *Plaintiffs*, <br><br> *vs.* <br><br> SOCIAL SECURITY ADMINISTRATION, *et al.*, <br><br> *Defendants*. | Civil Action No. 1:25-cv-00596 |

## PLAINTIFFS' CONSENT MOTION FOR EXTENSION OF TIME

Plaintiffs respectfully request to extend the timeline to oppose Defendants' pending Motion to Dismiss or, in the Alternative, Motion for Summary Judgment (ECF No. 168), to August 8, 2025.  Plaintiffs have conferred with counsel for Defendants, who consent to this motion.  Defendants consented contingent on an extension to August 29 to file their response to Plaintiffs' filing; Plaintiffs will consent to a motion for such an extension.

On June 20, 2025, Defendants filed their Motion to Dismiss, or in the Alternative, for Summary Judgment (ECF No. 168).  On June 24, 2025, Plaintiffs filed a consent motion to extend their time and page limit to oppose that motion (ECF No. 169).  The Court granted that motion on June 25, 2025 (ECF No. 170), and Plaintiffs' opposition is currently due on July 21, 2025.  Due to staffing changes and conflicting work obligations, Plaintiffs now seek an additional extension of time to file their response to Defendants' pending motion.  Defendants, who have consented to this motion, will not be prejudiced by these extensions of time, as the

Court's preliminary injunction is presently stayed. The Court and all parties will benefit from more careful and complete consideration and briefing of all relevant issues.

Dated: July 17, 2025

Respectfully submitted,

*/s/ Mark B. Samburg*
Mark B. Samburg (Bar No. 31090)
Alethea Anne Swift (Bar No. 30829)
Emma R. Leibowitz (Bar No. 31568)
Robin F. Thurston (Bar No. 95308)
Carrie Y. Flaxman*
DEMOCRACY FORWARD FOUNDATION
PO. Box 34553
Washington, DC 20043
(202) 448-9090
msamburg@democracyforward.org
aswift@democracyforward.org
eleibowitz@democracyforward.org
rthurston@democracyforward.org
cflaxman@democracyforward.org

*Counsel for Plaintiffs*

**admitted* pro hac vice