IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

AMERICAN FEDERTION OF
STATE, COUNTY AND MUNICIPAL
EMPLOYEES, AFL-CIO, *et al.*

   *Plaintiffs*,

v.                              Civil Action No. ELH-25-0596

SOCIAL SECURITY
ADMINISTRATION, *et al.*

   *Defendants*.

## ORDER

Before the Court is plaintiffs' Consent Motion (ECF 171) to extend the time limit for their opposition to defendants' pending Motion to Dismiss or, in the alternative, Motion for Summary Judgment (ECF 168). On review of the Motion, and for good cause shown, it is this 18th day of July 2025, by the United States District Court for the District of Maryland, hereby **ORDERED**:

1. Plaintiffs' Motion (ECF 171) is **GRANTED**;

2. Plaintiffs shall file their opposition to defendants' pending Motion to Dismiss or, in the alternative, Motion for Summary Judgment (ECF 168), by August 8, 2025; and

3. Defendants shall file any reply brief by August 29, 2025.

                                                                   /s/
                                                    Ellen L. Hollander
                                                    United States District Judge