IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

| | |
|---|---|
| AMERICAN FEDERATION OF STATE, COUNTY AND MUNICIPAL EMPLOYEES, AFL-CIO, *et al.*, <br><br> *Plaintiffs*, <br><br> *vs*. <br><br> SOCIAL SECURITY ADMINISTRATION, *et al.*, <br><br> *Defendants*. | Civil Action No. 1:25-cv-00596 |

**REQUEST FOR HEARING**

Plaintiffs' response in opposition to Defendants' Motion to Dismiss, or, in the Alternative, for Summary Judgment (ECF No. 168) is due Friday, August 8. While Plaintiffs intend to oppose Defendants' motion, they plan to seek limited discovery before filing a cross-motion for summary judgment. Defendants have indicated their view that Plaintiffs should file a Rule 56(d) motion alongside their response in opposition to the pending motion. But Rule 56(d) governs situations in which a non-movant "'cannot present facts essential to justify its opposition' to a motion for summary judgment." *Jenkins v. Woodard*, 109 F.4th 242, 250 (4th Cir. 2024) (quoting Fed. R. Civ. P. 56(d)). Here, Plaintiffs intend to seek additional discovery to support their *own* future motion for summary judgment.

Because staggered briefing—fully briefing Defendants' motion only to later brief a summary judgment motion by Plaintiffs—may be an inefficient use of the Court's and the parties' resources, Plaintiffs respectfully request a status conference to ascertain how the Court would

prefer to proceed. Should the Court prefer written briefing on this matter, Plaintiffs would be happy to expound on their position and relevant caselaw.

Dated: July 31, 2025

Respectfully submitted,

/s/ Alethea Anne Swift

Alethea Anne Swift (Bar No. 30829)
Mark B. Samburg (Bar No. 31090)
Robin F. Thurston (Bar No. 31584)
Carrie Y. Flaxman*
**DEMOCRACY FORWARD FOUNDATION**
P.O. Box 34553
Washington, DC 20043
(202) 448-9090
aswift@democracyforward.org
msamburg@democracyforward.org
rthurston@democracyforward.org
cflaxman@democracyforward.org

*Counsel for Plaintiffs*

* Admitted *pro hac vice*

2

**CERTIFICATE OF SERVICE**

I, Alethea Anne Swift, certify that I filed the foregoing document with the Clerk of Court for the United States District Court for the District of Maryland, Northern Division, by using the CM/ECF system, which sent a notice of such filing to all registered CM/ECF users who have appeared in this case.

/s/ Alethea Anne Swift
*Counsel for Plaintiffs*
