IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

| | |
|---|---|
| AMERICAN FEDERATION OF STATE, COUNTY AND MUNICIPAL EMPLOYEES, AFL-CIO, *et al.*,<br><br>*Plaintiffs*,<br><br>vs.<br><br>SOCIAL SECURITY ADMINISTRATION, *et al.*,<br><br>*Defendants*. | Civil Action No. 1:25-cv-00596 |

## MOTION FOR BRIEFING SCHEDULE OR EXTENSION OF TIME

Plaintiffs' response in opposition to Defendants' Motion to Dismiss, or, in the Alternative, for Summary Judgment (ECF 168) is due Friday, August 8. On Thursday, July 31, Plaintiffs filed a request for a hearing (ECF 178). Plaintiffs did so because, while they were and are prepared to oppose Defendants' pending motion for summary judgment, they intend to seek limited discovery before filing their cross-motion for the same. Plaintiffs apologize for any opaqueness in their request for a hearing, which was not intended as a veiled request for extension. Rather, given that at that point no deadline had been set for Plaintiffs' cross-motion for summary judgment, Plaintiffs hoped to ascertain whether the Court would prefer that Plaintiffs (1) file an opposition to Defendants' pending motion by August 8, with Plaintiffs' own motion for summary judgment following at a later date; or (2) delay filing their opposition to Defendants' motion for summary judgment until Plaintiffs file a cross-motion, which Plaintiffs plan to do after obtaining discovery (or after the Court denies a request therefor). In either event, Plaintiffs will file their opposition to Defendants' pending motion to dismiss by the August 8 deadline.

The Court issued a letter order on August 1 (ECF 179), in part ordering that Plaintiffs file their cross-motion for summary judgment by August 8. But Plaintiffs plan to seek discovery before cross-moving, which is appropriate given that additional information would provide helpful context, *Mayor & City Council of Baltimore v. Trump*, 429 F. Supp. 3d at 128, 137 (D. Md. 2019), and extra-record evidence already "tells a story that does not match the explanation" given and suggests both bad faith and improper behavior, *Dep't of Com. v. New York*, 588 U.S. 752, 781, 784 (2019). *See, e.g.*, Am. Mem. Op., ECF 157, at 134 (describing Defendants' explanations as "contradictory"); *compare id.* (noting that a member of the DOGE Team at SSA requested USCIS SAVE access despite there being no indication of a DOGE Team project based on a suspicion that immigrants engage in fraud or abuse of SSNs)*, with* Alexandra Berzon et al., *Social Security Lists Thousands of Migrants as Dead to Prompt Them to 'Self-Deport,'* N.Y. Times (April 10, 2025) (describing the same DOGE Team member's involvement in "using Social Security data to freeze out immigrants").[1] Even Defendants, despite previously telling this Court that it should "look at the administrative record itself," now seek to rely on extra-record evidence at the Fourth Circuit. *Compare* Tr., ECF 143, at 53:23-24, *with* Dkt 32, Case No. 25-1411, at 60 n.6 (4th Cir. June 9, 2025). Plaintiffs thus respectfully request a briefing schedule or extension of time setting an October 10 deadline for Plaintiffs' cross-motion, with Defendants' response due November 7 and Plaintiffs' reply due December 5. This timeframe would allow for resolution of Plaintiffs' forthcoming motion for discovery prior to their summary judgment motion, which Plaintiffs believe would be efficient for the parties and for the Court.

---

[1] Plaintiffs' forthcoming motion for limited discovery will include additional briefing on these points.

However, Plaintiffs understand the Court's order to express a preference that Plaintiffs file their cross-motion for summary judgment at the same time as their opposition to Defendants' motion for summary judgment. Plaintiffs therefore request, in the alternative, a briefing schedule or extension of time setting an October 10 deadline for their combined cross-motion and opposition to Defendants' Motion for Summary Judgment, with Defendants' response due November 7 and Plaintiffs' reply due December 5. Plaintiffs request these dates for the same reasons discussed in the prior paragraph.

Should the Court grant discovery, Plaintiffs may seek a further extension of time, commensurate with the extent and duration of discovery, to file their cross-motion for summary judgment.

Undersigned counsel have conferred with counsel for Defendants, who oppose Plaintiffs' motion.

Dated: August 5, 2025

Respectfully submitted,

/s/ Alethea Anne Swift

Alethea Anne Swift (Bar No. 30829)
Mark B. Samburg (Bar No. 31090)
Robin F. Thurston (Bar No. 31584)
Carrie Y. Flaxman*
**DEMOCRACY FORWARD FOUNDATION**
P.O. Box 34553
Washington, DC 20043
(202) 448-9090
aswift@democracyforward.org
msamburg@democracyforward.org
rthurston@democracyforward.org
cflaxman@democracyforward.org

*Counsel for Plaintiffs*

* Admitted *pro hac vice*

## CERTIFICATE OF SERVICE

I, Alethea Anne Swift, certify that I filed the foregoing document with the Clerk of Court for the United States District Court for the District of Maryland, Northern Division, by using the CM/ECF system, which sent a notice of such filing to all registered CM/ECF users who have appeared in this case.

/s/ Alethea Anne Swift
*Counsel for Plaintiffs*