IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

| | |
|---|---|
| AMERICAN FEDERATION OF STATE, COUNTY AND MUNICIPAL EMPLOYEES, AFL-CIO, *et al.*, <br><br> *Plaintiffs*, <br><br> vs. <br><br> SOCIAL SECURITY ADMINISTRATION, *et al.*, <br><br> *Defendants*. | Civil Action No. 1:25-cv-00596 |

**[PROPOSED] ORDER**

Before the Court is Plaintiffs' Motion for briefing schedule or extension of time to file their Cross-Motion for Summary Judgment. On review of the motion, and for good cause shown, Plaintiffs' motion is **GRANTED**.

**IT IS HEREBY ORDERED** that Plaintiffs will file their Motion for Summary Judgment no later than October 10, 2025. Defendants may file their opposition, if any, no later than November 7, 2025. Plaintiffs may file any reply in support of their Motion no later than December 5, 2025.

**SO ORDERED.**

Dated: _____

_____
Hon. Ellen Lipton Hollander
United States District Judge