IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

| | |
|---|---|
| AMERICAN FEDERATION OF STATE, COUNTY AND MUNICIPAL EMPLOYEES, AFL-CIO, *et al.*,<br><br>*Plaintiffs*,<br><br>vs.<br><br>SOCIAL SECURITY ADMINISTRATION, *et al.*,<br><br>*Defendants*. | Civil Action No. 1:25-cv-00596 |

## ~~PROPOSED~~ ORDER

Having considered Plaintiffs' consent motion for leave to file their motion for discovery and accompanying proposed discovery requests under seal, the motion is **GRANTED**.

Plaintiffs are **ORDERED** to file their motion and accompanying requests under seal, and to file appropriately redacted versions on the public docket thereafter.

Dated: 8/12/25

Hon. Ellen Lipton Hollander
United States District Judge