**United States District Court**
**District Of Maryland**

Chambers of
**Ellen Lipton Hollander**
District Court Judge

101 West Lombard Street
Baltimore, Maryland 21201
410-962-0742

August 13, 2025

Re:  *American Federation of State, County and Municipal Employees, AFL-CIO, et al. v. Social Security Administration, et al.*
Civil Action No. ELH-25-0596

Dear Counsel:

The Court held a lengthy telephone conference with counsel on August 12, 2025, in connection with scheduling matters.  *See* ECF 168; ECF 178; ECF 187.  A court reporter participated.  This letter memorializes the discussions.

Central to our discussions, on September 11, 2025, the Fourth Circuit, sitting en banc, will hear the government's appeal ("Appeal") of the Preliminary Injunction (ECF 147) issued by this Court on April 17, 2025.  *See American Federation of State, County and Municipal Employees, AFL-CIO, et al. v. Social Security Administration, et al.*, Fourth Circuit Case No. 25-1411, Docket No. 48.

Given the pendency of the Appeal, and for the reasons stated on the record, I shall **DENY**, as premature, and without prejudice, defendants' "Motion to Dismiss or, in the Alternative, for Summary Judgment" (ECF 168).  However, defendants may file a renewed motion to dismiss, due within three weeks of the Fourth Circuit's ruling in regard to defendants' Appeal, unless the date is otherwise extended.

As to plaintiffs' "Motion For Limited Discovery" (ECF 187, "Discovery Motion"), the following briefing schedule shall govern.  Defendants shall file an opposition by **September 2, 2025**.  Plaintiffs may reply, due by **September 25, 2025**.  However, the Court will not rule on the Discovery Motion until after the Fourth Circuit resolves the Appeal.

The deadline for plaintiffs to file a cross-motion for summary judgment will be set at a later date, pending resolution of the Appeal and the Discovery Motion.

Finally, with the exception of the briefing on the Discovery Motion, this case is **STAYED**, pending resolution of the Appeal by the Fourth Circuit, and subject to the right of any party to move to lift the stay for good cause.

Despite the informal nature of this letter, it is an Order of the Court and the Clerk is directed to docket it as such.

Very truly yours,

                                       /s/
                              Ellen Lipton Hollander
                              United States District Judge