## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

|  |  |
|---|---|
| AMERICAN FEDERATION OF STATE, COUNTY AND MUNICIPAL EMPLOYEES, AFL-CIO, *et al.,*<br><br>                 Plaintiffs,<br><br>        v.<br><br>SOCIAL SECURITY ADMINISTRATION, *et al*.,<br><br>                 Defendants. | Case No. 1:25-cv-00596-ELH |

## DEFENDANTS' MOTION TO WITHDRAW APPEARANCE
## OF BRADLEY P. HUMPHREYS

Pursuant to Local Civil Rule 101(2)(b), Defendants respectfully move for leave to withdraw Bradley P. Humphreys as counsel for Defendants in the above-captioned case.  Mr. Humphreys will soon be leaving the Department of Justice and will no longer be associated with this case.  Elizabeth J. Shapiro, Marianne F. Kies, Samuel S. Holt, Benjamin S. Kurland, and Michael J. Wilson previously entered appearances and remain as counsel for Defendants.

Dated: September 6, 2025                     Respectfully submitted,

                                             BRETT A. SHUMATE
                                             Assistant Attorney General
                                             Civil Division

                                             ELIZABETH J. SHAPIRO
                                             Deputy Branch Director
                                             Civil Division, Federal Programs Branch

*/s/ Bradley P. Humphreys*
BRADLEY P. HUMPHREYS
Senior Trial Counsel
Civil Division, Federal Programs Branch
United States Department of Justice
1100 L Street NW
Washington, DC 20005
Bradley.Humphreys@usdoj.gov

Kelly O. Hayes
Interim United States Attorney

MICHAEL J. WILSON
USDC Md Bar No. 18970
Assistant United States Attorney
36 S. Charles St., 4th Floor
Baltimore, Maryland 21201
Tel: (410) 209-4941
Fax: (410) 962-2310
Michael.Wilson4@usdoj.gov

*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I certify that on September 6, 2025, I electronically filed the foregoing and thereby caused a copy to be served on counsel of record.

_/s/ Bradley P. Humphreys_
BRADLEY P. HUMPHREYS