IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

AMERICAN FEDERATION OF STATE,
COUNTY AND MUNICIPAL
EMPLOYEES, AFL-CIO, *et al.*,

    *Plaintiffs*,

vs.

Civil Action No. 1:25-cv-00596

SOCIAL SECURITY
ADMINISTRATION, *et al.*,

    *Defendants*.

~~PROPOSED~~ ORDER

Before the Court is Plaintiffs' Motion to Withdraw Plaintiffs' Motion for Limited Discovery. On review of the motion, and for good case shown, Plaintiffs' motion is **GRANTED**.

**IT IS HEREBY ORDERED** that Plaintiffs' Motion for Limited Discovery, ECF No. 187, is withdrawn. The remaining briefing deadline set in this Court's August 13, 2025 Order, ECF No. 189, is vacated.

**SO ORDERED.**

Dated: September 17, 2025

_____
Hon. Ellen Lipton Hollander
United States District Judge