IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| AMERICAN FEDERTION OF STATE, COUNTY AND MUNICIPAL EMPLOYEES, AFL-CIO, *et al.*<br><br>*Plaintiffs*,<br><br>v.<br><br>SOCIAL SECURITY ADMINISTRATION, *et al.*<br><br>*Defendants*. | Civil Action No. ELH-25-0596 |

**ORDER**

Having reviewed the Docket, two motions (ECF 89 and ECF 96) appear unresolved and pending but have been addressed during the course of this case. It is this 9th day of January, 2026,

**ORDERED:**

1. Plaintiffs' "Motion for Extension of Time and Notice re Motion for Protective Order" (ECF 89) is **DENIED**, as moot;

2. Plaintiffs' "Motion for Discovery Supplementation of the Administrative Record, or, in the Alternative, Limited Discovery" (ECF 96) was addressed at a motion hearing held on April 4, 2025 (ECF 108), and is **DENIED**, as moot.

/s/
Ellen Lipton Hollander
United States District Judge