**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**
**NORTHERN DIVISION**

AMERICAN FEDERATION OF STATE,
COUNTY AND MUNICIPAL
EMPLOYEES, AFL-CIO, *et al.*,

        *Plaintiffs*,

            *vs.*                   Civil Action No. 1:25-cv-00596

SOCIAL SECURITY
ADMINISTRATION, *et al.*,

        *Defendants*.

**PROPOSED ORDER**

Before the Court is Plaintiffs' Motion to Supplement the Record on Appeal. Having reviewed that motion, and for good cause shown, Plaintiffs' motion is **GRANTED**.

**IT IS HEREBY ORDERED** that the Clerk of Court transmit a supplemental record on appeal, including Defendants' January 16, 2026, Notice of Correction [ECF 197], forthwith.

Dated: _____

                                          _____
                                          Hon. Ellen Lipton Hollander
                                          United States District Judge