# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND
# NORTHERN DIVISION

| | |
|---|---|
| AMERICAN FEDERATION OF STATE, COUNTY AND MUNICIPAL EMPLOYEES, AFL-CIO, *et al.*, <br><br> *Plaintiffs,* <br><br> vs. <br><br> SOCIAL SECURITY ADMINISTRATION, *et al.*, <br><br> *Defendants.* | Civil Action No. 1:25-cv-00596 |

## ~~PROPOS~~ED ORDER

Before the Court is Plaintiffs' Motion to Supplement the Record on Appeal. Having reviewed that motion, and for good cause shown, Plaintiffs' motion is **GRANTED**.

**IT IS HEREBY ORDERED** that the Clerk of Court transmit a supplemental record on appeal, including Defendants' January 16, 2026, Notice of Correction [ECF 197], forthwith.

Dated: 1/21/26

Hon. Ellen Lipton Hollander
United States District Judge