IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

| | |
|---|---|
| AMERICAN FEDERATION OF STATE, COUNTY AND MUNICIPAL EMPLOYEES, AFL-CIO, *et al.*,<br><br>*Plaintiffs*,<br><br>vs.<br><br>SOCIAL SECURITY ADMINISTRATION, *et al.*,<br><br>*Defendants*. | Civil Action No. 1:25-cv-00596 |

**PROPOSED ORDER**

Before the Court is Plaintiffs' Motion to Lift Stay and Authorize Limited Discovery. Having reviewed that motion, and for good cause shown, Plaintiffs' motion is **GRANTED**.

**IT IS HEREBY ORDERED** that Defendants return responses to Plaintiffs' requests for admission and identify a suitable 30(b)(6) deponent within four business days of entry of this order. It is further **ORDERED** that Defendants return responses to Plaintiffs' interrogatories and document requests within ten business days of entry of this order.

Dated: _____

_____
Hon. Ellen Lipton Hollander
United States District Judge