IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

AMERICAN FEDERATION OF STATE,
COUNTY AND MUNICIPAL
EMPLOYEES, AFL-CIO, *et al.*,

    Plaintiffs,

v.

SOCIAL SECURITY
ADMINISTRATION, *et al.*,

    Defendants.

Case No. 1:25-cv-00596-ELH

[~~PROPOSED~~] ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION FOR AN EXTENSION OF TIME TO RESPOND TO PLAINTIFFS' "MOTION TO LIFT STAY AND AUTHORIZE LIMITED DISCOVERY"

This matter comes before the Court on Defendants' Unopposed Motion for an Extension of Time to Respond to Plaintiffs' Motion to Lift Stay and Authorize Limited Discovery (ECF 200). For the reasons stated in Defendants' Motion and finding good cause shown, the Motion is hereby GRANTED. Defendants shall respond Plaintiffs' Motion by February 27, 2026.

It is SO ORDERED.

DATED this 17th day of February 2026.

                                                    Hon. Ellen Lipton Hollander
                                                    United States District Judge