**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

AMERICAN FEDERATION OF STATE,
COUNTY AND MUNICIPAL
EMPLOYEES, AFL-CIO, *et al.,*

          Plaintiffs,

        v.

SOCIAL SECURITY
ADMINISTRATION, *et al.*,

          Defendants.

Case No. 1:25-cv-00596-ELH

**DEFENDANTS' RESPONSE TO PLAINTIFFS'**
**NOTICE REGARDING MOTION TO LIFT STAY AND AUTHORIZE DISCOVERY**

On March 10, 2026, Plaintiffs filed a "Notice of Factual Development" that putatively

"reinforce[s] the justifications for Plaintiffs' pending Motion to Lift Stay and Authorize Limited

Discovery." ECF 208. Contrary to Plaintiffs' view, the subject *Washington Post* article[1] does not

support their renewed effort for extra-record discovery in District Court during the pendency of an

appeal that concerns, among other things, this Court's subject-matter jurisdiction over this case.

According to Plaintiffs, the *Washington Post* article reports "credible allegations" of

misconduct by an engineer who was formerly employed by the U.S. DOGE Service. ECF 208 at

1–2.  But Plaintiffs' selective quotations from the article do not accurately reflect its contents.

To begin, the Post "has not independently confirmed" the accusations in the anonymous

complaint that precipitated the article. ECF 208-1 at 3. In any case, the underlying complaint "does

not allege" that SSA data were ever uploaded to the former DOGE employee's current private

---

[1] Meryl Kornfield *et al.*, *Whistleblower claims ex-DOGE member says he took Social Security data to new job*, Wash. Post (Mar. 10, 2026, 2:33 p.m. ET) (ECF 208-1).

employer. *Id.* The private employer and SSA "did not find evidence to confirm the claims," following a thorough investigation that concluded that the assertions were "unsubstantiated." *Id.* Plaintiffs' speculation, based on media reporting, is not a factual basis for Article III injury-in-fact. *FDA v. All. for Hippocratic Med.*, 602 U.S. 367, 381 (2024); *see also Summers v. Earth Island Inst.*, 555 U.S. 488, 498 (2009). Nor is it good cause to lift a stay imposed during the pendency of appeal of the preliminary injunction to the Fourth Circuit.

Dated: March 12, 2026                    Respectfully submitted,

                                        BRETT A. SHUMATE
                                        Assistant Attorney General
                                        Civil Division

                                        ELIZABETH J. SHAPIRO
                                        Deputy Branch Director
                                        Civil Division, Federal Programs Branch

                                        */s/ Marianne F. Kies*
                                        MARIANNE F. KIES
                                        SAMUEL HOLT
                                        Trial Attorneys
                                        Civil Division, Federal Programs Branch
                                        United States Department of Justice
                                        1100 L Street NW
                                        Washington, DC 20005
                                        Marianne.F.Kies@usdoj.gov

## CERTIFICATE OF SERVICE

I certify that on March 12, 2026, I electronically filed the foregoing and thereby caused a copy to be served on counsel of record.

*/s/ Marianne F. Kies*
MARIANNE F. KIES