**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

|  |  |
|---|---|
| AMERICAN FEDERATION OF STATE, COUNTY AND MUNICIPAL EMPLOYEES, AFL-CIO, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> SOCIAL SECURITY ADMINISTRATION, *et al.*, <br><br> Defendants. | Case No. 1:25-cv-00596-ELH |

**DEFENDANTS' MOTION TO DISMISS**

Defendants hereby move under Federal Rule of Civil Procedure 12(b)(1) to dismiss Plaintiffs' Amended Complaint for lack of subject-matter jurisdiction.  The grounds for dismissal are set forth in the accompanying memorandum.  A Proposed Order is also attached.

Dated: May 1, 2026

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

ELIZABETH J. SHAPIRO
Deputy Branch Director
Civil Division, Federal Programs Branch

*/s/ Marianne F. Kies*
MARIANNE F. KIES
SAMUEL S. HOLT
Trial Attorneys
Civil Division, Federal Programs Branch
United States Department of Justice
1100 L Street NW

1

Washington, DC 20005
202-353-1819
Marianne.F.Kies@usdoj.gov

*Attorneys for Defendants*