**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**
**NORTHERN DIVISION**

AMERICAN FEDERATION OF STATE,
COUNTY AND MUNICIPAL EMPLOYEES,
AFL-CIO, *et al.*,

     *Plaintiffs*,
     *vs.*

                         Civil Action No. 1:25-cv-00596

SOCIAL SECURITY ADMINISTRATION,
*et al.*,
     *Defendants*.

**DECLARATION OF FLORENCE FELIX-LAWSON**
**REGARDING OFFBOARDING**

I, Florence Felix-Lawson, hereby declare upon penalty of perjury:

1.  I am the Chief Human Capital Officer (formerly titled Deputy Commissioner of Human Resources) at the Social Security Administration (SSA), in Woodlawn, Maryland, and I have served in this role since November 17, 2024.  I am a Career Senior Executive reporting directly to SSA's Commissioner, Frank J. Bisignano.

2.  In my role as Chief Human Capital Officer, I am responsible for leading and overseeing human resource services to the agency, including but not limited to appointing, onboarding, and offboarding personnel, including regular and special government employees and detailees.

3.  I provide this declaration in support of the Defendants' Motion to Dismiss in the above-captioned case.  This declaration outlines the current employment status of SSA's former Department of Government Efficiency (DOGE) Team.  These statements are made with my personal knowledge and review of documents and information furnished to me in the course of my official duties.

1

4. Pursuant to Executive Order 14,158 ("Establishing and Implementing the President's 'Department of Government Efficiency'"), in February and March 2025, SSA onboarded a "DOGE Team" responsible for "implementing the President's DOGE agenda." *Id.* § 3(c).

5. As I explained in an earlier declaration, the SSA DOGE Team, established to implement the Executive Order, initially had ten members. ECF 36-2 ¶ 4. Another employee onboarded in March 2025. ECF 56-1 ¶ 4 n.1. Then, in June 2025, SSA onboarded a twelfth employee who, although not on SSA's DOGE Team, was DOGE-affiliated insofar as he was publicly reported to have been associated with DOGE.

6. All twelve employees referred to in paragraph 5 have offboarded and are no longer working at SSA. SSA's offboarding actions for all twelve employees included revoking all agency systems and data access previously granted.

7. Eight of the employees offboarded and had systems and data access revoked before the end of June 2025; three offboarded and had systems and data access revoked in September and October 2025; and the final remaining employee, Aram Moghaddassi, offboarded and had systems and data access revoked in January 2026. In addition, one offboarded former DOGE Team employee was hired by an SSA contractor in December 2025 and worked as a contractor until February 2026. This contractor's SSA systems and data access were revoked on February 2, 2026.

8. SSA has no current DOGE Team, DOGE Team members, or DOGE detailees or affiliates.

9. SSA currently employs two executives who had prior association with DOGE before onboarding at SSA; no other current SSA employees have known prior association or

employment with DOGE as established under Executive Order 14,158.  The two executives who had prior association with DOGE include SSA's current:

  a. Chief Information Officer, Michael L. Russo, who has over thirty years of relevant work experience for his current position and is a non-career Senior Executive Service (SES) hire; and

  b. Head of Law, Policy, and Legislative Affairs and General Counsel, Mark A. Steffensen, who has over thirty-four years of relevant work experience for his current position and is non-career SES hire.

Mr. Russo and Mr. Steffensen were not hired as part of SSA's DOGE Team, nor were they hired to implement the President's DOGE agenda. Both Mr. Russo and Mr. Steffensen were hired as typical non-career SES appointees who report directly to the Commissioner of SSA, Frank J. Bisignano, who was not the Commissioner when the SSA DOGE Team was established.  Commissioner Bisignano was confirmed by the Senate to serve as Commissioner in May 2025, shortly before the majority of the SSA's DOGE Team began to offboard.

10. The Commissioner is "responsible for the exercise of all powers and the discharge of all duties of the Administration" and has "authority and control over all personnel."  42 U.S.C. § 902(a)(4).  Nevertheless, SSA has no future plans to have a DOGE Team, DOGE Team members, or DOGE detailees or affiliates working at SSA.

I declare the foregoing to be true and correct, upon penalty of perjury.

Date: May 1, 2026                 Signed: *Florence Felix-Lawson* /s/

                                  Florence Felix-Lawson
                                  Chief of Human Resources
                                  Social Security Administration
                                  Baltimore, MD