**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

|  |  |
|---|---|
| AMERICAN FEDERATION OF STATE, COUNTY AND MUNICIPAL EMPLOYEES, AFL-CIO, *et al.*,<br><br>       Plaintiffs,<br><br>    v.<br><br>SOCIAL SECURITY ADMINISTRATION, *et al.*,<br><br>       Defendants. | Case No. 1:25-cv-00596-ELH |

**[PROPOSED] ORDER**

Having considered Defendants' Motion to Dismiss, Plaintiffs' opposition, and the entire record herein, IT IS HEREBY ORDERED:

Defendants' Motion is GRANTED; and

Plaintiffs' Amended Complaint is DISMISSED.

SO ORDERED.


Dated: _____          _____

                                                        Hon. Ellen L. Hollander<br>                                                        United States District Judge