**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**
**NORTHERN DIVISION**

AMERICAN FEDERATION OF STATE,
COUNTY AND MUNICIPAL
EMPLOYEES, AFL-CIO, *et al.*,

        Plaintiffs,

        vs.

SOCIAL SECURITY
ADMINISTRATION, *et al.*,

        Defendants.

Civil Action No. 1:25-cv-00596

**[PROPOSED] ORDER GRANTING**
**CONSENT MOTION FOR LEAVE TO EXCEED PAGE LIMITS AND EXTEND TIME**

Before the Court is a Consent Motion for Leave to Exceed Page Limits. Having reviewed that motion, and for good cause shown, the motion is **GRANTED**.

**IT IS HEREBY ORDERED** that the page limitation for Plaintiffs' Response in Opposition to Defendants' Motion to Dismiss, ECF 226, is extended to 40 pages. It is further **ORDERED** that the page limit for Defendants' forthcoming reply in support of their Motion to Dismiss, ECF 217, is extended to 25 pages. It is further **ORDERED** that Defendants shall file their reply in support of the Motion to Dismiss no later than June 15, 2026.

        **SO ORDERED.**

Dated: _____

        _____
        Hon. Ellen Lipton Hollander
        United States District Judge