IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

AMERICAN FEDERATION OF STATE, COUNTY AND MUNICIPAL EMPLOYEES, AFL-CIO, *et al.*

*Plaintiffs*,

v.

SOCIAL SECURITY ADMINISTRATION, *et al.*

*Defendants*.

Civil Action No. ELH-25-0596

**ORDER**

For the reasons set forth in the accompanying Memorandum Opinion, it is this 26th day of June 2026, by the United States District Court for the District of Maryland, **ORDERED** that defendants' "Motion to Rescind or Stay Court's April 14 Order as Improvidently Granted" (ECF 215) is **DENIED.**

/s/
Ellen Lipton Hollander
United States District Judge